DISTRICT OF COLUMBIA GENERAL HOSPITAL
NEGOTIATED SERVICES CONTRACT

CONTRACT NO. JB-14-00-03-GM                         AMENDMENT NO.    N/A

SPECIFICATION OF THE SERVICE

Davis and Associates Inc. (D&A) located at 919 Eighteenth Street NW, Washington DC-20006, hereinafter referred to as "the Contractor" and the District of Columbia Health and Hospitals Public Benefit Corporation ("the PBC"), located at 1900 Massachusetts Avenue SE, Washington DC - 20003, mutually agree as follows, and hereinafter referred to as "the Contract":

ACCOUNTING & APPROPRIATION DATA                    Contingency Contract

PERIOD OF CONTRACT:
From: Date of award                                 Payment to be: Monthly_____
                                                                   Upon Completion_____
To: Decemer 31, 2000

                                                    FEDERAL TAX I.D. NO.  521907316

TECHNICAL OFFICE/PROGRAM MANAGER        ISSUED BY:
NAME: Mr. James Cobb                    MATERIALS MANAGEMENT
TITLE: Corporate Compliance Officer     OFFICE OF PROCUREMENT
PHONE NUMBER: (202) 675-7655            19th & Massachusetts Ave., SE
FAX NUMBER: (202) 675-5650              Washington DC 20003

Name of Authorized Representative (Print) _____ Byron C. Marshall

Signature of Authorized Representative _____

Title:_____President and CEO_____  Date 2-4-00
Mailing Address of Contractor
919 Eighteenth Street NW, Suite: 400
Washington DC 20006
Phone: (202) 776-9000                               Fax: (202) 429-0155

The Contractor shall not be reimbursed for services performed in excess of the contract amount or for services provided, after the contract period has expired, without Contracting Officer's approval.

Name of Contracting Officer (Print)_____

Signature of Contracting Officer _____

Title: _____Contracting Officer_____ Date  2/11/00

Exhibit A

CONTRACT NO. JB-14-00-03-GM

ARTICLE I - DESCRIPTION OF SERVICES

STATEMENT OF WORK:

The Contractor shall complete on behalf of the DC Health and Hospitals Public Benefit Corporation (The PBC), Medicare and Medicaid Cost Reports for FY 1999 to comply with requirements for timely filing.

The tasks of the Contractor shall include, but not limited to:

1. Review all data and provide documentation to file cost reports related to Medicare and Medicaid.

2. Organize data in accordance with cost reporting principles.

3. Develop strategies to maximize reimbursement on Cost Reports.

4. Prepare Medicare and Medicaid third party Cost Reports for the fiscal year ending September 30, 1999. The standard date determined by the Health Care Finance Administration (HCFA) for filing the Cost Report, is the last work-day in February following the Fiscal Year end. For Fiscal Year 1999, this date has been extended by the to March 13, 2000. Upon receipt of final audited numbers, the FY 1999 Cost Report will be revised for final submission.

   The Contractor shall file the Cost Reports on or before March 13, 2000 for Fiscal Year 1999, and shall file the Cost Report on or before the last work-day in February, for subsequent option years, unless extended by HCFA.

5. The Contractor shall incorporate the Community Health Clinics (CHC) cost claim as part of the Medicaid, Medicare Cost Report for FY 1999.

6. The Contractor shall furnish the PBC with all copies of worksheets and relevant regulations to justify the reimbursable costs.

7. Provide all staff necessary to complete contractual obligations.

CONTRACT NO. JB-14-00-03-GM

ARTICLE II - CONTRACT AMOUNT AND PERIOD OF PERFORMANCE:

A. Contract Amount and Contract Type:

This is a Contingency Contract. The Contractor shall be paid at the rate of 10% of any additional revenues realized and collected, above the base lines given below:

- Cost Report for Hospital:   $3.1 Million
- Cost Claims for Clinics:    $4.1 Million

The above base line applies to the FY 1999 Cost Report filing only. A new base line will be negotiated for each subsequent option year awarded.

B. Period of Performance:

The period of performance under this contract is from Date of award to December 31, 2000.

C. Appropriation and Funding:

The PBC's monetary obligation under this Contract shall not extend beyond September 30, 2000. Compensation for services required after September 30, 2000 shall be subject to the appropriation of funds for each Fiscal Year.

The Contractor shall not perform services beyond the period authorized unless appropriated funds are confirmed to ensure payment.

D. Option To Extend The Term Of The Contract

The DCHH/PBC shall have the option of extending the term of this Contract for two (2) additional period of twelve (12) months or any fraction or portion thereof under this Contract. The same terms and conditions contained in this contract shall apply to each option exercised unless otherwise specified, and option shall be effective annually.

Options shall be exercised upon written notification (mailed or otherwise furnished) to the Contractor at least thirty (30) calendar days prior to the expiration of the contract. The total duration of the Contract, including the exercise of all options under this clause, shall not exceed three (3) years.

CONTRACT NO. JB-14-00-03-GM

ARTICLE III - INVOICING FOR PAYMENT

A.   INVOICING FOR PAYMENT

The Contractor shall provide an original and three (3) copies of invoices to the PBC. They must be signed by an official of the company and must certify that the amounts being billed are accurate and proper. Invoices must contain the Name and Address, the Federal Tax Identification number and the Telephone and Fax number of the company. The invoices must also contain the Contract number, the Purchase Order number, the period of performance, and the amount being claimed. All charges must be in accordance with the terms and conditions specified in this contract.

The Invoices must be submitted to:

>   Accounts Payable
>   DCHH/PBC, Room # 6208 (Ware House)
>   19th and Massachusetts Avenue SE
>   Washington DC 20003.
>   Phone: (202) 675-7391    Fax: (202) 675-5999

A second copy of each invoice must simultaneously be submitted to the COTR:

>   James Cobb
>   Corporate Compliance Officer
>   DC Health & Hospitals Public Benefit Corporation
>   19th & Massachusetts Avenue, SE
>   Washington DC 20003.
>   Phone: (202) 675-7655    Fax: (202) 675-5650

A third copy of the invoice must simultaneously be submitted to:

>   George Madathikunnel
>   Contract Specialist, Procurement and Contracts
>   DC Health & Hospitals Public Benefit Corporation
>   19th & Massachusetts Avenue, SE
>   Washington DC 20003.
>   Phone: (202) 675-5551    Fax: (202) 675-7658

4

CONTRACT NO. JB-14-00-03-GM

ARTICLE IV - SPECIAL PROVISIONS

A.  PRIME CONTRACTOR RESPONSIBILITY:

The Contractor is the prime Contractor. The prime Contractor is responsible for the entire contract performance. If sub-contractors are to be used, they must be approved, in advance, by the Contracting Officer of the PBC.

If the Contractor's staff members, sub-contractor or consultant is involved in two or more Contracts with the PBC, at least one of which is supported by the PBC's funds, he/she may not be compensated for more than 100 percent of his/her time during any part of the period of dual involvement. That is, an individual is prohibited from receiving double payment for any given work.

B.  TERMINATION FOR DEFAULT:

Failure of the Contractor to perform in whole or in part in accordance with its terms and conditions set forth herein may result in the PBC terminating this contract for default. Written notice of termination for default will be sent to the Contractor by registered mail, terminating this contract in whole or in part. In the event that the PBC terminates this contract in whole or in part, the Contractor shall be liable to the PBC for any costs associated with obtaining alternate methods to perform any or all of the services for which the contract was terminated.

The PBC's exclusive remedy for any claim arising out of a Breach of this Contract by the Contractor shall be for the Contractor, upon receipt of written notice of such breach, to use diligent efforts to cure such breach, or failing any such cure in reasonable period of time, the return of funds/money and/or fees paid to the Contractor under the statement of work with respect to the services giving rise to such breach. Each party shall have a duty to mitigate damages for which the other party is responsible.

C.  TERMINATION FOR CONVENIENCE:

This contract may be terminated, either in part or in whole, from time to time, by the PBC if the Contracting Officer decides that a termination is in the best interest of the PBC. The Contracting Officer shall deliver thirty (30) days written notice to the Contractor of any such termination, and will specify the extend of termination and the effective date.

5

CONTRACT NO. JB-14-00-03-GM

D. **FORCE MAJEURE:**

The Contractor shall be relieved from performance under the terms of this Contract where performance is impossible due to an act of God, including, but not limited to storms, riots, fires, and accidents and any cause not within the control of the Contractor.

E. **MODIFICATION AUTHORITY:**

The contracting Officer is the only official authorized to make changes to this Contract. The Contractor shall not accept any modification of the terms, conditions, and/or provisions of the Contract issued by any persons other than the Contracting Officer.

F. **GOVERNING LAW:**

This Contract and all suits and special proceedings hereunder shall be construed in accordance with and pursuant to the laws of the District of Columbia, and in any action, special proceeding or other proceeding that may be brought arising out of, in connection with, or by reason of this contract, the laws of the District of Columbia shall be applicable and shall govern to the exclusion of the law of any other forum, without regard to the jurisdiction in which any such action or special proceeding may be instituted and without giving effect to any choice of law principles thereof which may be direct the application of the laws of another jurisdiction.

G. **RETIREMENT INCENTIVE PROGRAM (EARLY OUT) RESTRICTION:**

The Contractor may not employ, on this Contract, any person who received a bonus or any other incentive or compensation associated with the District of Columbia Early Out Retirement Incentive Program until after 5 years from the date of the person's retirement from the District of Columbia Government. This restriction applies, as well, to the owners, operators, and officers of the company.

H. **DISSEMINATION OF INFORMATION:**

Except as required by order of a court of competent jurisdiction, administrative agency or government body, or by subpoena, summons or other legal process, or by law, rule or regulation, or by applicable regulatory or professional standards, there shall be no dissemination of publication, except within and between the Contractor and the PBC of information developed under this contract or contained in the reports to be furnished pursuant to this contract without prior written approval of the

CONTRACT NO. JB-14-00-03-GM

Contracting Officer's Technical Representative (COTR). All information resulting from research pursuant to this contract shall be classified as determined by the COTR.

I. INDEMNIFICATION:

The Contractor agrees to indemnify and hold harmless the PBC and its partners, principals and employees from and against any and all liabilities, costs and expenses (including, without limitation, attorney's fees and expenses incurred or suffered by or reason of or in any manner related to this contract), other than as judicially determined to be caused by the PBC's own willful misconduct. Should the need arise, the Contractor may be required to reimburse the PBC for all reasonable charges and expenses in connection with investigating, preparing or defending any action or claim related to or in connection with this contract.

J. RECOVERY OF DEBT OWED THE DISTRICT:

The Contractor hereby agrees that the District of Columbia may use all or any portion of any consideration or refund due it under the present contract to satisfy in whole or part, any debt due to the District of Columbia.

K. ASSIGNMENT:

The Contractor may not, without the written permission of the Contracting Officer, assign this contract, in whole or in part, for any reason at any time, for the duration of the performance of the Contract.

L. DISCLOSURE:

The Contractor is required to disclose any outside activities or interests, including ownership or participation in the development of prior inventions, that conflicts or may conflict with the best interest of the PBC. Prompt disclosure is required under this paragraph if the activity or interest is related directly or indirectly to:

--Any activity in which the Contractor may be involved with on behalf of the PBC.
--Any work that may be in conflict with work performed by the PBC.

7

CONTRACT NO. JB-14-00-03-GM

M.  **CONFIDENTIALITY:**

All information obtained by the contractor relating to any patient or employee of the PBC shall be kept in absolute confidence and shall not be used by the contractor in connection with any other matters, nor shall any such information be discussed with any other firm or corporation, in accordance with the District of Columbia and Federal Government laws governing the confidentiality of records.

N.  **UNAUTHORIZED DISCLOSURE OF INFORMATION:**

If the Contractor appears to have violated the Dissemination of Information and or confidentiality clauses of this contract the PBC shall seek injunctive relief against the Contractor's actions.

O.  **SERVICES TO THIRD PARTIES:**

The parties recognize that the Contractor may provide consulting services to third parties. However, the Contractor is bound by the confidentiality provisions of this contract, and the Contractor may not use any information obtained under this contract, directly or indirectly, for the benefit of third parties.

P.  **RETURN OF RECORDS:**

Upon conclusion of this contract, the Contractor shall deliver all records, notes, data, memoranda, models, and equipment of any nature that are in its possession or under its control and that are the property of the PBC or relate to PBC business.

Q.  **NOTICES:**

All notices required or permitted under this contract shall be in writing and shall be deemed delivered when delivered in person or deposited in the Untied States mail, postage prepaid, addressed as follows:

| If for the PBC: | If to the Contractor: |
|---|---|
| DCHH/PBC | Davis and Associates, Inc. |
| James Cobb | Byron C. Marshall |
| Corporate Compliance Officer | President & C E O |
| 19th & Massachusetts Ave., SE | 919 Eighteenth Street NW, Suite: 400 |
| Washington D.C. 20003. | Washington DC 20006. |

8

CONTRACT NO. JB-14-00-03-GM

Such addresses may be changed from time to time by either party by providing written notice to the other in the manner set forth above.

R.  SEVERABILITY:

If any provision of this contract shall be held to be invalid or unenforceable for any reason the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this contract is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed and enforced as so limited.

S.  WAGE DETERMINATION:

The Contractor is expected to adhere to the wage rates, occupational job codes and tittles, and the fringe benefits of the Wage Rate Determination, issued by the U.S. Department of Labor in accordance with the Service Contract Act of 1965, as amended (41U.S.C. 351).

T.  TAXES:

The PBC warrants that under the New Finance and Revenue Act, codified 501.C, Non-Profit Exemption, the PBC is exempt from and is not required to pay any Federal, State, Local, excise, transportation, sales or use taxes.

U.  INSURANCE:

1. The Contractor, at its expense, shall obtain the minimum insurance coverage set forth below prior to award of the contract and within ten (10) calendar days after being called upon by the PBC to do so and keep such insurance in force throughout the contract period.

2. Comprehensive General Liability: Insurance liability coverage for:

   Personal and Bodily injury in the amount of $1,000,000 Each and $ 1,000,000 Aggregate Completed Operations/Products.

2. Workers compensation: The Contractor shall carry workers compensation insurance covering all of its employees employed upon the premises and in connection with its other operations pertaining to this agreement, and the Contractor agrees to comply at all times with he

9

CONTRACT NO. JB-14-00-03-GM

provisions of the workers' compensation laws of the District.

3. Employer's Liability: The Contractor shall carry employer's liability of at least $100,000 per employee.

4. Umbrella Liability Insurance: The Contractor shall carry umbrella liability insurance of at least $1,000,000.

V. NON DISCRIMINATION CLAUSE:

The Contractor shall not discriminate against any person on the basis of age, race, color, creed, sex, religion, or national origin or marital status, personal appearance, sexual orientation, family responsibilities, disability, political affiliation or any other basis of discrimination prohibited by the District or Federal Law.

W. CONTINUITY OF SERVICE:

It is essential that continuity of service be maintained under this Contract. In the event that the contract expires or is terminated, the Contractor shall cooperate with both the Contracting Officer and any successor Contractor to enable the smooth transition of information and services from one Contractor to another. The Contractor shall furnish all records related to this contract, which will include the employees who worked for the Contractor and the PBC patients for whom they worked. The Contractor will return equipment if any, borrowed from PBC. The Contractor shall assure that the Contractor's Account Executive who oversees the activities of this contract for the Contractor, who is also identified as the Program Manager and all direct care staff are available for transition meetings and conferences with the staff of the new Contractor.

ARTICLE IV - DCHH/PBC RESPONSIBILITY

A. Coordination: The PBC shall be responsible for coordination between the PBC management and the Contractor. The COTR shall represent the PBC and shall be the point of contact between the contractor and the PBC.

B. Performance of the employees and accuracy of data: The PBC shall be responsible for the performance of its employees and agents and for the accuracy and completeness of all data and information provided to the Contractor for purposes of performance by the Contractor of the services specified in this contract. The PBC shall provide all support personnel, data, and information in a timely manner

10

CONTRACT NO. JB-14-00-03-GM

and in accord with a mutually agreed upon schedule.

The PBC reserves the right to conduct any review necessary to ensure that the task/service provided hereunder conforms in all respect to the Statement of Work herein. Any task/and or service which upon inspection are deemed not in compliance with the contractual requirements, may be rejected promptly and notice of such rejection, together with appropriate instructions shall be provided to the Contractor by the Contracting Officer.

C.  Records:

As part of performance of this contract, the PBC shall maintain suitable records reflecting the following:

1. Contract performance improvement actions, including when appropriate, the number of observations made and the number and the type of defects; and

2. Decision regarding the acceptability of the services as well as actions to correct defects.

3. The COTR shall maintain reports acknowledging receipt of the Contractor's progress and performance as required by the PBC.

ARTICLE V - CONTRACT ADMINISTRATION:

A.  CONTRACTING OFFICER'S (CO) RESPONSIBILITIES:

The Contracting Officer is an employee of the DCHH/PBC officially designated by the General Manager and authorized to make and execute contracts, purchase orders, and contract modifications.

The CO is:

    Roscoe Wade
    DC Health & Hospitals Public Benefit corporation
    Building# 6, Room 6201
    19th & Massachusetts Ave., SE
    Washington DC 20003.

11

CONTRACT NO. <u>JB-14-00-03-GM</u>

B.    <u>CONTRACTING OFFICER'S TECHNICAL REPRESENTATIVE (COTR) RESPONSIBILITIES:</u>

The performance of work required herein shall be subject to the technical direction of the Contracting Officer's Technical Representative (COTR) designee with respect to the technical matters. As used herein, "Technical Direction" means the provision of instructions that supplement the Statement of work f or example by suggesting lines of inquiry. "Technical Direction" does not constitute a new assignment, nor supersede or modify any other portion of this contract.

1. The COTR shall be responsible for the following:

   a. Performing all actions necessary to verify whether the delivery schedule conforms to Contract requirements;

   b. Developing and applying efficient procedures for performing the contract in accordance with the written direction of the CO.

   c. Implementing any specific written instructions from the CO.

   d. Recommending to the contracting Officer any changes necessary to the delivery of supplies, instructions, or other requirements that will provide more effective operations or eliminate unnecessary costs.

2. The COTR is authorized to:

   a. Act as liaison and to coordinate activities between the Contractor and the PBC.

   b. Provide technical guidance in the performance of the Contract; and

   c. Receive, review and approve (but not reject or deny) selected invoices or other functions of a technical nature. The authority to reject performance and deny associated invoices is expressly reserved for the Contracting Officer.

3. The COTR does not have the authority to alter the Contractor's obligations under the Contract; direct changes that fall within the purview of the clause entitled "Changes" (reference in the Standard Contract Provisions, Paragraph and/or modify any of the expressed terms, conditions, specifications, or price of the contract. If as a result of technical discussions, it is desirable to

12

CONTRACT NO. <u>JB-14-00-03-GM</u>

alter/change the contractual obligations, the Contracting Officer shall issue such changes in writing over his/her signature.

The COTR assigned cognizance of this Contract is:

> James Cobb
> Corporate Compliance Officer
> D.C. Health and Hospitals Public Benefit Corporation
> Washington D.C. 20003.
> Telephone: (202) 675-7655
> Fax:       (202) 675-5650

C. **CONTRACT ADMINISTRATION:**

George Mathew Madathikunnel, Contract Specialist, Contracts Section, hereinafter referred to as George Mathew, is designated as the authorized representative of the Contracting Officer for purposes of administering this contract. Inquiries regarding contractual matters should be directed to George Mathew, Contract Section, DCGH, 19th and Massachusetts Avenue SE, Washington, D.C. 20003, telephone number (202) 675-7375.

ARTICLE VI - INSPECTION AND ACCEPTANCE OF SERVICES

A. Inspection and acceptance of services to be furnished hereunder shall be made by the Contracting Officer's Technical Representative (COTR) or her designated representative.

ARTICLE VIII - LAWS AND REGULATIONS INCORPORATED BY REFERENCE:

A. Contract work Hours and Safety Act of 1962, 40 U.S.C.A Sec. 328-330 (1986).

B. Buy American Act, 41 U.S.C.A Sec. 10 (1987) (amended 1988)

C. Walsh-Healy Public contracts Act, of June 30, 1936, 41 U.S.C. Sec.35 (1987)

D. Inspection of Service-U.C.C. Article 2 Fixed Price D.C. Code 28 Sec. 1-1186.1 (1981)

E. Responsibility of Services (D.C. Code 28 Sec. 2-602) (1981)

13

CONTRACT NO. JB-14-00-03-GM

F. Stop Work Order (50 U.S.C. App. 20610)

G. F.B.O. Destination 49 U.S.C. Sec. 10721 (1997), (corresponds to D.C. Code F.O.B. Destination, D.C. Code 28 Sec. 2-317 (1981)

H. Freedom of Information Act, 5 U.S.C. Sec. 552 (1996) amended (1996)

I. Prompt Payments Act amendments of 1988, 31 U.S.C. 3901 (1983)

J. Unlawful employment of Aliens, 8 U.S.C. Sec. 1324(a) (1970)

K. Copeland Act Anti-kickback act, 48 U.S.C. Sec.276(c) (1987), 48 Stat. 948

L. Miller Act, (40 U.S.C. Sec. 270(a)-270(f) (1986)

M. Drug Free Work Place Act of 1988, 41 U.S.C. Sec. 1-1163 (1981).

N. Government of the District of Columbia Standard Contract Provisions.

O. First Source Employment Agreement, D.C. Code Sec. 1-1163 (1981).

P. Government of the District of Columbia Standard Contract Provisions.

Q. Privacy and Disclosure Act, (Pub. L. No. 93-579; 552a).

R. Local, Small, Disadvantaged, Business Enterprises (D.C. Code Sec. 1-1152, 1152-6 (1981).

S. Service Contract Act of 1965, (Pub. L 89-286, as amended by Pub. L No. 92-473).

T. Non-Collusion.

U. Taxes: The New Finance and Revenue Act, 26 U.S.C. Sec. 501c(1986).

DISTRICT OF COLUMBIA GENERAL HOSPITAL
NEGOTIATED SERVICES CONTRACT

CONTRACT NO. JB-14-00-03-GM                MODIFICATION NO. 001

SPECIFICATION OF THE SERVICE

WHEREAS, Davis and Associates Inc. (D&A) hereinafter referred to as "the Contractor" and the District of Columbia Health and Hospitals Public Benefit Corporation ("the PBC"), an independent agency of the Government of the District of Columbia entered into Contract Number JB/014-00-03-GM under the date March 10, 2000, which hereinafter referred to as "the Contract", and;

WHEREAS, in accordance with Paragraph 18 Changes of the Standard Contract Provision Booklet, this Contract is hereby modified to change Description of Services.

ACCOUNTING & APPROPRIATION DATA                Contingency

PERIOD OF CONTRACT: From: Date of award            Payment to be: Monthly
                                                                  Upon Completion
To: Twelve months from the Date of award
                                                FEDERAL TAX I.D. NO. 521907316

TECHNICAL OFFICE/PROGRAM MANAGER            ISSUED BY:
NAME: James Cobb                            MATERIALS MANAGEMENT
TITLE: Chief Compliance Officer             OFFICE OF PROCUREMENT
PHONE NUMBER: (202) 675-7655                19th & Massachusetts Ave., SE
FAX NUMBER: (202) 675-5650                  Washington DC 20003
Name of Authorized Representative (Print) ~~Mike Davis~~ Byron Marshall

Signature of Authorized Representative _Byron C. Marshall_

Title: President and CEO                    Date 3/10/00
Mailing Address of Contractor
919 Eighteenth Street NW, Suite: 400
Washington DC 20006
Phone: (202) 776-9000                       Fax: (202) 429-0155

The Contractor shall not be reimbursed for services performed in excess of the contract amount or for services provided, after the contract period has expired, without Contracting Officer's approval.

Name of Contracting Officer (Print) _Roscoe Wade_

Signature of Contracting Officer _____
Title: _____ Contracting Officer _____ Date _____

1

DISTRICT OF COLUMBIA GENERAL HOSPITAL
NEGOTIATED SERVICES CONTRACT

CONTRACT NO. JB-14-00-03-GM                MODIFICATION NO. 001

SPECIFICATION OF THE SERVICE

Now, therefore, the Contract is hereby modified to include Cost Reports filing services for all Fiscal Years prior to 1999.

ARTICLE I - DESCRIPTION OF SERVICES

STATEMENT OF WORK:

The Contractor is also authorized to provide revenue recovery and maximization services for retroactive periods to DC Health and Hospitals Public Benefit Corporation involving the D.C. General Hospital and other entities as may have been added during the period covered by this contract. The retroactive period covered under this Contract shall include recoveries for all categories of services and claims. Such services and claims referred to herein shall include but not be limited to any and all services and claims (consultation, reviews, development, revisions, disproportionate share and/or representations) that involve the Contractor in any form.

ARTICLE II - CONTRACT AMOUNT AND PERIOD OF PERFORMANCE:

A.  Contract Amount and Contract Type:

   This is a Contingency Contract. The Contractor shall be paid at the rate of 10% of any additional revenues realized and collected for years prior to Fiscal Year 1999, and in accordance to a base line that will be negotiated for each subsequent Fiscal Year covered.

B.  Period of Performance:

   The period of performance shall be continuous, until all revenues are realized and collected for years prior to Fiscal Year 1999.

THE CONTRACTOR SHALL NOT PERFORM ANY SERVICES BEYOND THE CONTRACT AMOUNT FOR THIS PERIOD.

2