

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

District of Columbia Public Schools
Office of the Chief Financial Officer
OFFICE OF ACQUISITIONS AND
CONTRACT MANAGEMENT
415 - 12th Street, N.W., Room - 807
Washington, DC 20004 - 1994

| ISSUE DATE: Jan. 26, 1998 | REQUEST FOR PROPOSAL NUMBER: N/A | FOR: Medicaid Third Party Liability Reimbursement |
|---|---|---|
| AGENCY: Budget/Finance | DATE / TIME OF CLOSING: N/A | CONTRACT ADMINISTRATOR: Jonas McNair, Jr. |

Proposal - In accordance with the following and in compliance with all terms and conditions, unless otherwise note, the undersigned offers and agrees, if the proposal is accepted, to furnish items or services for which prices are quoted, at the price set opposite each item, delivered or furnished to designated points within the time period specified. It is understood and agreed that with respect to all terms and conditions accepted by the District of Columbia Public Schools under acceptance below, items or services offered and accompanying attachments shall constitute a contract.

**NAME AND ADDRESS OF FIRM:**

Health Management Systems, Inc.
2000 L Street, N.W., Suite 200
Washington, D.C. 20036-4906

Telephone / FAX No.:
District of Columbia Registration No.: Pending
Federal I.D. No.:
Prompt Payment Discount: Payment Net 30 days
District of Columbia Licence Tax No.: Pending
Dun and Bradstreet No.: 075-266-346

CHECK ONE: ☐ INDIVIDUAL  ☐ PARTNERSHIP  ☒ CORPORATION

State in which Incorporated: New York

VENDOR: Legally Authorized Signature  /s/ Victor Kugajevsky   Date: 1-28-98

Impress Corporate Seal Here

Printed/Typed: Name and Title: Victor Kugajevsky, Vice President   Secretary: /s/ Felice Blanco

---

**ACCEPTANCE AGREEMENT DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
(This is a contract)

CONTRACT NUMBER: C80059

Accepted as to item(s) indicated: 0001

Title: Medicaid Third Party Liability Recovery
Period of Performance: January 26, 1998 Through July 31, 1998
Type of Contract: Fixed Price

_____   _____
Contracting Officer           Date

AN EQUAL OPPORTUNITY PURCHASING ORGANIZATION

DCPS - 001 / COVER SHEET /                                Exhibit B

C80059                                                                                    2

TABLE OF CONTENTS

UNIFORM CONTRACT FORMAT

PART I
THE SCHEDULE

| Title of Sections | Pages |
|---|---|
| Section A - Solicitation/Contract | 1-2 |
| Section B - Supplies or Services and Prices/cost | 3 |
| Section C - Description/Specifications/Work Statement | 4 |
| Section D - Packaging and Marking | 5 |
| Section E - Inspection and Acceptance | 6 |
| Section F - Deliveries or Performance | 7 |
| Section G - Contract Administration | 8 |
| Section H - Special Contract Requirement | N/A |

PART II
CONTRACT CLAUSES

| | |
|---|---|
| Section I - Contract Clauses | N/A |

PART III
LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

| | |
|---|---|
| Section J - List of Attachments | 9 |

PART IV
REPRESENTATION AND INSTRUCTIONS

| | |
|---|---|
| Section K - Representations, Certifications, and other Statements of Offerors or Quoters | N/A |
| Section L - Instructions, conditions, and Notices to Offerors or Quoters | N/A |
| Section M - Evaluation Factors for Award | N/A |

C80059                                                                                      3
_____

## SECTION B: COST AND PRICING DATA

---
LINE
ITEM      DESCRIPTION                                              PRICING
---

01        Medicaid Third Party Liability Reimbursement Program

Fee Schedule for Special Education Students are as follows:

| School Year 1997/98 | Collections | Fee% | Fee ($) |
|---|---|---|---|
| $0 to $3,000,000.00 | 3M X | 16.54% | = $496,200.00 (not to exceed) |
| $3,000,000.01 to $6,000,000.00 | 3M X | 14.33% | = $429,900.00 (not to exceed) |
| $6,000.000.01 and over | 3M X | 11.03% | = $330,900.00 (or more based on the amount of funds recovered) |

Fee Schedule for Regular Students are as follows:

| School Year 1997/98 | Collections | Fee% | Fee ($) |
|---|---|---|---|
| $0 to $3,000,000.00 | 3M X | 15% | = $450,000.00 (not to exceed) |
| $3,000,000.01 to $6,000,000.00 | 3M X | 13% | = $390,000.00 (not to exceed) |
| $6,000.000.01 and over | 3M X | 12% | = $360,000.00 (or more based on the amount of funds recovered) |

C80059                                                                                         4
_____

**SECTION C:   SCOPE OF WORK**

    **GENERAL.**   The scope of work is set forth in Section J and encompasses the work required to implement a Medicaid reimbursement and recovery program to recover the expenditures from liable third parties for and on behalf of the D.C. Public Schools to be accomplished under this contract.

C80059                                                                     5

## SECTION D - PACKAGING AND MARKING

D-1. Packing and marking shall be in accordance with the Contractor's standard commercial domestic practice for acceptance by US Postal or any commercial express mail service to prevent damage during shipment.

D-2. Reports shall be marked for delivery in accordance with address provided in Section F-3.

C80059                                                                          6

## SECTION E - INSPECTION AND ACCEPTANCE

E-1. Inspection of the reports will be made at destination set forth in Section F-3 and PART II Contract Clauses General Conditions, paragraph 8.

Case 1:06-cv-00972-GK   Document 1-3   Filed 05/24/2006   Page 6 of 14

C80059                                                                            7

SECTION F - DELIVERY AND PERFORMANCE

F-1.  Period of Performance

The anticipated period of performance under this contract shall be from January 25, 1998 through July 31, 1998 unless changed by modification to the contract.

F-2  Delivery Schedule

Services under this contract shall start within 24 hours upon receipt of contract award. Start work, as described herein, shall mean the contractor will have mobilized and performing services described herein at the work site within the 24 hour start upon receipt of contract award.

SECTION G.  CONTRACT ADMINISTRATION DATA

G-1  Invoice Submission

The Contractor shall be paid after the recovered amounts have been received by the Controller, D.C. Public Schools. The Contractor shall receive the fees for recovery as stated in Section B. To receive payment for services rendered hereunder, the Contractor shall submit a certified invoice of amounts recovered and deposited with the Controller, D.C. Public Schools. The following information is required for submission of a proper invoice.

(a)  Name, address, and telephone number of the Contractor;

(b)  Signature of an authorized official certifying the invoice to be correct and proper for payment;

(c)  Contract number;

(d)  Period of performance for which costs are claimed;

(e)  Tax identification number (employer's identification number) or social security number.

(f)  The Contractor shall submit an original and two (2) copies of the invoice to:

District of Columbia Public Schools
Office of Budget
415 12th Street, Suite
Washington, D.C. 20004-1994

One copy of the invoice shall be sent to:

D.C. Public Schools
Office of Acquisitions and Contract Management
415 12th Street, Suite 807
Washington, D.C 20004-1994

C80059                                                                            9

G-2   <u>Contracting Officer's Technical Representative (COTR)</u>

Appointment of Contracting Officer's Technical Representative (COTR): The Contracting Officer will appoint, in writing, a COTR. The COTR will function as the liaison between the Contractor and the Contracting Officer. The Contractor shall be provided a copy of the appointment letter.

C80059                                                                                    10

## SECTION H. SPECIAL CONTRACT REQUIREMENTS
SPECIAL CONDITIONS

C80059                                                                                    10

C80059                                                                11
_____

## PART II - CONTRACT CLAUSES
## GENERAL CONDITIONS

Contract clauses listed below are incorporated by reference:

1. Contract Works Standards Act (Aug. 1962)

2. Walsh-Healy Public Contracts Act (June 1936)

3. Service Contract Act of 1965 (Oct. 1965)

4. Mayors Order 85-85 (June 1985)

C80059                                                                                      12
_____

PART III - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS
                         SECTION J

1. GENERAL SCOPE OF WORK (2 pages)

SCOPE OF WORK

IDENTIFICATION AND RECOVERY OF MEDICAID THIRD PARTY LIABILITY (TPL)

OVERVIEW

The Contractor shall provide the District of Columbia Public Schools (DCPS), Office of Budget/Finance and Division of Special Education materials and services to identify and recover payments from liable third parties for reimbursable Medicaid payment. The Contractor shall undertake the reimbursement and recovery program to recover the expenditures from liable third parties for and on behalf of the D.C. Public Schools. The goal is to identify health insurance resources available to D.C. Public Schools Medicaid Assistance recipients, to file claims in behalf of D.C. Public Schools seeking reimbursement and to receive monies on claims from third parties and deposit with Controller, D.C. Public Schools.

Statement of Work

The Contractor shall identify third party resources for those persons receiving Medicaid services. The Contractor will bill and seek collections from identified and pre-approved resources, provide timely new resource information to support cost avoidance and other services.

Mandatory Requirements

The Contractor shall provide materials and services in developing and implementing a Medicaid Third Party Reimbursement program to include:

1. The Contractor shall prepare and submit appropriate applications and documentation to designate the D.C. Public Schools as a Medicaid health provider.

2. The Contractor shall develop a cost reimbursement schedule for services provided by DCPS that are eligible for Medicaid and other health insurance.

3. The Contractor shall identify and file appropriate claims with third parties for student recipients who have received reimbursable services by or through DCPS.

4. The Contractor shall design and implement a health care billing system for DCPS that includes a system of accountability, which will meet all District of Columbia and Federal requirements.

5. The Contractor shall coordinate the collection of data and documentation necessary to develop a program overhead rate, to include a staffing plan that will be used as the basis for acceptable cost reimbursement from Medicaid.

6. The Contractor shall develop in conjunction with D.C. Public Schools a rate schedule for health services to be charged to Medicaid.

7. The Contractor shall assist in securing from the D.C. Department of Human Services a Medicaid provider number.

8. The Contractor shall implement a cost accounting system for the D.C. Public Schools to meet the requirements for the Medicaid program.

9. The Contractor shall develop and implement a system to audit the D.C. Public Schools Medicaid program.

10. The Contractor shall develop and implement a system to identify, on a continuing basis, all eligible students for participation in Medicaid reimbursement program.

11. The Contractor shall identify all medical and health related services being provided by D.C. Public Schools to students eligible for Medicaid reimbursements.

12. The Contractor shall design and implement a reporting system for all public schools to Special Education Centers to collect and report all necessary data for third party billing and audit purposes.