UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVIS & ASSOCIATES, INC. )
1412 5th Street, N.W. )
Washington, D.C. 20001 )
)
Plaintiff, )
)
vs. ) Civil Action No.
)
THE DISTRICT OF COLUMBIA, a )
Municipal Corporation )
1350 Pennsylvania Avenue, NW )
Washington, D.C. 20004 )
)
and )
)
ANTHONY A. WILLIAMS, Mayor )
The District of Columbia, in his )
official capacity )
1350 Pennsylvania Avenue, NW )
Suite 600 )
Washington, D.C. 20004 )
)
and )
)
NATWAR M. GANDHI, Chief )
Financial Officer, The District of )
Columbia, in his official and )
individual capacities )
1350 Pennsylvania Avenue, NW )
Suite 203 )
Washington, D.C. 20004 )
)
and )
)
VALERIE HOLT, Former Chief )
Financial Officer, The District of )
Columbia, in her official capacity )
1350 Pennsylvania Avenue, NW )
Suite 203 )
Washington, D.C. 20004 )
and )
)

HEALTH MANAGEMENT SYSTEMS, )
INC. )
401 Park Avenue South )
New York, NY 10016 )
)
Defendants. )

**Certificate required by LCvR 7.1 of the Local Rules of the
United States District Court for the District of Columbia**

I, the undersigned, counsel of record for DAVIS & ASSOCIATES, INC., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DAVIS & ASSOCIATES, INC. which have any outstanding securities in the hands of the public.

(Here list all such parent companies, subsidiaries and affiliates of the corporation.)

NONE

These representations are made in order that judges of this Court may determine the need for recusal.

By: _____

Respectfully submitted,
HOUSTON & HOWARD

Johnny M. Howard, Bar No. 264218
1001 Connecticut Avenue, NW
Suite 402
Washington, D.C. 20036
(202) 628-7058
E-mail: houhow@erols.com
Counsel for Plaintiff