### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., : | |
| : | |
| v.  : | Civil No. 6CV 00972 (GK) |
| : | No Current Order |
| THE DISTRICT OF COLUMBIA, et al., : | |
| : | |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER

Defendants District of Columbia, Anthony A. Williams, Natwar M. Ghandi and Valerie Holt, by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to answer or file a dispositive motion from June 26, 2006, through and including August 10, 2006, due to undersigned counsel's other cases and the need to prepare a dispositive motion. This motion is made without prejudice to the assertion of any other proper defense. Pursuant to LCvR 7(m) consent for this enlargement was sought from opposing counsel was sought via e-mail on June 15, 2006. No response has been received. An LCvR 7(a) supporting memorandum and LCvR 7(c) proposed order accompany this motion.

Dated: June 22, 2006        Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


    /S/ Kimberly M. Johnson
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1

           */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov

## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on June 22, 2006.



                    */s/ Thomas J. Foltz*
                    Thomas J. Foltz, Esq.

Davis & Associate 06 792 DC MTN NLRG TIME ANSWR E sign 062206