**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., : | |
| : | |
| v.  : | Civil No. 6CV 00972 (GK) |
| : | No Current Order |
| THE DISTRICT OF COLUMBIA, et al., : | |
| _____ : | |

DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS
MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER

I. <u>Factual and Procedural Background</u>

Plaintiff Davis & Associates, Inc. has filed a two count lawsuit claiming over $268,000,000.00 in compensatory damages along with attorneys' fees and such other relief as the court deems just and proper. Plaintiff's core contention is that the Defendants acting under custom or policy of the District failed to pay Plaintiff as a minority contractor for services rendered under two contracts as a Medicaid revenue consultant while paying other white or non-minority contractors. While the contracts were alleged to have been executed and performed in 1998 and 2000, the date of payment to the "white owned firm" is not alleged. Plaintiff fails to disclose that it has attempted unsuccessfully to litigate its contract claim in the Superior Court of the District of Columbia resulting in a recent decision that required the plaintiff to proceed to the District of Columbia Board of Contract Appeals. *Davis & Associates v. Williams,* 892 A.2d 1144 (D.C. 2006).

Defendants need the additional time sought through August 10, 2006, pursuant to the "(b)(1)" enlargement to identity initial dispositive defenses for an action where the damages are in excess of a quarter of a billion dollars. In addition, undersigned counsel will be in a three day

hearing beginning on June 28, 2006, thus precluding the time necessary to prepare a timely dispositive motion. Subsequent dispositive motions and post hearing briefs and other cases will substantially occupy undersigned counsel's time through and including August 10, 2006. Accordingly, and as the argument below sets forth, there is sufficient good cause for the enlargement sought.  Consent from opposing counsel was sought by e-mail on June 15, 2006. No response was received.

## II. Argument

Fed. R. Civil P. 6(b) (1) and (2) provide in relevant part:

> (b) *Enlargement*.  When by these Rules of by notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specific period permit the act to be done where the failure to act was the result of excusable neglect.

Courts grant "(b) (1)" enlargements (pre-expiration enlargements) where the moving party shows good cause and the opposing party suffers no prejudice.  4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.5 (2002 ed.)  Similarly, courts grant "(b) (2)" or *nunc pro tunc* enlargements where the moving party has been diligent and the non-moving party suffers no substantial prejudice. 4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.2 (2002 ed.).

As applied to this case, Defendants have shown good cause and there is no demonstrable prejudice to the Plaintiff.

## III. Conclusion

For the foregoing reasons, the Defendants respectfully request that the enlargement sought be granted through August 10, 2006.

Dated:  June 22, 2006               Respectfully submitted,

                                    ROBERT J. SPAGNOLETTI
                                    Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General, Civil Litigation Division


                                    _____*/s/ Kimberly M. Johnson*_____
                                    KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                                    Chief, General Litigation Section 1


                                    _____*/s/ Thomas J. Foltz*_____
                                    THOMAS J. FOLTZ
                                    Assistant Attorney General
                                    D.C. Bar No. 462858
                                    441 Fourth Street, N.W.
                                    Washington, D.C. 20001
                                    (202)  724-6652
                                    (202) 727-0431 (fax)
                                    E mail: Thomas.foltz@dc.gov


                             CERTIFICATE OF SERVICE

   This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on June 22, 2006.


                         _____*/s/ Thomas J. Foltz*_____
                                    Thomas J. Foltz, Esq.


Davis & Associate 06 792 DC MTN NLRG TIME ANSWR MEMO E sign 062206

3