# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., : | |
| : | |
| : | |
| v.                                  : | Civil No. 6CV 00972 (GK) |
| : | No Current Order |
| : | |
| THE DISTRICT OF COLUMBIA, et al., : | |
| : | |
| _____ : | |

## ORDER

Defendants District of Columbia, Anthony A. Williams, Natwar M. Ghandi and Valerie Holt moved pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to answer or file a dispositive motion from June 26, 2006, through and including August 10, 2006.  Upon consideration of the supporting memorandum, any opposition and reply received in response thereto, it is hereby

ORDERED that the Motion be and the same hereby is GRANTED; and it is further

ORDERED that the time to answer or file an initial responsive pleading be and the same hereby is ENLARGED from June 26, 2006, to August 10, 2006.


ENTERED:                                                    _____
                                                                            United States District Judge

Copies to:         Thomas J. Foltz, Esq.
                        Office of the Attorney General
                        District of Columbia
                        441 Fourth Street, N.W.
                        Washington, D.C. 20001

                        Johnny M. Howard, Esq.
                        HOUSTON & HOWARD
                        1001 Connecticut Avenue, N.W., Ste. 402
                        Washington. D.C. 20036

Davis & Associate 06 792 DC MTN NLRG TIME ANSWR ORDER 062206