# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | No Current Order |
| THE DISTRICT OF COLUMBIA, et al., | : | |

## DEFENDANTS' MOTION TO DISMISS

Defendants District of Columbia, Anthony A. Williams and Natwar M. Ghandi[1], by and through their undersigned counsel, (collectively known as "the District") hereby move pursuant to Fed. R. Civ. P. 12(b) (6) to dismiss the complaint as follows: (1) to dismiss count I, 42 U.S. C. § 1981, since the underlying contracts are void *ab initio* for failure to certify available appropriated funds as required by 27 D.C.M.R. §3240; (2) to dismiss Count II, 42 U.S.C. §1983 for failure to use available state remedies by failing to proceed at the D.C. Contract Appeals Board; (3) to dismiss both Counts I and II, for failure to bring the action within the applicable three year period of limitations required by D.C. Official Code §12-301 for Count II, the Title 42 U.S.C. §1983 claim and within four year period apparently required for post formation contract issues under Count I, the Title 42 U.S.C. §1981 claim; and (4) to dismiss the claim against the named individuals in their official capacity since a suit against them in their official capacities is in essence a suit against the District.

---

[1]  Defendant District of Columbia notes that Dr. Ghandi is before the Court in his official capacity only since he has not been personally served. In addition, the Office of the Attorney General does not currently represent Valerie Holt in accord with the praecipe filed this day. Ms. Holt does not appear to have been served nor has she requested representation from the Office of the Attorney General. Moreover, she is sued only in her official capacity which is akin to a suit against the District of Columbia. See *Kentucky v. Graham,* 473 U.S. 159, 167 (1985). The arguments in this motion, however, would apply to her as well.

Pursuant to LCvR 7(m) and due to the fact that these are dispositive motions, no consent for these motions was sought from opposing counsel. An LCvR 7(a) supporting memorandum and LCvR 7(c) proposed order accompany this motion.

Dated: August 10, 2006    Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

     */S/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1

     */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov

CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on August 10, 2006.

_____/s/ Thomas J. Foltz_____
Thomas J. Foltz, Esq.

Davis & Associate 06 792 DC MTD E Sign 081006.1