IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | No Current Order |
| | : | |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| _____ | : | |

DISTRICT OF COLUMBIA PRAECIPE WITH DRAWING MOTION TO ENLARGE ON BEHALF OF VERONICA HOLT

Defendant District of Columbia, by and through the undersigned counsel, hereby withdraws the motion for enlargement filed on behalf of defendant Valerie Holt and notes that it was submitted through the inadvertent error of trial counsel. No affidavits of service have been filed to date, thus it does not appear that she has been served in this case. The District is attempting to contact Ms. Holt to ascertain her decision regarding representation by the Office of the Attorney General.

Dated: August 10, 2006          Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


    */S/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


    */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General

                                        D.C. Bar No. 462858
                                        441 Fourth Street, N.W.
                                        Washington, D.C. 20001
                                        (202) 724-6652
                                        (202) 727-0431 (fax)
                                        E mail: Thomas.foltz@dc.gov

### CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on August 10, 2006.



                                        _____/s/ Thomas J. Foltz_____
                                                  Thomas J. Foltz, Esq.

Davis & Associate 06 972 DC Praecipe W Draw Holt Motion Enlarge Esign 081006. 1