Davis & Associates v. District of Columbia, et al.
D.D.C. Civil No. 06-972 (GK)

District of Columbia Motion to Dismiss- August 10, 2006

Exhibit 1- 27 D.C.M. R. § 3240 et seq.

Source: Legal > States Legal - U.S. > District of Columbia > Statutes & Regulations > DC - Weil's Code of D.C. Municipal Regulations
TOC: Weil's Code of D.C. Municipal Regulations > /.../ > CHAPTER 32. CONTRACT FINANCING AND FUNDING > 27-3240. CONTRACT FUNDING

*CDCR 27-3240*

WEIL'S CODE OF D.C. MUNICIPAL REGULATIONS
Copyright (c) 2006 by Weil Publishing Co., Inc.
All rights reserved

\*\*\* THIS DOCUMENT IS CURRENT THROUGH THE JUNE 2006 REVISIONS \*\*\*

TITLE 27. CONTRACTS AND PROCUREMENTS
CHAPTER 32. CONTRACT FINANCING AND FUNDING

CDCR 27-3240 (2006)

27-3240. CONTRACT FUNDING

3240.1 In accordance with the Antideficiency Act (31 U.S.C. § 665), no contracting officer or other District employee shall make or authorize an encumbrance or expenditure in advance of appropriations or which exceeds the budget authority available under a current appropriation.

3240.2 Before executing any contract, the contracting officer shall obtain certification from an official designated by the Deputy Mayor for Finance that the amount of the contract does not exceed the amount of unencumbered budget authority as of the date on which the contract is executed.

3240.3 For purposes of this section, "unencumbered budget authority" shall mean that portion of an appropriation which has been allocated to the object of the procurement and which has not been reallocated to another purpose, committed to any other procurement, or expended.

3240.4 If the contract provides for expenditures in excess of the amount of unencumbered budget authority, the contracting officer shall not sign the contract unless the contract contains a provision, approved by the Director, which expressly provides that the portion of the contract requiring payment of any amount in excess of available budget authority is conditioned upon the appropriation or allocation of additional budget authority.

3240.5 If the contract provides for expenditures in a future fiscal year, the contracting officer shall not sign the contract unless the contract contains a provision, approved by the Director, which expressly provides that the portion of the contract requiring expenditures in a future fiscal year is conditioned upon the appropriation of budget authority for that fiscal year.

3240.6 Before execution of a contract, the contracting officer shall ensure that the appropriate amount of allocated budget authority is encumbered to cover the cost of the contract.

3240.7 Budget authority shall be encumbered as follows:

> (a) In an amount sufficient to cover the price or target price of a fixed-price contract, or the price of that portion of the contract to be performed in the current fiscal year; or

(b) In an amount sufficient to cover the estimated cost and any fee of a cost-reimbursement contract, or that portion of the estimated cost and fee applicable to the current fiscal year.

3240.8 For contracts which extend to a fiscal year for which appropriations have not been made or allocated at the time of contract execution, the contracting officer shall ensure that the appropriate amount of allocated budget authority is encumbered when the appropriation is made.

3240.9 Each encumbrance shall expire at the end of the fiscal year to which it applies. The portion of any contract not performed or delivered during the fiscal year shall be handled as follows:

(a) If the contract does not extend beyond the end of the fiscal year, that portion of the contract shall be cancelled; or

(b) If the contract extends to the following fiscal year, that portion of the contract shall be encumbered against appropriated budget authority in the following fiscal year or cancelled if budget authority is not available.

3240.10 A contractor shall not perform services or deliver supplies under a contract conditioned upon the availability of funds until the contracting officer has given written notice to the contractor that funds are available. The contracting officer shall not give notice to the contractor until the appropriate amount of budget authority has been encumbered.

3240.11 The District shall not accept supplies or services under a contract conditioned upon the availability of funds until the contracting officer has given written notice to the contractor that funds are available.

SOURCE: Final Rulemaking published at 35 DCR 1643 (February 26, 1988)
History of Rules since Last Compilation by Agency (July 1988)

Source:  Legal > States Legal - U.S. > District of Columbia > Statutes & Regulations > DC - Weil's Code of D.C. Municipal Regulations
TOC: Weil's Code of D.C. Municipal Regulations > /.../ > CHAPTER 32. CONTRACT FINANCING AND FUNDING > 27-3240. CONTRACT FUNDING
View: Full
Date/Time: Tuesday, August 8, 2006 - 2:08 PM EDT



About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.