IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | No Current Order |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |

ORDER

  Defendants District of Columbia, Anthony A. Williams, Natwar M. Ghandi and Valerie Holt moved pursuant to Fed. R. Civ. P. 12(b) (6) to dismiss the complaint. Upon consideration of the supporting memorandum, any opposition and reply received in response thereto, it is hereby

  ORDERED that the Motion be and the same hereby is GRANTED; and it is further

  ORDERED that the Complaint be and the same hereby is DISMISSED WITH PREJUDICE in accord with any memorandum provided herewith.

ENTERED:               _____
                      United States District Judge


Copies to:  Thomas J. Foltz, Esq.
        Office of the Attorney General
        District of Columbia
       441 Fourth Street, N.W.
       Washington, D.C. 20001

       Johnny M. Howard, Esq.
       HOUSTON & HOWARD
       1001 Connecticut Avenue, N.W., Ste. 402
       Washington. D.C. 20036

Davis & Associate 06 792 DC MTD ORDER 081006