UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|     v. | )    Civil 1:06-cv-00972-GK |
| | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
|     Defendants | ) |

**PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

    Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, and moves the Court for an additional thirty (30) days, up to and including September 11, 2006, to file an opposition to the Defendants' Motion to Dismiss. The plaintiff requires additional time to brief thoroughly the issues raised in the motion. Plaintiff did not reach defense counsel during business hours to obtain defendants' consent to the instant motion. A message was left with defense counsel's voicemail notifying him of the request for his consent and for the filing of this motion. Although defendants' counsel's consent could not be obtained, the relief requested in this motion does not prejudice defendants. The initial hearing is scheduled for August 30, 2006 and a scheduling order has yet to be entered.

Dated: August 24, 2006                                Respectfully submitted,
                                                                 HOUSTON & HOWARD

                                                                  */s/ Johnny M. Howard*
                                                               Johnny M. Howard, #264218
                                                               1001 Connecticut Avenue, NW
                                                              Suite 402
                                                              Washington, DC  20036
                                                             (202) 628-7058
                                                            Email:  houhow@erols.com

2

**<u>CERTIFICATE OF SERVICE</u>**

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system. This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on August 24, 2006.

      */s/ Johnny M. Howard*
      Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil 1:06-cv-00972-GK |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

**3.** The record herein.

                                    Respectfully submitted,
                                    HOUSTON & HOWARD


                                         */s/ Johnny M. Howard*
                                    Johnny M. Howard, #264218
                                    1001 Connecticut Avenue, NW
                                    Suite 402
                                    Washington, DC  20036
                                    (202) 628-7058
                                    Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil 1:06-cv-00972-GK |
| | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of August 2006,

ORDERED that Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its opposition to Defendants' Motion to Dismiss on or before September 11, 2006.

_____
U. S. DISTRICT COURT JUDGE