UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>    Defendants ) | Civil 1:06-cv-00972-GK |

## JOINT STATEMENT OF THE CASE

Plaintiff Davis & Associates, Inc. and the Defendants submit the following statement of the case and statutory bases:

**Plaintiff**

Plaintiff Davis & Associates is a minority-owned corporation licensed to conduct business in the District of Columbia. On or about March 10, 2000, Plaintiff entered into a contingency contract in which the Plaintiff would complete certain Medicare and Medicaid cost reports on behalf of the District of Columbia Health and Hospitals Public Benefit Corporation (hereinafter referred to as the "PBC"). Under the terms of the contract, the Plaintiff's compensation was to be paid at the rate of ten percent of the revenues "realized and collected" above a given baseline figure. Under the terms of the contract, the Plaintiff was required to submit to the PBC invoices for payment, along with a certification of accuracy. Plaintiff met its obligations. The PBC has a "monetary obligation" to pay under the contract.

On or about January 26, 1998, Health Management Systems, Inc. (hereinafter referred to as "HMS") and the District of Columbia Public Schools entered into a contingency contract which provided that HMS would undertake the reimbursement and recovery programs to recover the expenditures from liable third parties for and on behalf of the D.C. Public Schools.

1

Specifically, HMS would identify health insurance resources available to D.C. Public Schools Medicaid Assistance recipients, file claims on behalf of D.C. Public Schools seeking reimbursement, and receive monies on claims from third parties.  HMS subsequently entered into a subcontract with Plaintiff for the performance of the work described in the 1998 contract.  In the performance of the 1998 contract, the Plaintiff identified for collection an amount in excess of $68,000,000.00 due to D. C. Public Schools from uncollected Medicaid programs.  Pursuant to the District of Columbia Financial Responsibility and Management Assistance Act of 1995, the District of Columbia Chief Financial Officer was responsible for paying all contractual obligations owed by all District Agencies.  Pursuant to the District of Columbia Financial Responsibility and Management Assistance Act of 1995, the District of Columbia Chief Financial Officer was responsible for the recording and accounting for all District funds as well as the preparation and submission of official and certified reports to the United States Congress and the Executive branch of the federal government.

The District has not refused to pay compensation to white-owned firms that, pursuant to a duly executed service contract, have performed services for the District.  The District's refusal to pay the Plaintiff for the services that were performed for the benefit of the District pursuant to the 1998 and 2000 contracts is a violation of the Plaintiff's equal rights under the law.

**STATUTORY REFERENCES**

42 U.S.C. §1981; 42 U.S.C. §1983; Public Law 104-8, 109 Stat. 105(a) (April 17, 1995); 45 CFR §74.44(b); 42 U.S.C. §1988

**Defendants**

The Defendant has filed a motion to dismiss or in the alternative for summary judgment arguing that the contracts are void *ab initio* under the Anti-Deficiency Act, 31 U.S.C. §1341, et

seq., that there are adequate state remedies and that the actions are stale and barred by any applicable limitations of actions. In addition, the Defendant reserves the right to present other alternative defenses including lack of privity and termination for convenience and such other defense as may be warranted by the law and the evidence.

Dated: August 28, 2006                    Respectfully submitted,

                                          HOUSTON & HOWARD


                                          */s/ Johnny M. Howard*
                                          Johnny M. Howard, #264218
                                          1001 Connecticut Avenue, NW
                                          Suite 402
                                          Washington, DC  20036
                                          (202) 628-7058
                                          Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system. This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on August 24, 2006.


                                          */s/ Johnny M. Howard*
                                          Johnny M. Howard

3