UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.     )<br>        )<br>    Plaintiff     )<br>        )<br>    v.      )<br>        )<br>THE DISTRICT OF COLUMBIA, et al.   )<br>        )<br>    Defendants    ) | Civil 1:06-cv-00972-GK |

**PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, and moves the Court for an additional seven (7) days, up to and including September 18, 2006, to file an opposition to the Defendants' Motion to Dismiss. The plaintiff requires additional time to place in final the plaintiff's response to the motion. The undersigned received additional information from plaintiff that may be pertinent to the response. Additional time is needed to confer with plaintiff to determine whether such information is relevant to the response.

Defense counsel was not available to obtain his consent. In communicating with defense counsel Friday, September 8, 2006 on other matters pertaining to this case, defense counsel indicated that he would not be in the office today, but would return tomorrow. Although defendants' counsel's consent could not be obtained, the relief requested in this motion does not prejudice defendants.

Dated: September 11, 2006                                  Respectfully submitted,
                                                                            HOUSTON & HOWARD


                                                                                  /s/ Johnny M. Howard

2

                                        Johnny M. Howard, #264218
                                        1001 Connecticut Avenue, NW
                                        Suite 402
                                        Washington, DC  20036
                                        (202) 628-7058
                                        Email:  houhow@erols.com

## **CERTIFICATE OF SERVICE**

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system.  This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on September 11, 2006.

                                                  */s/ Johnny M. Howard*
                                                  Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil 1:06-cv-00972-GK |
| | ) | |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

Respectfully submitted,
HOUSTON & HOWARD


   */s/ Johnny M. Howard*
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil 1:06-cv-00972-GK |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of September 2006,

ORDERED that Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its opposition to Defendants' Motion to Dismiss on or before September 18, 2006.

_____
U. S. DISTRICT COURT JUDGE

2