Davis & Associates v. District of Columbia, D.D.C. Civil No. 06-972 (GK)

District of Columbia/ Parties LCv R 16.3 Statement

Exhibit 1- District of Columbia Office of Chief Financial Officer Office of Integrity & Oversight

September 15, 2005 Report

Davis & Associates 06-972 DC LCvR 16.3 Exhibit 1 DC OCFO OIO 091505 Rept 091506



# Government of the District of Columbia
## Office of the Chief Financial Officer
## Office of Integrity and Oversight



### FACSIMILE TRANSMITTAL SHEET

TO: Tom Foltz

FROM: Traci Fuller

COMPANY:

DATE: 9/16/05

FAX NUMBER: 727-3625

TOTAL NO. OF PAGES (INCLUDING COVER): 9

PHONE NUMBER:

SENDER'S PHONE NUMBER:

RE:

SENDER'S FAX NUMBER: (202) 442-6453

❏ URGENT   ❏ FOR REVIEW   ❏ PLEASE COMMENT   ❏ PLEASE REPLY   ❏ PLEASE RECYCLE

NOTES/COMMENTS:

If you have any questions regarding this report, please contact Mohamad Yusuff on 442-8240

1275 K STREET, NW-5TH FLOOR, WASHINGTON, DC 20005

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of the Chief Financial Officer



Office of Integrity and Oversight

September 15, 2005

Mr. Thomas J. Foltz, Esq.
Assistant Attorney General
Office of the Attorney General
General Litigation Section I
441 4th Street, NW- 6th Floor South
Washington, DC 20001

RE: **Report on Review of Davis & Associates Contract (Contract No. JB-14-00-03-GM) for the Period October 1, 2002 through March 31, 2003 (Report No: IA: DOH:2511-C20)**

Dear Mr. Foltz:

Attached for your information and record is a copy of the report, prepared by the internal auditors of the Office of Integrity and Oversight, on the review of Davis & Associates Contract No. JB-14-00-03-GM, for the period October 1, 2002 through March 31, 2003.

Our review entailed interviews of various staff and an analysis of records for the contract period. Additionally, we reviewed the Davis & Associates Contract referenced above and a book prepared by Davis & Associates referred to as the "Black Book."

Based on our interviews and analysis, we could not substantiate any Medicaid recovered revenues generated by Davis & Associates for the District of Columbia, or any indication of work performed, which would imply that the District owes Davis & Associates contingency fees for work performed on Contract No. JB-14-00-03-GM.

The findings of fact have been discussed with the agency officials and we have attached a copy of the report for review and further discussion.

---

*Report on Review of Davis & Associates Contract*
*September 15, 2005*
*Page 2*

Should you have any questions on the report, please do not hesitate to call me at 442-6433 or Mohamad Yusuff at 442-8240.

Sincerely,

Mohamad K. Yusuff
Director, Internal Audit

Attachments

cc:   Mark Back, Interim General Counsel, OCP
      Nancy Hapman, General Counsel, OCP
      Phillip Husband, Special Counsel, DOH
      Lucille Dickinson, Chief of Staff, OCFO
      Jerry Malone, General Counsel, OCFO
      Sebastian Lorigo, Executive Director, OIO
      Cynthia Gross, Associate General Counsel, OCFO

# OFFICE OF THE CHIEF FINANCIAL OFFICER
## OFFICE OF INTEGRITY AND OVERSIGHT (OIO)



REPORT ON REVIEW OF DAVIS & ASSOCIATES
CONTRACT NO. JB-14-00-03-GM
MEDICAID OPERATIONS

THIS REPORT IS AN INTERNAL DOCUMENT
FOR OFFICIAL PURPOSES ONLY
AND MAY NOT BE RELEASED
WITHOUT THE PRIOR WRITTEN APPROVAL
OF THE CHIEF FINANCIAL OFFICER

Report No.: IA:DOH:2511-C20    - FOR OFFICIAL USE ONLY -    September 14, 2005

REPORT ON REVIEW OF DAVIS & ASSOCIATES
CONTRACT NO. JB-14-00-03-GM
MEDICAID OPERATIONS

## TABLE OF CONTENTS

| | |
|---|---:|
| Introduction and Purpose | 1 |
| Objectives, Scope and Methodology | 1 |
| Background | 1 |
| Summary of Review Results | 3 |
| Conclusion | 4 |

Report No.: IA:DOH: 2511-C20    - For Official Use Only -

REPORT ON REVIEW OF DAVIS & ASSOCIATES
CONTRACT NO. JB-14-00-03-GM
MEDICAID OPERATIONS

## INTRODUCTION AND PURPOSE

At the request of the OCFO's General Counsel, the internal auditors of the Office of Integrity and Oversight (OIO) performed a review of the Davis & Associates contract for the period of March 2000 through December 2000. This request was the result of complaints from Davis & Associates that "the District" owed unpaid contingency fees from Medicaid recovered revenues to the company on contract number JB-14-00-03-GM, for the period February 2000 through December 2000.

The purpose of the review was to determine the amount of contingency fees owed to Davis & Associates for Medicaid Revenues generated based on the contract.

## OBJECTIVES, SCOPE, AND METHODOLOGY

The objectives of this assignment were to gather and review documentation in an attempt to determine the amount of fees owed to Davis & Associates for Medicaid Revenues generated. This was to satisfy accusation letters and complaints made against the city by Davis.

Our objectives also were to:

- Identify Medicaid revenues generated by Davis & Associates.
- Determine if any contingency fees were due to the Contractor.
- Provide information for decision making to the Attorney General's Office.

To accomplish these objectives, we interviewed and held discussions with appropriate District officials, some of whom were around at the time of the contract. In addition, we examined various internal documents generated within the District Agencies. We also examined and analyzed what has been described as the "Black Book," created by the Davis & Associates for the PBC, to determine if we could generate information as to the amount due Davis per the contract. Our review covered the period of FY 2000 (February 2000 through December 2000).

## BACKGROUND

Prior to this contract, Davis & Associates had been a subcontractor for the contractor Health Management Systems (HMS). From our review of the Medicaid Contracts, we determined that the HMS was the primary contractor and Davis the subcontractor for the Medicaid Contracts, except at which time Davis & Associates became the primary contractor (Contract number JB-14-00-03-GM), March 2000.

Report No.: IA:DOH: 2511-C20      - For Official Use Only -                    1

**REPORT ON REVIEW OF DAVIS & ASSOCIATES
CONTRACT NO. JB-14-00-03-GM
MEDICAID OPERATIONS**

Summary of all Medicaid Contracts are as follows:

| Contract No. | Contracting Agency | Contractor/Subcontractor |
|---|---|---|
| GA93-98A | District of Columbia Public Schools | Health Management Systems/Davis |
| JA/91934 | Department of Human Services | Health Management Systems/Davis |
| JB/051-08-00-VC | Public Benefit Corporation | Health Management Systems/Davis |
| JB/033-08-01-VC | Public Benefit Corporation | Health Management Systems/Davis |
| JB-14-00-00-GM | Public Benefit Corporation | Davis & Associates (unsigned contract) |
| JB-14-00-03-GM | Public Benefit Corporation | Davis & Associates (Replaced JB-14-00-00GM) |

On February 11, 2000, Davis & Associates entered into Contract Number JB-14-00-03-GM with Public Benefit Corporation (PBC). The February 11, 2000 contact was not signed. On March 13, 2000, Modification No.1 expanded the scope of services to include cost report filing services for all fiscal years prior to Fiscal Year 1999. The period of the contract was from March 13, 2000 to December 21, 2000. The compensation to the contractor was established at the rate of 10% for additional revenues realized and collected over and above negotiated baselines for each fiscal year.

The Statement of work included the following: The Contractor shall complete on behalf of the DC Health and Hospitals Public Benefit Corporation (The PBC), Medicare and Medicaid Cost Reports for FY 1999 to comply with requirements for timely filing.

The tasks of the Contractor shall include, but not limited to:

1. Review all data and provide documentation to file cost reports related to Medicare and Medicaid.
2. Organize data in accordance with cost reporting principles.
3. Develop strategies to maximize reimbursement on Cost Reports.
4. Prepare Medicare and Medicaid third party Cost Reports for the fiscal year ending September 30, 1999.
   The Contractor shall file the Cost Reports on or before March 13, 2000 for Fiscal Year 1999, and shall file the Cost Report on or before the last work-day in February, for subsequent option years, unless extended by HCFA.
5. The Contractor shall incorporate the Community Health Clinics (CHC) cost claim as part of the Medicaid, Medicare Cost Report for FY 1999.
6. The Contractor shall furnish the PBC with all copies of worksheets and relevant regulations to justify the reimbursable costs.
7. Provide all staff necessary to complete contractual obligations.

The contract was a Contingency Contract. The Contractor was to be paid 10% of any additional revenues realized and collected, above certain base lines. The base line for the Hospital was $3.1

Report No.: IA:DOH: 2511-C20      - For Official Use Only -                              2

**REPORT ON REVIEW OF DAVIS & ASSOCIATES**
**CONTRACT NO. JB-14-00-03-GM**
**MEDICAID OPERATIONS**

million and the cost claim for Clinics was $4.1 million. The contract contained an option clause for extension; however, the option clause was not exercised.

On October 19, 2001, Davis billed contingency fees of $21.8 million for services under the contract as follows:

| Invoice No. | Amount | Explanation |
|---|---|---|
| Invoice # 0010 | $ 5,500,000 | For reclassification of $55 million of loan forgiveness by the District as PBC Medicaid Revenue. |
| Invoice # 0011 | $12,800,000 | For the draw down of $128 million of federal funds related to the claims documented in the PBC "Black Book." |
| Invoice # 0012 | $ 3,500,000 | For settlement of PBC's revised 1999 Medicaid Cost Report. |

**SUMMARY OF REVIEW RESULTS**

The Office of Integrity and Oversight found no evidence that the billings were based on revenues collected or assistance provided during the period of the Davis & Associates contract. Based on records we examined and the provisions of the contract, we could not substantiate any Medicaid recovered revenues generated by Davis & Associates (Davis) for the District. Therefore, nothing came to our attention that would lead us to the conclusion that Davis & Associates are owed contingency fees. Overall, we found no indication that the District owed fees due to Davis & Associates based on Medicaid revenues generated as stated in the contract.

During our review OIO attempted to substantiate information regarding the billings submitted to the District by Davis & Associates. We interviewed staff that was still with the Department of Health and that was also employed by the PBC at the time of the Davis & Associates contract. Additionally, we reviewed the PBC "Black Book", which appeared to be fictitious and that had no supporting documentation. We could not obtain concrete data, which stated that this is the amount of revenues that were collected by the District due to the assistance by Davis & Associates (Davis). The PBC "Black Book" stated estimated potential revenue, but we could not document that actual revenues were collected as stated in the PBC "Black Book."

According to an interview held with staff for the Medical Assistance Administration (MAA), as to the assistance of the Davis contract, MAA pointed out that the Contractor had only a limited time to submit additional Medicaid claims for years prior to 1999 due to the modification being signed on Contract Modification #1, March 13, 2000. Since there is an allowance of two years turn around for Medicaid claims, Davis could have only submitted additional claims with service dates from January 1, 1998 through September 30, 1998. Claims with service dates from

**REPORT ON REVIEW OF DAVIS & ASSOCIATES**
**CONTRACT NO. JB-14-00-03-GM**
**MEDICAID OPERATIONS**

October 1, 1998 through September 30, 1999 fall into the reporting period included in the original scope of work on the 1999 cost report.

Per the MAA Manager, all costs associated with the clinics in 1999 were disallowed by CMS because the clinics were not licensed (letter from CMS dated March 23, 2001).

## CONCLUSION

We attempted to gather information for each of the billings for contingency fees for the $21.8 million as billed by Davis. The auditor's conclusions were as follows for each of the invoices:

| Invoice No. | Amount | Auditor's Opinion |
|---|---|---|
| 0010 | $5,500,000 | Appears to be a matter of legal interpretation and not an Accounting issue. It appears unlikely that the District recovered any Medicaid revenue on amounts written off. |
| 0011 | $12,800,000 | Lack of documentation in the PBC "Black Book." |
| 0012 | $ 3,500,000 | This invoice was based on $35 million, which was an estimate by Davis. However, DCPS already paid $17 million to MAA in FY 04 as a result of the 1999 cost report audit. |

In summary, we could not substantiate any Medicaid recovered revenues generated by Davis & Associates for the District, which would imply that the District owed Davis contingency fees for work performed on Contract no. JB-14-00-03-GM.