UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.         ) | |
|                                                           ) | |
|           Plaintiff                              ) | |
|                                                           ) | |
|           v.                                        ) | Civil 1:06-cv-00972-GK |
|                                                           ) | |
| THE DISTRICT OF COLUMBIA, et al.  ) | |
|                                                           ) | |
|           Defendants                       ) | |

**PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, moves the Court for an additional seven (7) days, up to and including September 25, 2006, to file an opposition to the Defendants' Motion to Dismiss. Plaintiff underestimated the time it will take to complete the plaintiff's response to the motion.

Defense counsel takes no position with respect to the relief requested in this motion. The additional time requested by plaintiff should not interfere with the time the defendants will have to reply to the opposition before the initial scheduling conference.

Dated: September 18, 2006                                    Respectfully submitted,
                                                                              HOUSTON & HOWARD


                                                                                     */s/ Johnny M. Howard*
                                                                              Johnny M. Howard, #264218
                                                                              1001 Connecticut Avenue, NW
                                                                              Suite 402
                                                                              Washington, DC  20036
                                                                              (202) 628-7058
                                                                              Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

     This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system. This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on September 18, 2006.

                                            */s/ Johnny M. Howard*
                                             Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants ) | Civil 1:06-cv-00972-GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

        Respectfully submitted,
        HOUSTON & HOWARD

        */s/ Johnny M. Howard*
        Johnny M. Howard, #264218
        1001 Connecticut Avenue, NW
        Suite 402
        Washington, DC  20036
        (202) 628-7058
        Email: houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.          ) | |
|           ) | |
|   Plaintiff     ) | |
|           ) | |
|   v.        ) | Civil 1:06-cv-00972-GK |
|           ) | |
| THE DISTRICT OF COLUMBIA, et al.  ) | |
|           ) | |
|   Defendants   ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of September 2006,

ORDERED that Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its opposition to Defendants' Motion to Dismiss on or before September 25, 2006.

                     _____
                     U. S. DISTRICT COURT JUDGE