UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.          )<br>                                                          )<br>         Plaintiff                              )<br>                                                          )<br>         v.                                       )          Civil 1:06-cv-00972-GK<br>                                                          )<br>THE DISTRICT OF COLUMBIA, et al.  )<br>                                                          )<br>         Defendants                        )  | |

**PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, moves the Court for an additional four (4) days, up to and including September 29, 2006, to file an opposition to the Defendants' Motion to Dismiss. The opposition to defendants' motion is nearly complete, but requires further vetting of the arguments to be advanced. Plaintiff requires this additional time to finalize the plaintiff's response to the motion.

Defense counsel could not be consulted before the close of business to obtain his consent to the relief requested in this motion.

Dated: September 25, 2006                              Respectfully submitted,
                                                                       HOUSTON & HOWARD


                                                                           */s/ Johnny M. Howard*
                                                                       Johnny M. Howard, #264218
                                                                       1001 Connecticut Avenue, NW
                                                                       Suite 402
                                                                       Washington, DC  20036
                                                                       (202) 628-7058
                                                                       Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system.  This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on September 25, 2006.

                 */s/ Johnny M. Howard*
                 Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVIS & ASSOCIATES, INC.           )
                                   )
          Plaintiff                )
                                   )
     v.                            )     Civil 1:06-cv-00972-GK
                                   )
THE DISTRICT OF COLUMBIA, et al.   )
                                   )
          Defendants               )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

        Respectfully submitted,
        HOUSTON & HOWARD

        */s/ Johnny M. Howard*
        Johnny M. Howard, #264218
        1001 Connecticut Avenue, NW
        Suite 402
        Washington, DC 20036
        (202) 628-7058
        Email: houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVIS & ASSOCIATES, INC.        )
                                )
        Plaintiff                )
                                )
        v.                       )    Civil 1:06-cv-00972-GK
                                )
THE DISTRICT OF COLUMBIA, et al. )
                                )
        Defendants               )

## ORDER

Upon consideration of Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this _____ day of September 2006,

ORDERED that Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its opposition to Defendants' Motion to Dismiss on or before September 29, 2006.

_____
U. S. DISTRICT COURT JUDGE

2