IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | No Current Order |
| | : | |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| _____ | : | |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY AND TO
ENLARGE THE TIME FOR AN INITIAL STATUS CONFERENCE

Defendants District of Columbia, Anthony A. Williams and Natwar M. Ghandi in their official capacities ("the District") by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 6(b) (1) for an enlargement of time to file a reply to the opposition to the District's motion to dismiss and to enlarge the time for an initial status conference.

Currently, after four enlargements, Plaintiff is scheduled to file its opposition on September 29, 2006. Local Civil Rule 7(d) and Fed. Rule Civ. P 6(a), 6(e) prescribe a five day response time excluding weekends and holidays and adding three days. Accordingly, the District's reply brief would be on October 10, 2006, a full week after the scheduled initial conference. The District anticipates that Plaintiff's opposition will be substantial and require sufficient time to respond. Therefore, the District seeks an enlargement for the reply due date from October 10, 2006, through October 24, 2006, and to enlarge the time for the initial status conference from October 3, 2006, to a date certain after November 1, 2006. Pursuant to LCvR 7(m) consent for this enlargement was sought from opposing counsel via e-mail on September 26, 2006. No response has been received. An LCvR 7(a) supporting memorandum and LCvR 7(c) proposed order accompany this motion.

Dated:  September 28, 2006          Respectfully submitted,

                                                  ROBERT J. SPAGNOLETTI
                                                  Attorney General for the District of Columbia

                                                  GEORGE C. VALENTINE
                                                  Deputy Attorney General, Civil Litigation Division


                                                  */S/ Kimberly M. Johnson*
                                                  KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                                                  Chief, General Litigation Section 1


                                                 */s/ Thomas J. Foltz*
                                                  THOMAS J. FOLTZ
                                                  Assistant Attorney General
                                                  D.C. Bar No. 462858
                                                  441 Fourth Street, N.W.
                                                  Washington, D.C. 20001
                                                  (202)  724-6652
                                                  (202) 727-0431 (fax)
                                                  E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on September 28, 2006.

                                  */s/ Thomas J. Foltz*
                                     Thomas J. Foltz, Esq.


Davis & Associate 06 792 DC MTN NLRG TIME File Reply & ISC E sign 092806

2