**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | No Current Order |
| THE DISTRICT OF COLUMBIA, et al., | : | |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY AND TO ENLARGE THE TIME FOR AN INITIAL STATUS CONFERENCE**

I. Factual and Procedural Background

Plaintiff Davis & Associates, Inc. has filed a two count lawsuit claiming over $268,000,000.00 in compensatory damages along with attorneys' fees and such other relief as the court deems just and proper. Plaintiff's core contention is that the Defendants acting under custom or policy of the District failed to pay Plaintiff as a minority contractor for services rendered under two contracts as a Medicaid revenue consultant while paying other white or non-minority contractors. The Court granted defendants District of Columbia, Anthony A. Williams and Natwar M. Ghandi in their official capacities ("the District") an initial enlargement to file a motion to dismiss and the District timely filed its motion on August 10, 2006. Plaintiff was initially required to file a reply on or about August 24, 2006, but sought and was granted an enlargement through September 11, 2006. Three additional enlargements were sought and granted with Plaintiff's Opposition now due on September 29, 2006.

The District anticipates that Plaintiff's opposition will be substantial and that its reply would be due on or about October 10, 2006, one week after the currently scheduled status conference of October 3, 2006. Accordingly, the District moves to enlarge the time to file its

reply to October 24, 2006, and to enlarge the time for the initial status conference to a date certain at the Court's selection beyond November 1, 2006. Accordingly, and as the argument below sets forth, there is sufficient good cause for the enlargement sought. Consent from opposing counsel was sought by e-mail on September 26, 2006. No response was received.

## II. Argument

Fed. R. Civil P. 6(b) (1) and (2) provide in relevant part:

> (b) *Enlargement.* When by these Rules of by notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specific period permit the act to be done where the failure to act was the result of excusable neglect.

Courts grant "(b) (1)" enlargements (pre-expiration enlargements) where the moving party shows good cause and the opposing party suffers no prejudice. 4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.5 (2002 ed.) Similarly, courts grant "(b) (2)" or *nunc pro tunc* enlargements where the moving party has been diligent and the non-moving party suffers no substantial prejudice. 4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.2 (2002 ed.).

As applied to this case, the District has shown good cause; plaintiff has sought and been granted four enlargements. The enlargements sought will not demonstrably prejudice the Plaintiff and will afford the District the opportunity to respond properly to Plaintiff's arguments before the status conference.

## III. Conclusion

For the foregoing reasons, the Defendants respectfully request that the enlargements sought in the Motion

Dated:  September 28, 2006         Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


             */s/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


             */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202)  724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov


CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on September 28, 2006.

             _____*/s/ Thomas J. Foltz*_____
                    Thomas J. Foltz, Esq.


Davis & Associate 06 792 DC MTN NLRG TIME FILE Reply & ISC E sign 092806.1