IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | No Current Order |
| | : | |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| _____ | : | |

ORDER

Defendants District of Columbia, Anthony A. Williams and Natwar M. Ghandi in their official capacities ("the District") moved pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to file a reply to plaintiff's opposition to the District's motion to dismiss and to enlarge the time for an initial status conference. Upon consideration of the supporting memorandum, any opposition and reply received in response thereto, it is hereby

ORDERED that the Motion be and the same hereby is GRANTED; and it is further

ORDERED that the time to file a reply is enlarged to October 24, 2006; and it is further

ORDERED that initial status conference is continued to a date selected by the Court after not earlier than November 1, 2006.


ENTERED:                                        _____
                                                United States District Judge

Copies to:      Thomas J. Foltz, Esq.
                Office of the Attorney General
                District of Columbia
                441 Fourth Street, N.W.
                Washington, D.C. 20001

                Johnny M. Howard, Esq.
                HOUSTON & HOWARD
                1001 Connecticut Avenue, N.W., Ste. 402

Washington. D.C. 20036

Davis & Associate 06 792 DC MTN NLRG TIME FILE Reply & ISC Order 092806