UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil 1:06-cv-00972-GK |
| | ) | |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |

**CONSENT MOTION TO ENLARGE THE TIME TO OPPOSE
DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, moves the Court for an additional day, up to and including October 2, 2006, to file an opposition to the Defendants' Motion to Dismiss. The opposition to defendants' motion is nearly complete, but requires further vetting of the arguments to be advanced. Plaintiff requires an additional business day to allow plaintiff to review the response to the motion.

Defense counsel consents to the relief requested in this motion.

Dated: September 29, 2006                     Respectfully submitted,
                                              HOUSTON & HOWARD


                                                   */s/ Johnny M. Howard*
                                              Johnny M. Howard, #264218
                                              1001 Connecticut Avenue, NW
                                              Suite 402
                                              Washington, DC  20036
                                              (202) 628-7058
                                              Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system. This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on September 29, 2006.

                                                */s/ Johnny M. Howard*
                                                  Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. )  )   Plaintiff )  ) v. ) THE DISTRICT OF COLUMBIA, et al. )  )   Defendants ) | Civil 1:06-cv-00972-GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

Respectfully submitted,
HOUSTON & HOWARD


  */s/ Johnny M. Howard*
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil 1:06-cv-00972-GK |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of October 2006,

ORDERED that Plaintiff's Motion to Enlarge the Time to Oppose Defendants' Motion to Dismiss, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its opposition to Defendants' Motion to Dismiss on October 2, 2006.

_____
U. S. DISTRICT COURT JUDGE

2