UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**DAVIS & ASSOCIATES, INC.**    )
                                )
       **Plaintiff**,             )
                                )
   v.                           )   Civil Action No. 06-972 (GK)
                                )
**DISTRICT OF COLUMBIA, et al**. )
                                )
                                )
       **Defendants.**            )
_____)

### O R D E R

An Initial Scheduling Conference was held in this case on October 3, 2006. Upon consideration of the representations of the parties, and the entire record herein, and for the reasons noted on the record, it is hereby

**ORDERED** that, by consent of the parties, the above-captioned case shall be referred to Magistrate Judge Alan Kay for settlement discussions to commence **immediately**; it is further

**ORDERED** that counsel and parties, including persons with settlement authority, shall attend the negotiations; it is further

**ORDERED** that if the case settles in whole or in part, Plaintiff's counsel shall advise the Court by filing a praecipe; and it is further

**ORDERED** that the Initial Scheduling Conference is continued until **November 28, 2006** at **9:30 a.m.**


October 3, 2006                       /s/ _____
                                      Gladys Kessler
                                      United States District Judge

<u>Copies to</u>: **attorneys on record via ECF**