IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | Rule 26 Disclosures |
| | : | January 2, 2007 |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| _____ | : | |

DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO EFFECT SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P 4(m)

  Defendants Natwar M. Ghandi and Valerie Holt by and through their undersigned counsel move to dismiss the complaint against them in all capacities due to the Plaintiff's failure to effect service of process within 120 days of filing of the action pursuant to Fed. R. Civ. P. 4(m). This motion is filed for the limited purpose of challenging service on Defendant Ghandi in his individual capacity and Defendant Holt in both her individual and official capacity. LCv R 7(m) does not require consultation with opposing counsel to seek consent or agreement in some respect since this is a dispositive motion. The complaint was filed on May 24, 2006. The 120 day time period expired on September 21, 2006. Upon information and belief, service has not been effected on either Ms. Holt or Dr. Ghandi personally. An LCvR 7(a) supporting memorandum and LCvR 7(c) proposed order accompany this motion.

Dated: December 22, 2006  Respectfully submitted,

           EUGENE E. ADAMS
           Interim Attorney General for the District of Columbia

           GEORGE C. VALENTINE
           Deputy Attorney General, Civil Litigation Division

        */S/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


        */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on December 22, 2006.


                      /s/ Thomas J. Foltz
                      Thomas J. Foltz, Esq.


Davis & Associate 06 972 DC MTN Dismiss Fail Prove SOP E Sign 122206