IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | |
| | : | |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| _____ | : | |

ORDER

Defendants District of Columbia, Anthony A. Williams, and Natwar M. Ghandi in their official capacities moved pursuant to Fed. R. Civ. P. 4(m) to dismiss the complaint as against Valerie Holt and Dr. Ghandi for failure to file proof of service within 120 days of filing of the complaint. Upon consideration of the supporting memorandum, any opposition and reply received in response thereto, it is hereby

ORDERED that the Motion be and the same hereby is GRANTED; and it is further

ORDERED that the Complaint be and the same hereby is DISMISSED WITHOUT PREJUDICE against Ms. Holt in its entirety and against Dr. Ghandi in his personal capacity until such time as Court determines in its discretion that good cause has been furnished by the plaintiff for its delay.

ENTERED: _____
United States District Judge

Copies to:    Thomas J. Foltz, Esq.
              Office of the Attorney General
              District of Columbia
              441 Fourth Street, N.W.
              Washington, D.C. 20001

Johnny M. Howard, Esq.
HOUSTON & HOWARD
1001 Connecticut Avenue, N.W., Ste. 402
Washington. D.C. 20036

Davis & Associate 06 792 DC MTN Dismiss Fail Prove SOP ORDER 122206