IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., | : |
| v. | : Civil No. 6CV 00972 (GK) |
| | : Witness List Exchange |
| | : February 1, 2007 |
| THE DISTRICT OF COLUMBIA, et al., | : |

DISTRICT OF COLUMBIA'S RULE 26 DISCLOSURES

Defendants District of Columbia, Anthony A. Williams and Natwar M. Ghandi in their official capacities ("the District") by and through their undersigned counsel, submit herewith their Rule 26 disclosures as follows:

(1) Rule 26(a) (1) (A) Persons knowledgeable and subject area of knowledge.

(a) Contract No. JB-14-OO-03-GM ( Public Benefit Corporation)

Desmond Yorke, Finance Manager, Health Care Safety Net Administration, Department of Health, 825 N. Capitol Street, N.E., Washington, D.C. 20002: telephone number 202-442-5961.

Willadene Tolmachoff, Assistant Auditor, Office of the Chief Financial Officer, Office of Integrity & Oversight, 1275 "K" Street, N.W., 5th Floor, Washington, D.C.: telephone number: 202-442-8277

Mohammed Yusuff, Auditor, Office of the Chief Financial Officer, Office of Integrity & Oversight, 1275 "K" Street, N.W., 5th Floor, Washington, D.C.: telephone number: 202-442-8240

Phillip Husband, Esq., Deputy General Counsel, D.C. Department of Health, Office of General Counsel, 825 N. Capitol Street, N.E., Washington, D.C. 20002: telephone number 202-442-5984[1]

---

[1] Mr. Husband's knowledge is substantially privileged since he served as counsel for the District of Columbia Health and Hospitals Public Benefit Corporation and currently serves as legal liaison with the Department of Health as the successor to the PBC in this litigation.

  (b) Contract No. C80059  (District of Columbia Public Schools)

    Heather McCabe, Senior Health Policy Analyst, Office of the Chief Financial Officer, 1350 Pennsylvania Avenue, N.W., Room 229S, Washington, D.C.: telephone number: 202-724-4325

    Dasarath Kiridena, Director, Medicaid Recovery Unit, District of Columbia Public Schools, 825 N. Capitol Street, NE, 7th Floor, Washington, D.C. 20002: telephone number: 202-442-5235

(2)  Rule 26 (a)((1) (B) Document disclosure

  (a) See attached Vaughn index, *Exhibit 1* hereto of initial production of documents for Contract No. JB-14-OO-03- GM; non-privileged documents are available for pick up upon consultation between counsel for pick up time from Office of Attorney General, Civil Litigation Division, 441-4th  Street, N.W., 6th Floor South, Washington, D.C. 20001

  (b) See attached Document Retention Policy from Office of the Chief Technology Officer, attached herewith as *Exhibit 2.*

Dated: January 3, 2007    Respectfully submitted,

              LINDA SINGER
              Acting Attorney General for the District of Columbia

              GEORGE C. VALENTINE
              Deputy Attorney General, Civil Litigation Division

               */S/ Kimberly M. Johnson*
              KIMBERLY M. JOHNSON   D.C. Bar No. 435163
              Chief, General Litigation Section 1

               */s/ Thomas J. Foltz*
              THOMAS J. FOLTZ
              Assistant Attorney General
              D.C. Bar No. 462858
              441 Fourth Street, N.W.
              Washington, D.C. 20001
              (202)  724-6652
              (202) 727-0431 (fax)
              E mail: Thomas.foltz@dc.gov

CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on January 3, 2007.

```
_____/s/ Thomas J. Foltz_____
              Thomas J. Foltz, Esq.
```

Davis & Associate 06 972 DC Rule 26 Disclosures E Sign 010307