Davis & Associates v. District of Columbia, et al., D.D.C., Civil No. 06-972

January 3, 2007, Rule 26 Disclosures

Exhibit 1- Vaughn Index for Initial Document Production for PBC Contract

Davis o6 972 DC Rule 26 Exhibit 1 Vaughn Index 010307

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index PBC Documents/ Page 1 of 9

| Bates # | Date | From | To | Copies To | Priv. & Subj. Matter | Attachments |
|---|---|---|---|---|---|---|
| 0045-51 | 10/31/00 | Phillip Husband, Acting GC | Paul Goldberg, CFO | Michael M. Barch, CEO | "AC" Davis Claims Analysis & Board Action | Yes 09/22/00 & 09/05/00 Memo |
| 0052-57 | 08/17/00 | Jo Anne Robinson, Acting GC | Greg Mason, Cambio Project Mgr. | Paul Goldberg, CFO | "AC" Davis Claims Analysis & Termination | No |
| 0062-64 | 11/20/00 | Phillip Husband, Special Counsel | Thomas J. Foltz, OCC, ACC | None | "AC" Record of Transmittal of Davis Materials | No |
| 0065-66 | Undated | Phillip Husband, Esq. | Ken Campbell, GC, DOH | None | "AC" Davis Claims Analysis | No |
| 067-067 | 04/18/01 | Phillip Husband | Michael Barch, Desmond Yorke, Stan Jackson | None | "AC: Davis Claims Status | No |
| 068-077 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq. ; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 083-092 | 06/07/01 | Ditto | Phillip Husband, General Counsel | Susan Provyn | Ditto "AC" Davis & Associates Billing | Financial Records |
| 098-105 | Ditto | Desmond Yorke, Interim CFO | Desmond Yorke | Kenneth Campbell | "AC"'s Davis & Associates Payment Issues | Yes, 04/03/01 Memo |
| 0116-0116 | 05/30/01 | Phillip Husband | George Gilbert, M.D., Interim CEO | None | Ditto | No |
| 0117-0125 | 05/22/01 | Phillip Husband, General Counsel, PBC | PBC | Ditto | Ditto | Ditto |
| 0147-0155 | Ditto | Phillip Husband, General Counsel, PBC | Michael Barch, General Manager & CEO, PBC | Desmond Yorke, Interim Chief Financial Officer | "AC" Davis & Associates Payment Issues | No |
| 0194-0197 | 04/03/01 | Phillip Husband, General Counsel, PBC | Ditto | Ditto | Ditto | Ditto |
| 0198-0202 | Ditto | Phillip Husband, Acting General Counsel, PBC | Ditto | None | "AC" Davis & Associates – Termination of Contracts | No |
| 0203-0206 | 09/22/00 | Phillip Husband, Acting General Counsel, PBC | PBC Board of Directors et al. | None | Ditto | |
| 0211-0217 | 10/31/00 | Phillip Husband, Acting General Counsel, PBC | Paul Goldberg, Chief Financial Officer, PBC | Michael Barch, Interim General Manager & CEO, PBC | "AC" Davis & Associates Payment Issues | Yes, 09/05/00 Memo & 09/22/00 Memo |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index PBC Documents/ Page 2 of 9 Priv & Subj. Matter

| Bates # | Date | From | To | Copies To | Priv & Subj. Matter | Attachments |
|---|---|---|---|---|---|---|
| 0218-0223 | 08/17/00 | Jo Anne Robinson, General Counsel, PBC | Greg Mason, Cambio Project Manager | Paul Goldberg, Chief Financial Officer | "AC" Davis & Associates- Termination Issues | No |
| 0228-0230 | 09/22/00 | Phillip Husband, Acting General Counsel, PBC | PBC Board of Directors et al. | None | "AC" Davis & Associates – Termination of Contracts | No |
| 0231-0234 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0235-0238 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0239-0242 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0243-0244 | 09/05/00 | Greg Mason, Cambio Health Solutions | Jo Anne Robinson | Paul Goldberg, Chief Financial Officer | "AC" Davis & Associates Letter Dated August 18, 2000 | No |
| 0245-0245 | 08/28/00 | Jo Anne Robinson, GC, PBC | Phillip Husband | None | "AC" Davis & Associates August 18, 2000 Letter | Yes, 08/18/00 Letter |
| 0248-0257 | 09/05/00 | Phillip Husband, Acting General Counsel | Paul Goldberg, Chief Financial Officer | Robin C. Newton, Interim CEO | "AC" Davis & Associates- Contracts Termination | Yes, 08/17/00 Memo |
| 0262-0263 | 09/05/00 | Phillip Husband, Acting General Counsel | Paul Goldberg, Chief Financial Officer | Robin C. Newton, Interim CEO | "AC" Davis & Associates- Contracts Termination | No |
| 0266-0275 | 08/22/00 | Unknown | Unknown | None | "AC" Meeting with Greg Mason Re Davis Contracts | No |
| 0279-0290 | 08/17/00 | Phillip Husband, Associate General Counsel | Greg Mason, Cambio Health Solutions | Paul Goldberg, Chief Financial Officer | "AC" Draft Memorandum Re Davis & Associates & Termination | No |
| 0291-0291 | 08/10/00 | Phillip Husband, Associate General Counsel, PBC | File | None | "AC" List of Research Areas | No |
| 0292-0293 | 08/17/00 | Unknown | Unknown | None | "AC" Meeting Notes JAR, PLH, Greg Mason | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index PBC Documents/ Page 3 of 9

| Bates # | Date | From | To | Copies To | Priv & Subj; Matter | Attachments |
|---|---|---|---|---|---|---|
| 0294-0300 | 07/26/00 (?) | Jo Anne Robinson | Greg Mason, Interim Chief Financial Officer | Paul Goldberg | "AC" Draft of Memo Re Termination of Contracts | Yes, one page meeting notes handwritten |
| 0301-0308 | 08/17/00 | Jo Anne Robinson, General Counsel, PBC | Greg Mason, Cambio Project Manager | Paul Goldberg, Chief Financial Officer | "AC" Memo re: Termination of Davis & Associates Contracts | No |
| 0309-0310 | 07/26/00 | PLH | File | None | "AC" "Notes of Meeting with Ernest Wagner | No |
| END | OF | FILE | 00-598 | Davis & Associates | | |
| 0313-0315 | 11/20/01 | Phillip Husband, Special Counsel | Thomas J. Foltz, OCC, ACC | None | "AC" Record of Transmittal of Davis Materials | No |
| 0316-0317 | Undated | Phillip Husband, Esq. | DOH | None | "AC" Davis Claims Analysis | No |
| 0318 | 04/18/01 | Phillip Husband | Michael Barch, Desmond Yorke, Stan Jackson | None | "AC" Davis Claims Status | |
| 0319-0328 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 0334-0343 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 0349-0356 | 06/07/01 | Desmond Yorke, Interim CFO | Phillip Husband, General Counsel | Susan Provyn; Desmond Yorke | "AC" Davis & Associates Billing | Financial Records |
| 0367-0367 | 05/30/01 | Phillip Husband, Interim CFO | Desmond Yorke | Kenneth Campbell | HMS Documents | No |
| 0368-0376 | 05/22/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | None | "AC's & Associates Payment Issues | Yes, 04/03/01 Memo |
| 0398-0406 | 05/22/01 | Phillip Husband, General Counsel, PBC | George Gilbert, M.D., Interim CEO | None | "AC's & Associates Payment Issues | Yes, 04/03/01 Memo |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index PBC Documents/ Page 4 of 9

| Bates # | Date | From | To | Copies To | Priv & Subj; Matter | Attachments |
|---|---|---|---|---|---|---|
| 0460-0464 | 04/03/01 | Phillip Husband, General Counsel, PBC | Michael Barch, General Manager & CEO, PBC | Desmond Yorke, Interim Chief Financial Officer | "AC" Davis & Associates Payment Issues | No |
| 0465-0469 | 04/03/01 | Phillip Husband, General Counsel, PBC | Michael Barch, General Manager & CEO, PBC | Desmond Yorke, Interim Chief Financial Officer | "AC" Davis & Associates Payment Issues | No |
| 0470-0470 | 04/03/01 | Phillip Husband | File | No | "AC" Reference to Confidential Memo of 04/03/01 | No |
| 0494-0496 | 06/06/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | Henry Vaughn, James Cobb | "AC" Davis & Associates- Enhancement Work | Yes, HMS Invoice07/15/99 |
| 0497-0497 | 02/26/99 | Patrick Welcome, Cost & Reimbursement Analyst | Desmond Yorke, Director, Budget & Reimbursement | No | "DP" Invoice from HMS/ Davis & Associates | No |
| 0498-00498 | 07/15/99 | Patrick Welcome | Ron Davis, Controller | Desmond Yorke, Michael Perot, Reimbursement Staff | "DP" HMS/ Davis & Associates Invoice Re Disallowance of Cost Item Recommended by Davis | No |
| 0505-0506 | 09/22/00 | Phillip L. Husband, Acting General Counsel | Greg Mason, Cambio Solutions | Robin C. Newton, M.D., Interim CEO & Chief Medical Officer; James Cobb, Compliance Officer; Paul Goldberg, Chief Financial Officer; Desmond Yorke, Budget Director | "AC" Davis & Associates Contract 91934 | No |
| 0507-0507 | 08/22/00 | Jo Anne Robinson, General Counsel | Gregg Mason, Cambio Health Services | Paul Goldberg, PBC CFO, Cambio Health Solutions; Robin C. Newton, MD, Interim General Manager & CEO | "AC" Davis & Associates Contract 91934 | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index PBC Documents/ Page 5 of 9 Priv & Subj. Matter

| Bates # | Date | From | To | Copies To | Priv & Subj. Matter | Attachments |
|---|---|---|---|---|---|---|
| 0508-0508 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0509-0510 | 09/22/00 | Phillip L. Husband, Acting General Counsel | Greg Mason, Cambio Solutions | Robin C. Newton, M.D., Interim CEO & Chief Medical Officer; James Cobb, Compliance Officer; Paul Goldberg, Chief Financial Officer; Desmond Yorke, Budget Director | "AC" Davis & Associates Contract 91934 | No |
| 0511-0511 | 08/22/00 | Jo Anne Robinson, General Counsel | Gregg Mason, Cambio Health Services | Paul Goldberg, PBC CFO, Cambio Health Solutions; Robin C. Newton, MD, Interim General Manager & CEO | "AC" Davis & Associates Contract 91934 | No |
| 0512-0512 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0514-0514 | 08/22/00 | Jo Anne Robinson, General Counsel | Gregg Mason, Cambio Health Services | Paul Goldberg, PBC CFO, Cambio Health Solutions; Robin C. Newton, MD, Interim General Manager & CEO | "AC" Davis & Associates Contract 91934 | No |
| 0515-0515 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index PBC Documents/ Page 6 of 9

| Bates # | Date | From | To | Copies To | Priv & Subj. Matter | Attachments |
|---|---|---|---|---|---|---|
| 0516-0516 | 08/22/00 | Jo Anne Robinson, General Counsel | Gregg Mason, Cambio Health Services | Paul Goldberg, PBC CFO, Cambio Health Solutions; Robin C. Newton, MD, Interim General Manager & CEO | "AC" Davis & Associates Contract 91934 | No |
| 0517-0517 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0518-0518 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0519-0519 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0520-0520 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0521-0523 | 06/06/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | Henry Vaughn, James Cobb | "AC" Davis & Associates- Enhancement Work | Yes, HMS Invoice07/15/99 |
| 0524-0524 | 02/26/99 | Patrick Welcome, Cost & Reimbursement | Desmond Yorke, Director, Budget & Reimbursement | No | "DP" Invoice from HMS/ Davis & Associates | No |
| 0525-00525 | 07/15/99 | Patrick Welcome Analyst | Ron Davis, Controller | Desmond Yorke Michael Perot Reimbursement Staff | "DP" HMS/ Davis & Associates Invoice Re Disallowance of Cost Item Recommended by Davis | No |
| END | OF | FILE | 00-503 | | Davis & Associates | Payment Issues |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index, PBC Documents/ Page 7 of 9

| Bates # | Date | From | To | Copies To | Priv & Subj. Matter | Yes/ Excel Sheet | Attachments |
|---|---|---|---|---|---|---|---|
| | | | Thomas Foltz, Esq. | Kimberly Johnson | | | |
| 0537-0543 | 08/25/06 | Phillip Husband, Deputy GC DOH | Thomas Foltz, AAG | None | "AC" Confidential Response to Litigation Info Request | No | |
| 0544-0544 | 03/10/00 | Unknown | Unknown | None | "DP" Re Signature on Modification | No | |
| 0551-0552 | 02/01/00 | Shauna | Roscoe/ Ernie | None | "DP" Modifications to Davis & Associates Proposal | No | |
| 0566-0566 | 02/03/00 | Eloise McGhee, Sr., VP COO; Bill Jones, Deputy COO Community & School Health Program | Roscoe Wade, Contract Officers | None | "DP" Re Davis & Associates Proposal | No | |
| 0570-0571 | 02/01/00 | Shauna | Roscoe/ Ernie | None | "DP" Modifications to Davis & Associates Proposal | No | |
| 0586-0586 | Undated | Unknown | Unknown | None | "DP" Re Proposed Contract Actions | No | |
| 0619-0619 | 12/17/01 | Doneg McDonough | Phillip Husband | None | "AC" Davis & HMS Issues Documents | No | |
| 0675-0676 | 07/17/00 | Unknown | John Walker, QHR; Quorum; | Greg Mason, Cambho/ Quorum; Meg Mazzone, QHG/ Quorum; Joe Beck, QHR/ Quorum | "DP" Contingency Arrangements | No | |
| 0677-0677 | 07/18/00 | Meg Mazzone, VP Ethics & Business Conduct, Quorum Health Group, Inc. | Greg Mason, DC General Hospital | None | "DP" Fraud Alert re: Contingency Based Contracts | Yes, Medicare DHHS OIG Fraud Alert OIG97-01 | |
| END | OF | FILE | PBC/OGC | | MISCELLANEOUS DOCUMENTS | | |
| 0652-0689 | 06/07/01 | Desmond Yorke, Interim CFO | Phillip Husband, General Counsel | Susan Provyn | "AC" Davis & Associates Billing | Financial Records | |
| 0697-0698 | Undated | Phillip Husband, Esq. | Ken Campbell, GC, DOH | None | "AC" Davis Claims Analysis | No | |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index, PBC Documents/ Page 8 of 9

| Bates # | Date | From | To | Copies To | Priv & Subj: Matter | Attachments |
|---|---|---|---|---|---|---|
| 0699-0702 | 09/22/00 | Phillip Husband, Acting General Counsel, PBC | PBC Board of Directors et al. | None | "AC" Davis & Associates – Termination of Contracts | No |
| 0703-0703 | 05/30/01 | Phillip Husband | Desmond Yorke | Kenneth Campbell | "AC" HMS Documents | No |
| 0746-0754 | 02/01/00 | Powell, Goldstein, Frazer & Murphy | John A. Fairman | D. Hunter Jo Anne Robinson | "AC" Options for Voiding Settlement Agreement with D.C. Government | No |
| 0756-0765 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 0771-0780 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 0789-0789 | 05/30/01 | Phillip Husband | Desmond Yorke | Kenneth Campbell | "AC" HMS Documents | No |
| 0790-0798 | 05/22/01 | Phillip Husband, General Counsel, PBC | George Gilbert, M.D., Interim CEO | None | "AC's Davis & Associates Payment Issues | Yes, 04/03/01 Memo |
| 0820-0828 | 05/22/01 | Phillip Husband, General Counsel, PBC | George Gilbert, M.D., Interim CEO | None | "AC's Davis & Associates Payment Issues | Yes, 04/03/01 Memo |
| 0895-0899 | 04/05/01 | Phillip Husband, General Counsel, PBC | Desmond Yorke, Chief Financial Officer | None | "AC" Draft of Letter Re HMS & Davis | Yes, Draft of Letter |
| 0908-0912 | 04/03/01 | Phillip Husband, General Counsel, PBC | Michael Barch, General Manager & CEO, PBC | Desmond Yorke, Interim Chief Financial Officer | "AC" Davis & Associates Payment Issues | No |
| 0913-0913 | 04/03/01 | Phillip Husband | File | No | "AC" Reference to Confidential Memo of 04/03/01 | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 12/28/06 Vaughn Index PBC Documents/ Page 9 of 9

| Bates # | Date | From | To | Copies To | Priv & Subj. Matter | Attachments |
|---|---|---|---|---|---|---|
| END OF FILE | | | 00-779 | | HEALTH MANAGEMENT SYSTEMS – CLAIMS FOR PAYMENT | |