Davis & Associates v. District of Columbia, et al., D.D.C., Civil No. 06-972

January 3, 2007, Rule 26 Disclosures

Exhibit 2- District of Columbia Officer of the Chief Technology Officer E Mail Retention Policy

Davis o6 972 DC Rule 26 Exhibit 2 E Mail Retention Policy 010307

# Email Retention Policy

## Purpose

This policy establishes standards for the retention of electronic mail (email) stored centrally on DC Government email servers maintained by the Office of the Chief Technology Officer (OCTO).

## Scope

This policy applies to:

- All electronic mail systems, services, and records provided or owned by the DC Government and maintained by OCTO.

- All users of DC Government email services, including:
    - Full and part-time employees
    - Contractors authorized to use DC Government-owned equipment or network resources
    - Volunteers who have been provided with an email account/service and
    - All other users of DC Government information technology resources.

## Background

Email is an efficient and timely communications tool that is provided by the DC Government to its employees, contractors, and volunteers to assist them in supporting DC government functions and conducting the government's business within its own organization, with government and private business partners, and with the public. OCTO maintains the District's email system and servers and performs limited storage of email on backup tapes, solely for disaster recovery purposes.

The District email system serves approximately 20,000 simultaneous users. Retention of email on District servers and backup tapes may assist DC Government staff in performing their duties, but excessive retention of mail in a system serving such a large population will compromise system performance. We must manage District Government email servers using software that limits the storage of individual mailboxes, in order to operate the District's enterprise email function within email budget constraints, to ensure consistent reliable email system performance and fail-over capability, and to ensure reliable, available emergency services. This policy defines email retention parameters designed to permit reasonable email retention while ensuring a system that performs consistently and reliably with full failover capability.

## Policy

### General Rule

All email residing on District Government email servers will be stored for six months (180 days). All email bearing a date older than six months—regardless of agency, sender, recipient, or any other attribute--will be deleted automatically and permanently from the District Government email system. This deleted email will not be retained on any media or log. Full backups of emails on the system will be taken each week and stored on electronic tape. These backup tapes will be kept for three weeks and will then be recycled. As a result, the maximum "age" of any email that may be recovered from the District Government email system will be 201 days (six months plus three weeks).

### Exceptions

### Agency Requests for Extended Preservation

Notwithstanding the general rule above, any agency may designate specific category(s) of email for preservation beyond the general preservation limit. OCTO will fulfill any request for such extended preservation, for up to seven years, as long as the request: 1) is made in a written communication, 30 days before the end of the general preservation limit, from the agency director and the agency General Counsel to the Chief Technology Officer; 2) specifies the preservation period; 3) specifies the business and/or legal purpose for the preservation; and 4) identifies specifically the email to be preserved by any or

all of the following: mailbox user name(s), message recipient(s), date range, subject line term(s), message text term(s), or attachment name(s). OCTO will provide the requested email, every six months until the expiration of the stated preservation period, on digital media, for the agency to store and maintain.

*Claims against the Government*

Notwithstanding the general rule above, any emails (whether stored on active servers or backup tapes) relating to a matter that is the subject of a claim by or against the District government or any agency, office, instrumentality, or entity of the government shall be preserved until the settlement of the claim or the conclusion of all judicial proceedings in the matter. The Office of Attorney General (OAG) (or, in the case of any non-subordinate agency whose email servers are managed by OCTO, but whose lawyers are not part of OAG, the General Counsel, or equivalent, of such agency) or the Office of Risk Management (ORM), when it is the recipient of a claim against the District, shall notify OCTO's General Counsel, in writing, 30 days before the end of the general preservation limit, whenever a claim or lawsuit requires the preservation of emails. OAG (or, in the case of any non-subordinate agency whose email servers are managed by OCTO, but whose lawyers are not part of OAG, the General Counsel, or equivalent, of such agency) shall also notify OCTO, in writing, whenever a claim or lawsuit no longer requires the preservation of emails because the claim has been settled or the lawsuit has been concluded.

For purposes of this policy, a "claim" shall be defined as a formal document that is filed with an adjudicatory body of the District or federal government, pursuant to the claim filing procedures of such body, and that seeks a remedy authorized by law.

### Sanctions

This policy incorporates no sanctions for email users.

### Statutory Authority

DC Official Code § 1-1403.

### Roles & Responsibilities

### OCTO

OCTO is responsible for enforcing the email age limitations and fulfilling the preservation requirements of this policy.

### All DC Government Email Users

Individual DC Government email users who wish to retain email longer than the general retention limit will be solely responsible for saving or archiving their email on their DC Government PCs.

### DC Government Agencies

DC government agencies that wish preservation of email beyond the general retention limit are responsible for submitting to OCTO a request for extended preservation, and for maintaining the email provided in response to such requests, as described in "*Agency Requests for Extended Preservation*," above.

OAG, for agencies subordinate to the Mayor, and agency General Counsels, for non-subordinate agencies whose email servers are managed by OCTO, and ORM are responsible for notifying OCTO whenever a claim or lawsuit requires the preservation of emails, as described in "*Claims against the Government*," above.