UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVIS & ASSOCIATES, INC.    )
              )
    Plaintiff      )
              )
    v.        )   Civil 1:06-cv-00972-GK
              )
DISTRICT OF COLUMBIA, et al.   )
              )
    Defendants    )

## PLAINTIFF'S RULE 26 DISCLOSURES

Plaintiff Davis & Associates, Inc., by and through its counsel, submits the following

disclosures pursuant to FRCP Rule 26 as follows:

(1)  Names and addresses of persons likely to have discoverable information that

plaintiff may use to support its claims and the subjects of the information:

**James Roark      Davis & Associates, Inc.**
**Knowledge of D. C. General Hospital rate package, Cost reports for D. C. General Hospital**
**and D. C. Public Schools, Black Book**

**Irvin Bloom      Davis & Associates, Inc.**
**Knowledge of D. C. General Hospital rate package, Cost reports for D. C. General Hospital**
**and D. C. Public Schools, Black Book, Revised Cost reports, Clinic Billing**

**Michael Bonner    Davis & Associates, Inc.**
**Knowledge of D. C. General Hospital rate package, Cost reports for D. C. General Hospital**
**and D. C. Public Schools, Black Book, Revised Cost reports, Clinic Billing, Contract**
**Administration D. C. General Hospital and D. C. Public Schools, Operations**

**Michael Davis     Davis & Associates, Inc.**
**Knowledge of D. C. General Hospital rate package, Cost reports for D. C. General Hospital**
**and D. C. Public Schools, Black Book, Revised Cost reports, Clinic Billing, Contract**
**Administration D. C. General Hospital and D. C. Public Schools, Operations**

**Paul Kerz      Health Management Systems, Inc.**
**Knowledge of contractual agreement between Davis & Associates, Inc. and Health**
**Management Systems, Inc., Duties and responsibilities of prime and subcontractor**

**Joseph O'Connor**                    **Health Management Systems, Inc.**
**Knowledge of Health Management Systems, Inc. Program Manager for D. C. General Hospital and D. C. Public Schools, Clinic Billing**

**John Fairman**                    **Former Executive Director PBC**
**Knowledge of revised cost report, Black Book, Contract Administration**

**Anthony A. Williams**                    **Former Chief Financial Officer, Former Mayor**
                                           **District of Columbia**
**Knowledge of D. C. General Hospital and D. C. Public Schools payments, Payments owed to Davis & Associates, Inc., Payments made to Maximus, Inc.**

**Abdulsam Omer**                    **CFO, DCPS, former Chief of Staff, EOM**
**Knowledge of Black Book, D. C. General Hospital and D. C. Public Schools payments, Payments owed to Davis & Associates, Inc., Payments made to Maximus, Inc.**

**John Koskinen**                    **Former Deputy Mayor/City Administrator**
**Knowledge of Black Book, D. C. General Hospital and D. C. Public Schools payments**

**Valerie Holt**                    **Former Chief Financial Officer**
**Knowledge of Black Book, D. C. General Hospital and D. C. Public Schools payments, Payments owed to Davis & Associates, Inc., Payments made to Maximus, Inc.**

**Earl Cabbel**                    **Former Vice President DCHHC/PBC, Former Senior**
                                   **Financial Advisor, DCFRMAA, Former Acting CFO**
**Knowledge of Black Book, D. C. General Hospital and D. C. Public Schools payments, Payments owed to Davis & Associates, Inc., Payments made to Maximus, Inc.**

**Natwar M. Gandhi**                    **Chief Financial Officer**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits, lack of support for payments to Maximus, Inc.**

**Rick Hayes**                    **Executive Assistant to Natwar Gandhi**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits, lack of support for payments to Maximus, Inc.**

**Elijah Rogers**                    **Former Deputy Mayor/City Administrator**
**Knowledge of conversations with Natwar Gandhi in which debt to Davis & Associates, Inc. was acknowledged, payments to Maximus, Inc.**

**Samuel Kaiser**                    **Former General Counsel, OCFO**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits, lack of support for payments to Maximus, Inc.**

**Hunter Clark, Esq.**                    **Former General Counsel, OCFO**
**Inquired how to effect a draw down**

**Stanley Jackson**              **Former Chief of Staff, OCFO, Deputy Mayor**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits,**
**lack of support for payments to Maximus, Inc.**

**Theodore Carter**              **Former Chief of Staff, OCFO,**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits,**
**lack of support for payments to Maximus, Inc.**

**Bert Molina**              **Former Associate Controller, CFO, DCPS, Deputy CFO**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits,**
**lack of support for payments to Maximus, Inc.**

**N. Anthony Calhoun**              **Former Controller, Deputy CFO**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits,**
**lack of support for payments to Maximus, Inc.**

**Anthony Pompa**              **Deputy CFO (Financial Operations & Systems)**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits,**
**lack of support for payments to Maximus, Inc.**

**Deloras Shepherd**              **Former CFO, DHHS, CFO/DHS**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits,**
**lack of support for payments to Maximus, Inc.**

**Donald Rickford**              **Former CFO, UDC, Former CFO DCPS, Former Interim**
                                 **CFO, DOH**
**Knowledge of Medicaid draw down, Payments to Maximus, Inc., Annual District Audits,**
**lack of support for payments to Maximus, Inc., Verified money that was drawn down**

**Eugene Kinlow**              **Former Member, DCFRMAA (Control Board)**
**Knowledge of Black Book, Cost Reports, Transactions involving the Department of Health**
**and D. C. General Hospital**

**Bert Smith & Company**              **Certified Public Accountants**
**Medicaid Auditor, Knowledgeable about payments to Maximus, Inc.**

**George Valentine, Esq.**              **Deputy Attorney General**
**Knowledgeable of the amount of Medicaid money owed to D. C. General Hospital and D.C.**
**Public Schools, Healthcare claims,**

**Jennifer Longmeyer-Wood, Esq.**    **Former Assistant Corporation Counsel, Assistant**
                                      **Attorney General, OAG**
**Knowledgeable of payments to Maximus, Inc., Draw down for D. C. Public Schools,**
**Records, Claims support, Medicaid draw down**

**Karen E. Branson, Esq.**              **General Counsel, OIG**

**Erik Gault**                          **Former Director, Operations Improvement Division, EOM**
**Knowledgeable of the amount of Medicaid money owed to D. C. General Hospital and D.C. Public Schools**

**Heather McCabe**                      **Former Executive Director, DCPS-OSE Medicaid**
**Knowledgeable of payments to Maximus, Inc., Draw down for D. C. Public Schools, Medicaid draw down**

**Nancy Hapeman, Esq.**                 **General Counsel, Office of Contracts & Procurement**

**Ester Scarborough**                   **Former Chief Contracts Officer, DHHS**
**Knowledgeable of authority for Davis & Associates to be paid**

**Steven Harris**                       **Former Chief Financial Officer, DCHHC/PBC**

**Kevin Chavous, Esq.**                 **Former Chair, Education, Libraries and Parks, Council of the District of Columbia**
**Knowledgeable of the amount of Medicaid money owed to D.C. Public Schools**

**Sandra Allen Former Chair, Health & Human Services of the District of Columbia**
**Knowledgeable of the amount of Medicaid money owed to D. C. General Hospital**

**Yvette Cheeks**                       **Deputy CFO Department of Health**

**Phillip Husband, Esq.**               **Department of Health**

**Desmond Yorke**                       **Former CFO PBC/DCGH**
**Knowledgeable of the amount of Medicaid money owed to D. C. General Hospital**

**Ivan Walks, M.D.**                    **Former Director of Health**

**Francis K. Smith, Esq.**              **Former Attorney with Control Board, Former Executive Director for the Control Board**
**Knowledgeable about the draw down allegedly on behalf of D. C. General Hospital and D. C. Public Schools**

**Yohannes Barie**                      **Systems Administrator DOH**
**Knowledgeable about the draw down allegedly on behalf of D. C. General Hospital**

**Doneg McDonnah     Health Consultant Control Board Negotiated DISH Contract with Davis & Associates**

**Wayne Witkowski, Esq.**               **Deputy Attorney General**
**Inquired how to effect a draw down**

**Robert Spagnoletti, Esq.**          **Former Attorney General**
**Knowledgeable that payments were received under D. C. General Hospital and D. C.**
**Public Schools contracts, Acknowledged that fees were owed to Davis & Associates, Inc.,**

**Robert Bobb**          **Former Deputy Mayor and City Administrator**
**Knowledgeable that payments were received under D. C. General Hospital and D. C.**
**Public Schools contracts, Acknowledged that fees were owed to Davis & Associates, Inc.,**
**Verified  27 points in letter, Negotiated a tentative settlement, Attempted to insure that**
**Davis & Associates, Inc. was paid**

**Cambio Group**          **Contractor engaged by the Control Board**
**Knowledgeable about the Black Book and financial transactions at D. C. General Hospital**

**Michael Rogers**          **Former Deputy Mayor/City Administrator**
**Knowledgeable about Contracts with Davis & Associates, Inc.**

**Jack Evans**          **City Council member, Ward 2, Chairman Finance and**
          **Revenue Committee**
**Knowledgeable that payments were received under D. C. General Hospital and D. C.**
**Public Schools contracts, Acknowledged that fees were owed to Davis & Associates, Inc.**

**Elijah Rogers**          **Former Deputy Mayor/City Administrator**
**Had conversations with Natwar Gandhi acknowledging the debt to Davis & Associates, Inc.**
**and the payments to Maximus, Inc.**

**Charles Maddox**          **Former DC Inspector General**
**Knowledgeable about records maintained by Davis & Associates, Inc. and the lack of**
**support for Cost Reports submitted by Maximus, Inc.**

**Angela L. Avant**          **Former D.C. Inspector General**
**Knowledgeable about records maintained by Davis & Associates, Inc. and the lack of**
**support for Cost Reports submitted by Maximus, Inc.**

**James Buford**          **Former Director, Department of Human Services**
**Authorized payment of Davis & Associates, Inc. that was stopped by Natwar Gandhi**

**Vernon Hawkins**          **Former Director, Department of Human Services**

    (2)    Some of the documents that fall within the purview of Rule 26(a)(1)(B) have been

forwarded to defendants' counsel.  Additional documents will be available for pick up after

Tuesday, January 9, 2007 at a mutually agreeable time.

                Respectfully submitted,
                HOUSTON & HOWARD

- 6 -

_/s/ Johnny M. Howard_
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

Dated: January 3, 2007

### CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's

ECF electronic file and serve system.  The Plaintiff's Rule 26 Disclosures have been filed with

such Court and served on all parties herein electronically through such ECF electronic file and

serve system on January 3, 2007.

_/s/ Johnny M. Howard_
Johnny M. Howard
