UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVIS & ASSOCIATES, INC. )
1412 5th Street, NW )
Washington, DC 20001 )
                                                           )
    Plaintiff, )        Civil Action No.: 1:06CV00972
)        Judge:  Gladys Kessler
v. )
)
THE DISTRICT OF COLUMBIA, a )
Municipal Corporation )
1350 Pennsylvania Avenue NW )
Washington, DC 20004 )
)
    and )
)
ANTHONY A. WILLIAMS, Mayor, )
The District of Columbia, in his )
official capacity )
1350 Pennsylvania Avenue NW )
Suite 600 )
Washington, DC 20004 )
)
    and )
)
NATWAR M. GANDHI, Chief Financial )
Officer, The District of Columbia, in his )
official and individual capacities )
1350 Pennsylvania Avenue NW )
Suite 203 )
Washington, DC 20004 )
)
    and )
)
VALERIE HOLT, Former Chief Financial )
Officer, The District of Columbia, in her )
official capacity )
1350 Pennsylvania Avenue NW )
Suite 203 )
Washington, DC 20004 )
)
    and )
)

| | |
|---|---|
| HEALTH MANAGEMENT SYSTEMS, INC.<br>401 Park Avenue South<br>New York, NY 10016<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Edith S. Marshall, of the law firm of Powers Pyles Sutter & Verville, P.C., as counsel for Defendant, Health Management Systems, Inc., in the above-referenced civil action.

Respectfully submitted,

*Edith S. Marshall*
EDITH S. MARSHALL
D.C. Bar No. 328310
POWERS PYLES SUTTER & VERVILLE, P.C.
1875 Eye Street, NW
Twelfth Floor
Washington, DC 20006-5409
(202) 466-6550
(202) 785-1756 (fax)

Dated: January 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January 2007, a copy of the foregoing *Notice of Entry of Appearance* was served by facsimile and by regular mail on the following counsel of record:

Johnny M. Howard, Esq.
Houston & Howard
1001 Connecticut Avenue, NW
Suite 402
Washington, DC 20036

Thomas James Foltz, Esq.
Office of Corporation Counsel, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001-4600

*/s/ Edith S. Marshall*
EDITH S. MARSHALL