UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.<br>1412 5th Street, NW<br>Washington, DC 20001 ) ) ) )|  |
| Plaintiff, ) ) | Civil Action No.: 1:06CV00972<br>Judge: Gladys Kessler |
| v. ) ) |  |
| THE DISTRICT OF COLUMBIA, a<br>Municipal Corporation<br>1350 Pennsylvania Avenue NW<br>Washington, DC 20004 ) ) ) ) ) |  |
| and ) ) |  |
| ANTHONY A. WILLIAMS, Mayor,<br>The District of Columbia, in his<br>official capacity<br>1350 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004 ) ) ) ) ) ) ) |  |
| and ) ) |  |
| NATWAR M. GANDHI, Chief Financial<br>Officer, The District of Columbia, in his<br>official and individual capacities<br>1350 Pennsylvania Avenue NW<br>Suite 203<br>Washington, DC 20004 ) ) ) ) ) ) ) |  |
| and ) ) |  |
| VALERIE HOLT, Former Chief Financial<br>Officer, The District of Columbia, in her<br>official capacity<br>1350 Pennsylvania Avenue NW<br>Suite 203<br>Washington, DC 20004 ) ) ) ) ) ) ) |  |
| and ) ) |  |

HEALTH MANAGEMENT SYSTEMS,    )
INC.                                            )
401 Park Avenue South                 )
New York, NY 10016                    )
                                                    )
         Defendants.                          )
                                                    )
_____)

## MOTION TO DISMISS HEALTH MANAGEMENT SYSTEMS, INC. AS A PARTY DEFENDANT IN THE CASE

Health Management Systems, Inc. ("HMS"), a defendant named in the above-referenced civil action, hereby moves under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), for an Order dismissing Plaintiff's Complaint against Defendant HMS. As is more fully explained in the accompanying Memorandum of Points and Authorities, filed herewith, the grounds for this motion are that, with respect to Plaintiff HMS, Plaintiff's Complaint fails to state any claim upon which relief can be granted, and fails to establish either standing or an existing case or controversy sufficient to support the Court's subject-matter jurisdiction.

Counsel for the District of Columbia, Mr. Thomas Foltz, has been consulted regarding this motion, and has stated that the District takes no position on this motion at this time, but may respond to the motion at a later date. Counsel for Plaintiff Davis & Associates, Inc. has been consulted, and has indicated Plaintiff does not consent to this motion.

{D0130840.DOC / 1}

A proposed Order consistent with the foregoing motion is attached.

Respectfully submitted,

*Edith S. Marshall*

EDITH S. MARSHALL
D.C. Bar No. 328310
POWERS PYLES SUTTER & VERVILLE, P.C.
1875 Eye Street, NW
Twelfth Floor
Washington, DC 20006-5409
(202) 466-6550
(202) 785-1756 (fax)
Counsel For Defendant,
Health Management Systems, Inc.

Dated:  January 4, 2007

{D0130840.DOC / 1}