UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.<br>1412 5th Street, NW<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, a<br>Municipal Corporation<br>1350 Pennsylvania Avenue NW<br>Washington, DC 20004<br><br>    and<br><br>ANTHONY A. WILLIAMS, Mayor,<br>The District of Columbia, in his<br>official capacity<br>1350 Pennsylvania Avenue NW<br>Suite 600<br>Washington, DC 20004<br><br>    and<br><br>NATWAR M. GANDHI, Chief Financial<br>Officer, The District of Columbia, in his<br>official and individual capacities<br>1350 Pennsylvania Avenue NW<br>Suite 203<br>Washington, DC 20004<br><br>    and<br><br>VALERIE HOLT, Former Chief Financial<br>Officer, The District of Columbia, in her<br>official capacity<br>1350 Pennsylvania Avenue NW<br>Suite 203<br>Washington, DC 20004<br><br>    and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No.: 1:06CV00972<br>Judge: Gladys Kessler |

| | |
|---|---|
| HEALTH MANAGEMENT SYSTEMS, INC.<br>401 Park Avenue South<br>New York, NY 10016<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of the motion of Health Management Systems, Inc. to be dismissed from this case as a defendant, and it appearing that Plaintiff's Complaint states no claim against Health Management Systems on which relief can be granted, it is by the Court on this _____ day of _____, 2007 hereby

ORDERED that defendant Health Management Systems, Inc. is dismissed from this case and Plaintiff's entire case as to Health Management Systems is dismissed.

SO ORDERED

                                                              Gladys Kessler
                                                              UNITED STATES DISTRICT JUDGE

Johnny M. Howard, Esq.
Houston & Howard
1001 Connecticut Avenue, NW
Suite 402
Washington, DC 20036

Thomas James Foltz, Esq.
Office of Corporation Counsel, DC
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001-4600