UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.           ) | |
|           Plaintiff                            ) | |
| v.                                                   ) | Civil 1:06-cv-00972-GK |
| THE DISTRICT OF COLUMBIA, et al.  ) | |
|           Defendants                       ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO EFFECT SERVICE OF PROCESS**

Plaintiff Davis & Associates, Inc., by and through counsel, opposes the Motion to Dismiss for Failure to Effect Service of Process filed by defendants Natwar Gandhi and Valerie Holt. Specifically, plaintiff opposes the motion to dismiss Natwar Gandhi in his individual capacity, but does not object to the dismissal of Valerie Holt. The role Natwar Gandhi played in the transactions described in the complaint is chief among the actions of other defendants. As Chief Financial Officer for the District of Columbia, Natwar Gandhi was the official at the heart of all transaction, which are pertinent to this case. Natwar Gandhi was the official who approved or disapproved the payment of money to all contractors providing revenue maximization services to the District.

When service of process was effected on Natwar Gandhi initially, plaintiff believed that personal service had been achieved. However, plaintiff was unable to confirm the method of service from the process server after service was effected. The process server had been an employee of plaintiff's counsel, but separated her employment shortly after service was achieved. Thus, an affidavit of service could not be obtained to document the method by which Natwar Gandhi was served.

Federal Rule of Civil Procedure 4(m) allows the Court to "direct that service be effected within a specified time" even though the 120 day period has expired.  Plaintiff requests that the Court allow plaintiff to apply for a new summons and re-serve Natwar Gandhi within thirty (30) days from the date the Court issues an order on this motion.  The granting of the relief requested will not unduly prejudice defendant Gandhi.

Accordingly, plaintiff requests that the motion be denied as to defendant Natwar Gandhi, and that plaintiff be allowed to re-serve Natwar Gandhi within thirty (30) days from the Court's order.

> Respectfully submitted,
> HOUSTON & HOWARD
>
>
> ___*/s/ Johnny M. Howard*___
> Johnny M. Howard, #264218
> 1001 Connecticut Avenue, NW
> Suite 402
> Washington, DC  20036
> (202) 628-7058
> Email:  houhow@erols.com

**CERTIFICATE OF SERVICE**

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system.  This opposition has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on January 12, 2007.

> ___*/s/ Johnny M. Howard*___
> Johnny M. Howard

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil 1:06-cv-00972-GK |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
|     Defendants ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss for Failure to Effect Service of Process, the memorandum of points and authorities in support thereof and the opposition thereto, it is, by the Court, this ____ day of January 2007,

ORDERED that Defendants' Motion to Dismiss for Failure to Effect Service of Process, be granted in part and denied in part, and

ORDERED that the complaint be dismissed as to defendant Valerie Holt, and

FURTHER ORDERED that plaintiff be given thirty days from the date of this order to effect personal service on defendant Natwar Gandhi.

 

                                                               _____
                                                                U. S. DISTRICT COURT JUDGE