**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., : | |
| : | |
| v.  : | Civil No. 6CV 00972 (GK) |
| : | Exchange Witness Lists |
| : | February 1, 2007 |
| THE DISTRICT OF COLUMBIA, et al., : | |
| : | |

DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
RESPONSES TO DISCOVERY

Defendants District of Columbia, Anthony A. Williams, and Natwar M. Ghandi in his official capacity, (collectively "Defendants") by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to answer or file responses to written discovery requests. Plaintiff served requests for production of documents and interrogatories electronically without consent of Defendants in the early morning hours of December 22, 2006; including additional time permitted under Fed. R. Civ. P 6 (e), responses would have been due on January 26, 2007. Plaintiff's counsel courteously consented by telephone call on January 24, 2007, with undersigned counsel to an enlargement until February 27, 2007. An LCvR 7(a) supporting memorandum and LCvR 7(c) proposed order accompany this motion.

Dated: January 25, 2007     Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

        */S/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


        */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202)  724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov


### CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on January 25, 2007.


               */s/ Thomas J. Foltz*
        Thomas J. Foltz, Esq.

Davis & Associate 06 792 DC MTN NLRG TIME Respond Discovery E sign 012506