**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., : | |
| : | |
| v.   : | Civil No. 6CV 00972 (GK) |
| : | Exchange Witness Lists |
| : | February 1, 2007 |
| THE DISTRICT OF COLUMBIA, et al., : | |
| : | |

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSES TO DISCOVERY**

I. <u>Factual and Procedural Background</u>

Defendants District of Columbia, Anthony A. Williams, and Natwar M. Ghandi in his official capacity, (collectively "Defendants") have moved pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to answer or file responses to written discovery requests. Defendants adopt as if more fully set forth herein the factual and procedural background set forth in their Motion noting particularly Plaintiff's consent to an enlargement until February 27, 2007. Defendants note additionally that: (1) under the proposed enlargement plaintiff will receive written discovery responses well in advance of any schedule response date since under the Scheduling Order entered November 28, 2006, written discovery requests were not due to be propounded until March 1, 2006; (2) on January 24, 2007, defendants made available all non-privileged documents from an initial production from the former Public Benefit Corporation; (3) due to the age of the disputes in question much information appears unavailable; and (4) defendants have requested a copy of the procurement manual referred to in plaintiff's written requests for production of documents. As the argument set forth below indicates there is "good

cause" under the provisions of Fed. R. Civ. P. 6 (b) (1) for the enlargement consented to by plaintiff's counsel.

## II. Argument

Fed. R. Civil P. 6(b) (1) and (2) provide in relevant part:

> (b) *Enlargement*. When by these Rules of by notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specific period permit the act to be done where the failure to act was the result of excusable neglect.

Courts grant "(b) (1)" enlargements (pre-expiration enlargements) where the moving party shows good cause and the opposing party suffers no prejudice. 4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.5 (2002 ed.) Similarly, courts grant "(b) (2)" or *nunc pro tunc* enlargements where the moving party has been diligent and the non-moving party suffers no substantial prejudice. 4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.2 (2002 ed.).

As applied to this case, there is sufficient "good cause." Defendants have been diligent in attempting to obtain documents and have made an initial disclosure. In addition, plaintiff has consented and will receive documents in advance of the dates otherwise specified in the November 28, 2006, scheduling order.

## III. Conclusion

For the foregoing reasons, Defendants respectfully request that the Court grant the enlargement from January 26, 2007, through and including February 27, 2007 as set forth in the proposed Order.

Dated:  January 25, 2007            Respectfully submitted,

            LINDA SINGER
            Acting Attorney General for the District of Columbia

            GEORGE C. VALENTINE
            Deputy Attorney General, Civil Litigation Division


            _____/S/ Kimberly M. Johnson_____
            KIMBERLY M. JOHNSON   D.C. Bar No. 435163
            Chief, General Litigation Section 1


            _____/s/ Thomas J. Foltz_____
            THOMAS J. FOLTZ
            Assistant Attorney General
            D.C. Bar No. 462858
            441 Fourth Street, N.W.
            Washington, D.C. 20001
            (202)  724-6652
            (202) 727-0431 (fax)
            E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

   This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on January 25, 2007.


        _____/s/ Thomas J. Foltz_____
           Thomas J. Foltz, Esq.


Davis & Associate 06 792 DC MTN NLRG TIME Respond Discovery MEMO E Sign  012507