IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| _____ | : | |

ORDER

With Plaintiff's consent, Defendants moved pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to file written responses to Plaintiff's discovery requests from January 26, 2007, to February 27, 2007. Upon consideration of the supporting memorandum, and the lack of any opposition, it is hereby

ORDERED that the Motion be and the same hereby is GRANTED; and it is further

ORDERED that the time to serve written responses to Plaintiff's discovery requests, be and the same hereby is ENLARGED from January 26, 2007, to February 27, 2007.

ENTERED: _____
                                                                        United States District Judge


Copies to:        Thomas J. Foltz, Esq.
                          Office of the Attorney General
                          District of Columbia
                          441 Fourth Street, N.W.
                          Washington, D.C. 20001

                          Johnny M. Howard, Esq.
                          HOUSTON & HOWARD
                          1001 Connecticut Avenue, N.W., Ste. 402
                          Washington. D.C. 20036

Davis & Associate 06 792 DC MTN NLRG TIME Respond Discovery ORDER  012507