IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., : | |
| : | |
| : | |
| v.   : | Civil No. 6CV 00972 (GK) |
| : | Exchange Witness Lists |
| : | February 1, 2007 |
| THE DISTRICT OF COLUMBIA, et al., : | |
| : | |
| _____ : | |

DEFENDANTS' WITNESS LIST

Defendants District of Columbia, Anthony A. Williams, and Natwar M. Ghandi in his official capacity, (collectively "Defendants") by and through their undersigned counsel, hereby

1.  All witnesses listed on Plaintiff's witness list as currently filed or as supplemented.

2.  The custodian of the records for any of the following agencies or entities, their successors or predecessors: the Public Benefit Corporation, the Department of Health, the District of Columbia Public School System, the Office of the Inspector General, the District of Columbia Council, and any federal Medicaid agency involved in the determination of revenues received by the District of Columbia.

3.  Designated representative for each of the agencies and entities listed in (2), supra.

4.  Any expert designated by either party in accord with the Scheduling Order or any Amendment thereto.

5.  For document authentication purposes only, any signatory official to the documents and agreements referred to in Plaintiff's complaint, who may or may not be employed by the District at this time.

      6.      All persons identified by either party during discovery.

      7.      All persons listed in Defendants' Fed. R. Civ. P. 26 (a)(1)(a) disclosures filed on January 3, 2007.

Dated: February 1, 2007        Respectfully submitted,

                              LINDA SINGER
                              Acting Attorney General for the District of Columbia

                              GEORGE C. VALENTINE
                              Deputy Attorney General, Civil Litigation Division

                              _____*/S/ Kimberly M. Johnson*_____
                              KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                              Chief, General Litigation Section 1

                              _____*/s/ Thomas J. Foltz*_____
                              THOMAS J. FOLTZ
                              Assistant Attorney General
                              D.C. Bar No. 462858
                              441 Fourth Street, N.W.
                              Washington, D.C. 20001
                              (202)  724-6652
                              (202) 727-0431 (fax)
                              E mail: Thomas.foltz@dc.gov

## CERTIFICATE OF SERVICE

     This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on February 1, 2007.


                    _____*/s/ Thomas J. Foltz*_____
                                Thomas J. Foltz, Esq.

Davis & Associate 06 972 DC Witness List E sign 020107