UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil 1:06-cv-00972-GK |
| | ) | Witness List |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFF'S WITNESS LIST

Pursuant to the Court's Scheduling Order, Plaintiff Davis & Associates, Inc., by and through counsel, submits the following list of witnesses:

1.    All persons listed in Plaintiff's Fed.R.Civ.P. 26(a)(1)(a) disclosures filed on January 3, 2007;

2.    All persons identified by any party during discovery or any other proceeding in this case;

3.    All witnesses listed by Defendants on a list of witnesses;

4.    Robert Maruca (Medicaid), formerly with the D.C. Department of Health;

5.    Gregory Holiday, former Managing Director, Mitchell Titus & Company, 1129 20th St NW Ste 520, Washington, DC 20036;

6.    Plaintiff reserves the right to supplement the witness list after additional discovery is completed.

Dated: February 1, 2007                    Respectfully submitted,

                                           HOUSTON & HOWARD


                                               */s/ Johnny M. Howard*
                                           Johnny M. Howard, #264218

1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's

ECF electronic file and serve system.  This witness list has been filed with such Court and served

on all parties herein electronically through such ECF electronic file and serve system on

February 1, 2007.


        */s/ Johnny M. Howard*
          Johnny M. Howard