UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.         )<br>                                                           )<br>         Plaintiff                              )<br>                                                           )<br>         v.                                          )          Civil 1:06-cv-00972-GK<br>                                                           )<br>THE DISTRICT OF COLUMBIA, et al.   )<br>                                                           )<br>         Defendants                         )  | |

**PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE
HEALTH MANAGEMENT SYSTEMS, INC.'S MOTION TO DISMISS**

COMES NOW, Plaintiff Davis & Associates, Inc., by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), to move the Court for seven (7) additional days, up to and including February 9, 2007, to file an opposition to Defendant Health Management Systems, Inc.'s Motion to Dismiss. The plaintiff requires additional time to conduct further research of the applicable case authority and to gather and review additional documents that are pertinent to the issues presented in the Motion to Dismiss.

Counsel for Defendant Health Management Systems, Inc. takes no position on the relief requested in this motion. Counsel for defendant District of Columbia consents to the relief requested herein.

Dated: February 2, 2007                                    Respectfully submitted,
                                                                              HOUSTON & HOWARD


                                                                                  */s/ Johnny M. Howard*
                                                                              Johnny M. Howard, #264218
                                                                              1001 Connecticut Avenue, NW
                                                                              Suite 402
                                                                              Washington, DC  20036
                                                                              (202) 628-7058
                                                                              Email:  houhow@erols.com

2

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system. This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on February 2, 2007.

              */s/ Johnny M. Howard*
              Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil 1:06-cv-00972-GK |
| | ) | |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE THE TIME TO OPPOSE HEALTH MANAGEMENT SYSTEMS, INC.'S MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

Respectfully submitted,
HOUSTON & HOWARD


    */s/ Johnny M. Howard*
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.        ) | |
|        ) | |
|     Plaintiff       ) | |
|        ) | |
|     v.       ) | Civil 1:06-cv-00972-GK |
|        ) | |
| THE DISTRICT OF COLUMBIA, et al.       ) | |
|        ) | |
|     Defendants       ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Enlarge the Time to Oppose Health Management Systems, Inc.'s Motion to Dismiss, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of February 2007,

ORDERED that Plaintiff's Motion to Enlarge the Time to Oppose Health Management Systems, Inc.'s Motion to Dismiss, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its opposition to Health Management Systems, Inc.'s Motion to Dismiss on or before February 9, 2007.

                                                                            _____
                                                                            U. S. DISTRICT COURT JUDGE