UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. )<br>  )<br>           Plaintiff              )<br>  )<br>           v.                        )       Civil 1:06-cv-00972-GK<br>  )<br>THE DISTRICT OF COLUMBIA, et al.  )<br>  )<br>           Defendants           ) | |

**PLAINTIFF'S SECOND MOTION TO ENLARGE THE TIME TO OPPOSE
HEALTH MANAGEMENT SYSTEMS, INC.'S MOTION TO DISMISS**

COMES NOW, Plaintiff Davis & Associates, Inc., by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), to move the Court for seven (7) additional days, up to and including February 9, 2007, to file an opposition to Defendant Health Management Systems, Inc.'s Motion to Dismiss. The plaintiff requires an additional business day to complete a review of pertinent case law in support of the opposition to the Motion to Dismiss.

Neither counsel for Defendant Health Management Systems, Inc. nor defendant District of Columbia were contacted as the need for the enlargement arose after business hours.

Dated: February 9, 2007                                    Respectfully submitted,
                                                                            HOUSTON & HOWARD


                                                                                 */s/ Johnny M. Howard*
                                                                            Johnny M. Howard, #264218
                                                                            1001 Connecticut Avenue, NW
                                                                            Suite 402
                                                                            Washington, DC  20036
                                                                            (202) 628-7058
                                                                            Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system. This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on February 9, 2007.

          */s/ Johnny M. Howard*
          Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.         ) | |
|                                                     ) | |
|       Plaintiff                            ) | |
|                                                     ) | |
|       v.                                       ) | Civil 1:06-cv-00972-GK |
|                                                     ) | |
| THE DISTRICT OF COLUMBIA, et al.  ) | |
|                                                     ) | |
|       Defendants                        ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S SECOND MOTION TO ENLARGE THE TIME TO OPPOSE HEALTH MANAGEMENT SYSTEMS, INC.'S MOTION TO DISMISS**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

                                                              Respectfully submitted,
                                                               HOUSTON & HOWARD

                                                               */s/ Johnny M. Howard*
                                                             Johnny M. Howard, #264218
                                                             1001 Connecticut Avenue, NW
                                                             Suite 402
                                                            Washington, DC  20036
                                                            (202) 628-7058
                                                           Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.        )<br>                                                       )<br>            Plaintiff                        )<br>                                                       )<br>       v.                                         )      Civil 1:06-cv-00972-GK<br>                                                       )<br>THE DISTRICT OF COLUMBIA, et al.  )<br>                                                       )<br>            Defendants                   ) | |

**ORDER**

Upon consideration of Plaintiff's Second Motion to Enlarge the Time to Oppose Health Management Systems, Inc.'s Motion to Dismiss, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of February 2007,

ORDERED that Plaintiff's Second Motion to Enlarge the Time to Oppose Health Management Systems, Inc.'s Motion to Dismiss, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its opposition to Health Management Systems, Inc.'s Motion to Dismiss on or before February 12, 2007.

_____
U. S. DISTRICT COURT JUDGE

2