UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil 1:06-cv-00972-GK |
| | ) | |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |

## **ORDER**

Upon consideration of Motion to Dismiss Health Management Systems, Inc., the memorandum of points and authorities in support thereof and the opposition thereto, it is, by the Court, this _____ day of February 2007,

ORDERED that Motion to Dismiss Health Management Systems, Inc., be and the same is denied.

_____
U. S. DISTRICT COURT JUDGE