UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:06CV00972-GK |
| ) | |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ENLARGMENT OF TIME WITHIN WHICH TO REPLY TO DAVIS & ASSOCIATES, INC.'S OPPOSITION TO THE MOTION TO DISMISS HEALTH MANAGEMENT SYSTEMS, INC. AS A PARTY DEFENDANT IN THE CASE, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Health Management Systems, Inc. ("HMS"), a Defendant in the above-captioned action, hereby moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for an extension of time of ten business days, up to and including Tuesday, March 6, 2007, within which to reply to Davis & Associates, Inc.'s Opposition to Defendant's Motion to Dismiss Health Management Systems, Inc. as a Party Defendant in the Case. Defendant's Reply to the Davis & Associates, Inc. Opposition is currently due today, February 20, 2007. The reasons for this request are as follows.

Davis' Opposition to the Motion to Dismiss filed by HMS refers to and relies on several attachments or Exhibits, including, ostensibly, copies of a subcontract between HMS and Davis as well as certain correspondence. These documents were not filed with the Opposition, however, and HMS has thus far been unable to obtain them. HMS cannot properly reply to the Opposition without reviewing and assessing the authenticity and meaning of these documents. Counsel for HMS has contacted Davis' Counsel and his Office staff several times to request

{D0136379.DOC / 1}

copies of the documents, but has not yet been successful in obtaining them. In addition, Counsel for HMS will be out of her Office from February 23 through February 28, due to a professional Conference. For these reasons HMS' Counsel requires until March 6, 2007 to file a Reply respecting the pending motion.

Counsel for the District of Columbia has been consulted regarding this motion, and does not object to the requested extension of time. Counsel for Davis has previously indicated to Counsel for HMS that he would not object to an enlargement of time; but it has not been possible to contact him directly to seek agreement to the specific length of the extension herein requested.

A proposed Order consistent with the foregoing is attached for the convenience of the Court.

                                            Respectfully submitted,

                                            __s/Edith S. Marshall_____
                                            EDITH S. MARSHALL
                                            D.C. Bar No. 328310
                                            POWERS PYLES SUTTER & VERVILLE, P.C.
                                            1875 Eye Street, NW
                                            Twelfth Floor
                                            Washington, DC 20006-5409
                                            (202) 466-6550
                                            (202) 785-1756 (fax)
                                            Counsel For Defendant,
                                            Health Management Systems, Inc.

Dated: February 20, 2007