UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.         )<br>                                                        )<br>     Plaintiff,                              )<br>                                                        )<br>v.                                                   )<br>                                                        )<br>THE DISTRICT OF COLUMBIA, et al.  )<br>                                                        )<br>     Defendants.                         )<br>                                                        ) | Civil Action No. 1:06CV00972-GK |

**ORDER**

UPON CONSIDERATION of the Motion for Enlargement of Time Within Which to Reply to Davis & Associates, Inc.'s Opposition to the Motion to Dismiss Health Management Systems, Inc. as a Party Defendant in the Case, filed by Health Management Systems, Inc., and the reasons stated therefore, it is by the Court on this _____ day of _____, 2007, hereby

ORDERED that the motion should be and hereby is granted, and it is

FURTHER ORDERED that Health Management Systems shall have up to and including March 6, 2007, within which to file a Reply to Davis & Associates, Inc.'s Opposition to Defendant's Motion to Dismiss Health Management, Systems, Inc. as a Party Defendant in the Case.

Dated: _____

                                                                          _____
                                                                          GLADYS KESSLER
                                                                          United States District Judge

{D0136400.DOC / 1}