UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
|     v. | )    Civil 1:06-cv-00972-GK |
| | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
|     Defendants | ) |

**NOTICE OF FILING**

Plaintiff, Davis & Associates, Inc., by and through undersigned counsel submits the attached exhibits that were mistakenly omitted from the Plaintiff's Opposition to Defendants' Motion to Dismiss Health Management Systems, Inc. as a Party Defendant.

> Respectfully submitted,
> HOUSTON & HOWARD
>
>    */s/ Johnny M. Howard*
> Johnny M. Howard, #264218
> 1001 Connecticut Avenue, NW
> Suite 402
> Washington, DC  20036
> (202) 628-7058
> Email:  houhow@erols.com

**CERTIFICATE OF SERVICE**

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system.  The Request for Production of Documents has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on February 21, 2007.

>    */s/ Johnny M. Howard*
>    Johnny M. Howard