**PBC ADMINISTRATION**
1900 MASSACHUSETTS AVE., S.E.
WASHINGTON, D.C. 20003
(202) 675-7655
Fax: (202) 675-5650

**COMMUNITY HEALTH PROGRAMS**
1900 MASSACHUSETTS AVE., S.E.
WASHINGTON, D.C. 20003
(202) 675-7519
Fax: (202) 675-7694

**D.C. GENERAL HOSPITAL**
1900 MASSACHUSETTS AVE., S.E.
WASHINGTON, D.C. 20003
(202) 675-7655
Fax: (202) 675-7819

**SCHOOL HEALTH PROGRAMS**
1900 MASSACHUSETTS AVE., S.E.
WASHINGTON, D.C. 20003
(202) 675-7338
Fax: (202) 675-7694

**District of Columbia Health and Hospitals**
**Public Benefit Corporation**
*Touching People with Our Services*

April 6, 2001

**COMMUNITY HEALTH CENTERS**

**PBC ADAMS MORGAN**
2250 Champlain St., N.W.
Washington, D.C. 20009
(202) 673-4509
Fax: (202) 673-2266

**PBC ANACOSTIA**
1328 W St., S.E.
Washington, D.C. 20020
(202) 698-1930
Fax: (202) 698-1968

**PBC BENNING HEIGHTS**
4650 Benning Rd., S.E.
Washington, D.C. 20019
(202) 645-4161
Fax: (202) 645-4189

**PBC CONGRESS HEIGHTS**
3720 MLK Ave., S.E.
Washington, D.C. 20032
(202) 645-0400
Fax: (202) 645-0294

**PBC HUNT PLACE**
4230 Hunt Place, N.E.
Washington, D.C. 20019
(202) 727-0527
Fax: (202) 727-9592

**PBC SOUTHWEST**
850 Delaware Ave., S.W.
Washington, D.C. 20024
(202) 727-3611
Fax: (202) 727-9621

**PBC WALKER-JONES**
1100 1st St., N.W.
Washington, D.C. 20001
(202) 724-4973
Fax: (202) 724-4537

**PBC WOODRIDGE**
2146 24th Pl., N.E.
Washington, D.C. 20018
(202) 541-3819
Fax: (202) 529-4664

**PBC HEALTH SERVICES FOR CHILDREN WITH SPECIAL NEEDS**
1900 Massachusetts, Ave., S.E.
Washington, D.C. 20003
(202) 675-5214
Fax: (202) 675-7694

Via Facsimile: (202) 737-5258

Mr. Stan Jackson, Chief of Staff
Office of the Chief Financial Officer
441 4th Street, N.W., Suite 1150 North
Washington, DC 20001

Via Facsimile: (202) 429-0155

Mr. Irwin Bloom
Senior Vice President, Healthcare Services
Davis & Associates, Inc.
919 18th Street, N.W., Suite 400
Washington, DC 20006

Via Facsimile: (212) 704-0196

Bruce S. Coleman, Esq.
Berlack, Israels & Liberman, L.L.P.
120 West 45th Street
New York, NY 10036

Re:    Health Management Systems, Inc. and Davis & Associates
       OGC Files 00-503, 00-598 and 00-779

Dear Gentlemen:

In response to your inquiries about payments, the District of Columbia Health and Hospitals Public Benefit Corporation ("PBC") has reached the following conclusions regarding the payment issues involving Health Management Systems, Inc. ("HMS") and Davis & Associates, Inc. ("Davis"):

800

Mr. Stan Jackson
Mr. Irwin Bloom
Bruce S. Coleman, Esq.
April 6, 2001
Page 2

### Invoice No. 2509: PBC Owed $112,811.

The PBC received a payment of $4,557,178.93 from Medicaid allegedly as a result of Davis and HMS' work. HMS invoiced the PBC for its 15% fee on or about March 15, 1999. The PBC paid the 15% fee by issuing a check to HMS for $683,576.84. Davis and HMS agree this amount is the proper fee lodestar.

After the PBC paid HMS, Medicaid recouped $752,074.00 from the PBC. The PBC determined that the recoupment resulted from Davis' work as HMS's subcontractor. The PBC finds that HMS or Davis owes the PBC $112,811 for fees previously paid on the recouped amount. Pursuant to the applicable contract, the PBC's obligation to pay HMS is based on "annual revenues collected" that represent "non-District funds recovery". As Medicaid recouped $752,074.00, the PBC never collected this money on a permanent basis and therefore is entitled to recoup the fee paid to HMS.

The PBC has not previously recouped its overpayment from HMS. By this letter, the PBC is providing notice of recoupment to both HMS and Davis. The PBC will recoup this money as credits against other HMS invoices.

### Invoice No. 3135: Nothing Owed at Present.

On or about July 15, 1999, HMS invoiced the PBC for $2,497,514.24 representing its claimed 15% fee when Medicaid paid the PBC $16,650,095.00 in a tentative settlement for FY94 through FY98.

The former PBC management reviewed the invoice and decided that the payment to HMS should only be made for the enhancement work performed by Davis as HMS's subcontractor, not the total amount of expected payments. The limitation to enhancement is based on the fact that the original work on the relevant cost reports had been performed by PBC staff and a consultant, McBee & Associates ("McBee"). Davis' role was to enhance the cost report. The PBC paid HMS or Davis in two advance payments. The PBC notified Davis that the advance payments were based on a tentative settlement and that the PBC reserved the right to recoup any overpayment as a result of the final Notice of Program Reimbursement ("NPR"). The NPR is still not final. The audited settlement from Medicaid reduced the payment to the PBC by $10,223,201 or for a total of $6,426,894. In the audit settlement, it was determined that PBC's local Medicaid

801

Mr. Stan Jackson
Mr. Irwin Bloom
Bruce S. Coleman, Esq.
April 6, 2001
Page 3

payment is included in the PBC's subsidy.

As a result of the recoupment, the PBC based its fee payment of $709,000 on 15% revised total of $6,426,894 (15% equals $960,034.10) less adjustments to limit HMS and Davis' work to "enhancement" work.

The PBC is holding the $10,223.201 overpayment as a liability pending Medicaid's instructions. The PBC has not paid HMS or Davis a fee based on the withheld amount. Under the referenced conditions, the PBC is not in a position to pay any additional payments to HMS or Davis until the NPR is received.

*Invoice No. 4830: PBC owes $103,242.90.*

On or about October 1, 2000, HMS invoiced the PBC based on a gross Medicaid payment of $8,288,286 for $7,600,000 for retroactive Disproportionate Share ("Retro DSH") for Fiscal Years 1992 through 1995 and $688,286 for Fiscal Year 1992 Retro DSH. Desmond Yorke reports the $688,286 component should be for Fiscal Year 1992 Disproportionate Share ("DSH").

Although Medicaid has provided remittance records indicating a total payment of $8,288,286, Medicaid's accounting records are often incorrect. In particular, Medicaid's records often indicates a payment has been made when the payment has not been made.

The PBC has no record of the $7,600,000 payment component that was allegedly dated February 15, 1997. Proof of payment has been requested several times; however, no proof of payment has been provided. A fee is owed for "annual revenue collections". As the PBC has not been paid, no fee is owed.

The PBC has based its 15% payment liability on the $688,286 payment component. However, the PBC has not made the payment of $103,242.90. The PBC is offsetting its $103,242.90 liability to HMS for Invoice No. 4830 by the $112,811.00 liability that HMS owes the PBC pursuant to Invoice No. 2509.

*Current Billings: Payments Made as Billed.*

As to the activities at the Community Health Centers, the PBC is paying the bills as they are rendered.

802

Mr. Stan Jackson
Mr. Irwin Bloom
Bruce S. Coleman, Esq.
April 6, 2001
Page 4

### Black Book: No Liability Yet

Davis maintains that the Black Book that it created establishes that the PBC was paid approximately $55,000,000 in Medicaid payments through the subsidy and through Medicaid payments made after the FY2000 budget period closed on September 30, 2000. Based on available information and documents, Davis has not billed the PBC for a fee related to the alleged payment or cited a contract provision requiring payment to Davis without payment to the PBC.

The PBC has denied that it was paid any Medicaid money through the subsidy payments, thus mooting any voluntary payment by Davis on this theory.

As to post-audit transfers, neither the PBC nor Davis have been able to obtain documentary proof explicitly showing that Medicaid payments were made using the PBC's provider number. Thus, the PBC has maintained it is not obligated to make a payment until explicit documentary proof has been provided. This point has been repeated explained to Davis.

No explicit evidence establishes that Medicaid has accepted any of the Black Book arguments and officially drawn money against the PBC's provider number.

Should you wish to discuss this matter, please call me at (202) 698-7655.

Sincerely yours,

*Michael M. Barch*

Michael M. Barch
General Manager
and Chief Executive Officer

cc:   Desmond Yorke
      Interim Chief Financial Officer

      Phillip L. Husband, Esq.
      General Counsel