# FAX COVER SHEET

## BERLACK, ISRAELS & LIBERMAN LLP

120 WEST 45TH STREET
NEW YORK, N.Y. 10036

TELEPHONE: (212) 704-0100                                      FAX NUMBER: (212) 704-0196

| | |
|---|---|
| DATE TRANSMITTED | June 1, 2001 |
| TIME TRANSMITTED | |
| NUMBER OF PAGES | 3   (Including Cover Sheet) |
| SENDER | Bruce S. Coleman – 262 |
| CHARGE (ACCOUNT NUMBER) | 08105.006 |

### LIST OF RECIPIENTS

To:    Phillip Husband, Esq.
Firm:  Public Benefit Corporation
                                          Main
Fax:   (202) 675-7320                     No.:    (202) 698-7250

**MESSAGE:**

Please see attached.

**ORIGINAL WILL:**

BE SENT VIA *U.S. MAIL*          BE SENT VIA *FEDEX/OVERNIGHT COURIER*        X   NOT BE SENT

BE SENT VIA *MESSENGER*          OTHER

THIS FACSIMILE TRANSMISSION CONTAINS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUALS NAMED ON THE TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS TO US AT NO COST TO YOU.

IF THERE IS A PROBLEM, PLEASE CALL (212) 704-0100, EXTENSION 256 AND ASK FOR FAX ASSISTANCE.

786

## BERLACK, ISRAELS & LIBERMAN LLP

120 WEST 45TH STREET
NEW YORK, N.Y. 10036

(212) 704-0100
CABLE: BERILIB
FACSIMILE: (212) 704-0196

KENNETH P. ASHER
CLAUDE A. BAUM
SCOTT M. BERMAN
BRUCE S. COLEMAN
ALAN N. FORMAN
EMILIO A. GALVÁN
KENNETH S. GOODWIN
STEVEN E. ORGENBAUM
HARVEY M. KATZ
STUART NEUHAUSER
ERICA M. HYLAND
MARTIN B. SIEGEL
STEVEN F. WASSERMAN
EDWARD S. WEISFELNER

ANDREW S. DASH
SENIOR ATTORNEY

colemanb@berlack.com

June 1, 2001

**VIA FEDERAL EXPRESS**

Mr. Francis Smith
Executive Director
District of Columbia Financial Responsibility
  and Management Assistance Authority
1 Judy Sherry Square
441 4th Street, NW – Suite 570 North
Washington, D.C. 20001

Re: **Health Management Systems, Inc.**

Dear Mr. Smith:

In furtherance of our telephone conference of yesterday with respect to certain unpaid invoices of our client, Health Management Systems, Inc., addressed to District of Columbia General Hospital ("DCGH"), we enclose herewith copies of the following:

1. Letter dated March 16, 2001 from the undersigned to Phillip Husband, General Counsel to the Public Benefit Corporation (the "PBC") (including enclosures);

2. Letter dated April 6, 2001 from Michael M. Barch, General Manager and Chief Executive Officer of the PBC, in response to the undersigned's letter dated March 16, 2001 addressed to Phillip Husband; and

3. Letter dated May 4, 2001 from the undersigned to Phillip Husband in response to Michael Barch's letter dated April 6, 2001 (including enclosures).

Although Mr. Husband has orally advised us that he has requested that the information we requested in our May 4, 2001 letter be sent to us, to date we have not received that information. We hereby renew our prior request.

787

Mr. Francis Smith
June 1, 2001
Page 2

      We are advised that the District of Columbia Financial Responsibility and Management Assistance Authority has assumed responsibility for resolving the outstanding contractual obligations of the PBC, which was dissolved effective April 30, 2001. In that regard, we request that your office address the matter of the unpaid invoices of our client which are the subject of the enclosed correspondence. Since the subject invoices have been outstanding for a considerable period of time, and were rendered by our client as its contingent fee for its services in obtaining the recovery for the benefit of DCGH of nearly $25 million, we ask that this matter be given prompt attention.

      As I mentioned to you on the telephone, we and our client are available to meet with you and/or other responsible parties in an effort to reach a negotiated resolution of this matter. Our client is also prepared to proceed through the litigation process to which you made reference during our conversation, although I would hope that the additional time and expense to both sides resulting from such a process would not be necessary.

      I will call you early next week to confirm your receipt of this letter and its enclosures, at which time I would hope we could agree upon an expedited timetable and process for reaching a resolution of this matter.

Very truly yours,

Bruce S. Coleman

BSC/jj

Enclosures

cc: Mr. William F. Miller III (w/o enclosures)
    Phillip Husband, Esq. (w/o enclosures)

788