G

**HEALTH MANAGEMENT SYSTEMS, INC.**
401 Park Avenue South    New York, New York 10016
TEL: (212) 685-4545
FAX: (212) 889-8776



30 June 2000

Mr. Michael L. Davis
Davis & Associates, Inc.
919 18th Street, N.W. Suite 400
Washington, D.C. 20006

Dear Mike,

Confirming our understanding, in exchange for Health Management Systems, Inc. ("HMS") making available up to an additional $1 million of advances for Davis & Associates, Inc. ("D&A") operating expenses in anticipation of D&A's formal submission of project budgets for HMS's approval, D&A agrees to the following:

1. Until repaid, the additional advances will bear interest at the rates applicable to HMS's advances to D&A.

2. All funds made available by HMS to D&A since October 5, 1999 will be repaid in full, together with accrued interest, at the earlier of (a) a restructuring of D&A and HMS's relationship including, but not limited to, either a combination of part or all of HMS and D&A, or the acquisition of D&A by HMS or a third party, or the termination of the business relationship between HMS and D&A, one of which you warrant shall occur on or before July 31, 2000 or (b) the receipt of fees payable pursuant to any contracts under which either of HMS or D&A is the prime contractor and the other of HMS or D&A is the subcontractor.

3. D&A and you individually (the "D&A Releasors") hereby release HMS and its officers, directors, employees and agents (the "HMS Releasees") from any claims the D&A Releasors may have against the HMS Releasees as of, or relating to any matters arising or accruing through the date hereof.

Please acknowledge your agreement by signing a copy of this letter in both places where indicated below and returning it to me by fax and hard copy overnight delivery. Upon receipt of the signed fax copy of this letter, the requested additional advance of $150,000 will be wire transferred to D&A and you will immediately schedule a review to address the remaining fund requirements.

Sincerely,

Alan L. Bendes
Senior Vice President and
Chief Financial Officer

AGREED TO AND ACCEPTED:

DAVIS & ASSOCIATES, INC.

By: _____          _____
    Michael L. Davis, President        Michael L. Davis, Individually