UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAVIS & ASSOCIATES, INC.,

      Plaintiff,       00 CIVIL 6725 (GEL)

-against-       **JUDGMENT**

HEALTH MANAGEMENT SERV CEL, INC.,
      Defendant.
------------------------------------------------------------X

  Defendant having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Gerard E. Lynch, United States District Judge, and the Court, on May 1, 2001, having rendered its Opinion (85556) and Order granting defendant's motion for summary judgment on all remaining causes of action, it is,

  **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion (85556) and Order dated May 1, 2001, defendant's motion for summary judgment is granted on all remaining causes of action.

Dated: New York, New York
   May 4, 2001

                JAMES M. PARKISON
                Clerk of Court
         BY:
                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____