**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

DC Initials SDNY/NYNY
DC DKT # 00-cv-6725
DC Judge Lynch

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 2nd day of July two thousand one.

Davis & Associates,

v.                                                    Docket No. 01-7681

Health Management

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded,
upon consideration thereof, it is
ordered that the appeal from the order of 5/4/01
United States District Court for the southern district
be and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: _____
Sandra McKnight
Deputy Clerk, USCA