IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | Discovery Praecipe |
| | : | April 2, 2007 |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| _____ | : | |

DEFENDANTS' DISCOVERY PRAECIPE

Defendants District of Columbia, Anthony A. Williams, and Natwar M. Ghandi in his official capacity, (collectively "Defendants") by and through their undersigned counsel, submit herewith their response to the Court's request for a discovery praecipe as required by the Court's minute Order of November 28, 2006.

The Defendants have attached herewith as exhibits the following written discovery responses:

(1) Exhibit 1: Defendants' First Response to Plaintiff's First Interrogatories, March 23, 2007.

(2) Exhibit 2: Defendants' First Response to Plaintiff's First Request for Production of Documents, March 23, 2007.

(3) Exhibit 3: Defendants' Vaughn Index, March 20, 2007.

Dated: March 28, 2007        Respectfully submitted,

                                        LINDA SINGER
                                        Acting Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, Civil Litigation Division

       */S/ Kimberly M. Johnson*
       KIMBERLY M. JOHNSON   D.C. Bar No. 435163
       Chief, General Litigation Section 1


       */s/ Thomas J. Foltz*
       THOMAS J. FOLTZ
       Assistant Attorney General
       D.C. Bar No. 462858
       441 Fourth Street, N.W.
       Washington, D.C. 20001
       (202)  724-6652
       (202) 727-0431 (fax)
       E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on March 28, 2007.


        /s/ Thomas J. Foltz
        Thomas J. Foltz, Esq.


Davis & Associate 06 972 DC Discovery Praecipe E sign 032807