Davis & Associates v. District of Columbia, D.D.C. Civil No. 60-972 (GK)

March 28, 2007

Defendants' Discovery Praecipe Exhibit 2

D.C. Response to Plaintiff's First Request for Production of Documents March 23, 2007

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DAVIS & ASSOCIATES, INC.,

        :
        :
        :

v.
        :     Civil No. 6CV 00972 (GK)
              Discovery Praecipe
        :     April 1, 2007

THE DISTRICT OF COLUMBIA, et al.,
        :
        :

_____:

### DEFENDANTS' FIRST RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants District of Columbia, Anthony A. Williams, and Natwar M. Ghandi in his official capacity, (collectively "Defendants") by and through their undersigned counsel, submit herewith their response to the Plaintiff's First Request for Production of Documents.

## GENERAL OBJECTIONS

1.    The District objects to the Requests for Production of Documents to the extent they impose or seek to impose requirements on The District beyond what is required by the Federal Rules of Civil Procedure or any other applicable federal, state or local rules and to the extent that they are not calculated to lead to the discovery of admissible evidence.

2.    The District objects to providing information that is privileged or otherwise not discoverable by reason of: (a) the attorney-client privilege; (b) the executive and deliberative process privilege; (c) the work product privilege; and (d) any other applicable privilege or protection. To facilitate identification of material for which a privilege is claimed, a Bates stamped *Vaughn* or privilege log is provided.

3.    The District also generally objects to any Request for Production of Documents insofar as it seeks the disclosure of the mental processes and impressions of The District' counsel in preparing these responses.

4.    The District also objects to any Request for Production of Documents to the extent it is overbroad, unduly burdensome, seeks information that is not described with reasonable particularity, is not relevant to the subject of this lawsuit, or is not calculated to lead to the discovery of relevant evidence.

5.    The responses and any documents produced are given without conceding the relevancy, materiality, or admissibility of the subject matter of any document and are given without prejudice to the District's right to object to further discovery or to the admissibility of any evidence or proof concerning the subject matter of any response.

6.    Inadvertent production of any document or information which is so privileged, and which is otherwise immune from discovery, shall not constitute waiver of any such privilege or any other grounds for objecting to discovery with respect to such document or any other document, or the subject matter thereof, or the information contained therein, or of the right of the District to object to the use of any such document or the information contained therein during any subsequent proceeding.

7.    The District has not undertaken to interview non-party former employees of either the District of Columbia or any of the agencies involved herein to respond to these requests since the burden is substantially the same for the plaintiff and the District to discover such information or documentation possessed by such persons. In addition, where a former District of Columbia employee might possess relevant information to respond to these interrogatories, but such former employee is engaged in administrative or other litigation against the District, an interview of such person generally is not practical or possible.

8.    The information provided herein is based upon the District's discovery investigation to date and the District's obligations under the applicable Federal Rules of Civil Procedure. The District notes for the record that the language, word usage and sentence construction used herein are those of the District's counsel or of agency counsel consulted and does not purport to be the language, word usage and sentence construction of the executing party. The information supplied in these answers is not based solely on the knowledge of the executing party but includes knowledge of the party, its agents, representatives and attorneys unless privileged. The District may supplement these responses with responsive, non-privileged information later obtained where required to do so by Fed. R. Civ. P. 26(e) or in the alternative may pursuant to Fed. R. Civ. P. 33(d) offers the opportunity to inspect and copy relevant business records.

9.  All objections are deemed asserted with respect to each such response below unless specifically waived.

RESPONSES

1.    Provide a copy of all contracts between the District of Columbia Public School

and the Health Management Systems Corporation for FY 1996 through FY 2003.

**Response:**  Non- Privileged Documents potentially responsive to this request are listed

below. Some of the material produced here relates to HMS contract JA 91934 with the

Department of Human Services for the Medicaid program later run by the Department of Health.

Bates # 1349- 1390 – District of Columbia Health and Hospitals Public Benefit Corporation Negotiated Services Contract. Contract No. JB/051-08-00-VC. 06/01/00.

1470 – Determination and Findings for Contract Bilateral Modification. Department of Human Services. Agency Contract No. JA/91934. 03/24/98.

1469 – Change Order/ Unilateral Modification, Renew Contract for Health Management Systems 01/15/96.

1345-1348 – Letter from Roscoe Wade, to Victor Kugajevsky. Termination of Health Management Systems Contract for Convenience. Contract No. JB/051-08-00-VC, 06/01/01.

0106-0112 – Contract Modification, Health Management Systems, Inc. 03/22/95.

0311-0363 - Contract Modification, Health Management Systems, Inc. 03/22/95.

0529-0535 - Contract Modification, Health Management Systems, Inc. 03/22/95.

0690-0696 - Contract Modification, Health Management Systems, Inc. 03/22/95.

0766-0785 - Contract Modification, Health Management Systems, Inc. 03/22/95.

Privileged Documents Potentially Responsive to this Request are located in the Privilege Log at Bates Numbers.

Bates # 1476-1521

2. Provide a copy of all FY 1997 through FY 2003 DC Public Schools Special Education Medicaid Reimbursement Program contracts and cost report(s) related to Maximus Inc.

3

Response: Non- Privileged Documents potentially responsive to this request are listed below.

Bates # 1441-1461 – Contract for Revenue Recovery Services by and between the

District of Columbia and Maximus, Inc. 03/11/99.

1632-1693 – District of Columbia Public Schools Cost Reports 1996-1998.

1694-1755 – District of Columbia Public Schools Special Education Medicaid

Cost Settlements, 2000.

1756-1827 – District of Columbia Public Schools Special Education Medicaid

Cost Settlements, 2001.

1983-1990 – Summary of Maximus Contract.

2018-2078 – Maximus Technical Proposal, Federal Revenue Recovery, RFP No.

98014.

2079-2098 – Contract for Revenue Recovery Services, District of Columbia and

Maximus.

2099-2119 - Contract for Revenue Recovery Services, District of Columbia and

Maximus.

2315-2322 – Memorandum of Understanding of Work, Maximus and the

District of Columbia.

2371-2378 - Memorandum of Understanding of Work, Maximus and the

District of Columbia.

2445-2448 – Summary of Maximus Contract

4

Privileged Documents potentially Responsive to this Request are located in the Privilege Log at Bates Numbers. Bates # 1420-1440.

3.    Provide a description and copy of all supporting documentation for the FY 1998 through FY 2003 DC Public Schools Special Education Medicaid Reimbursement Program cost report(s) related to the Maximus Inc. cost report submission(s).

Privileged Documents potentially Responsive to this Request are located in the Privilege Log at Bates Numbers. Bates # 1021-1050/ 992-1020/ 962-966.

4.    Provide a copy of the DC Public Schools Chief Financial Officer's transmittal letter(s) related to the FY1998 through 2003 DC Public Schools Special Education Medicaid Reimbursement cost report to the DC Medical Assistance Administration.

<u>Response</u>:  Non- Privileged Documents potentially responsive to this request are listed below.

Bates # 1393-1415 – Letter from Donald L. Rickford, to Paul Katz.  Notice of Refunds due to the District of Columbia Public Schools. Enclosed Documents to Validate Claim. 12/29/99.

1391-1392 – Letter from Donald L. Rickford, to Paul J. Kerz.  Health Management Systems does not agree with Refund Due Claim, asks for remittance. 02/16/00.

1198-1203 – Letter from Robert Morales, to Darrel J. Grinstead.  Proceed with proposal to engage and auditing firm to review Medicaid reimbursements and recovery activities on behalf of DCPS. 07/30/02.

1161-1171 – Letter from Darrel J. Grimstead, to Joseph A. Spinelli.  KPMG to

5

perform a variety of activities relating to Medicaid billing for health

services provided by DCPS, described in letter.  08/01/02.

1150-1160 - Letter from Darrel J. Grimstead, to Joseph A. Spinelli.  KPMG to

perform a variety of activities relating to Medicaid billing for health

services provided by DCPS, described in letter.  08/01/02.

1183-1197 - Letter from Darrel J. Grimstead, to Joseph A. Spinelli.  KPMG to

perform a variety of activities relating to Medicaid billing for health

services provided by DCPS, described in letter.  08/01/02.

5.      Provide a copy of all manuals, handbooks, policies, procedures, notices, or

directives issued by the defendant pertaining to the (1) procurement of goods and services by and

for the DC Public Schools; (2) the administration of contracts between the DC Public Schools

and third party contractors; and (3) the payment of money for services rendered to the DC Public

Schools for the period FY 1998 through FY 2003.

Response:  Non- Privileged Documents potentially responsive to this request are listed below. In
addition, the Office of General Counsel for the DC Public Schools has informed the undersigned
that The Board of Education's  procurement rules are found at 5 DCMR Chapter 37. There is no
separate manual. In addition, DCPS is required to comply with the provisions of the DC
Procurement Practices Act.  Rules and regulations pertaining to the D.C. Procurement Practices
Act are found at 27 D.C.M.R.  pertaining to Contracts and Procurements.

Bates # 1210-1211 – From Rachel D. Price, to Willadene Tolmachoff.  Documents

Requested List – DC Medicaid Contractor Billing Review

(Contract No. CFPPD-02-C-023).  07/29/02.

1256-1272 – Letter from Roscoe Wade, to Victor Kugajevsky.  Request for

Proposal No. DCGH JB/O51-08-00-VC, for Retroactive claims

reprocessing and billing services.  05/21/98.

2239-2274 – Order for Supplies and Services Maximus.  03/08/02

2275-2286 – Modification of Maximus Contract.  03/10/02.

2323-2342 – Order for Supplies and Services, Maximus. 03/08/02

2379-2398 – Order for Supplies and Services, Maximus. 03/08/02

2399-2442 – Solicitation, Offer and Award. Blanket Ordering Agreement –

        Technical Assistance with Medicaid Billing.

0132-0161 – Letter from, Bruce Coleman, to Philip Husband.  Invoices from

        HMS and copy of a check to HMS.  05/04/01

0162-0176 - Letter from, Bruce Coleman, to Philip Husband.  Invoices from

        HMS and copy of a check to HMS.  05/04/01

0264-0265 – Contract No. JB/082-09-4-AA.  DC and Compaq Federal.

Privileged Documents potentially Responsive to this Request are located in the Privilege Log at Bates Numbers.

Bates # 1326-1344

1322-1325

1473-1475

6.    Provide a copy of all documents including proof or payment to DC Public Schools Chief regarding the FY1998 through FY 2003 Medicaid cost reports and Medicaid reimbursements.

<u>Response</u>:  Non- Privileged Documents potentially responsive to this request are listed below.

Bates # 1053-1081 – Schedule of Payments Made FY 2003 (10/01/02- 09/30/03)  YTD

        (10/01/02- 03/31/03).  09/08/03.

1418-1419 – Fax of Check from the District of Columbia to Health Management

Systems Inc.  05/12/99.

1463 – Health Management Systems Invoice # 2204.  Amount Due to

HMS.  01/11/99.

1828-1867 – District of Columbia Public Schools, Invoices and Vouchers.

1994-1999.

1868-1907 – District of Columbia and Health Management Systems, Vendor

Transactions.

Privileged Documents potentially Responsive to this Request are located in the Privilege

Log at Bates Numbers.

Bates # 1126-1134

1464-1468

959-960

7.      Provide a copy of the check(s) for payment to Maximus, Inc. for any DCPS

Medicaid payments related to FY 1998 through FY 2003.

Privileged Documents potentially Responsive to this Request are located in the Privilege

Log at Bates Numbers. Bates # 984-985

8.      Provide a copy of any and all District of Columbia correspondence and

subpoenas, if any, between Maximus, Inc., the DC Office of the Inspector General, the District

of Columbia Chief Financial Officer, and the United States Attorney for the District of Columbia

regarding FY 1998 through FY 2003 Medicaid payments, draw downs, credits, disallowances,

documentation, and contractor (Maximus) fees.

Response:  Privileged documents potentially responsive to this request consist of five boxes of materials relating to an investigation within the OIG which is also the subject of an on-going investigation by the United States Attorney's Office for the District of Columbia.  Non-Privileged Documents potentially responsive to this request are listed below.

Bates #   1992 – Memorandum from Carla Carter to Jon Peterson, Revenue Recovery RFP.  12/30/98.

1993-1994 – Letter from David R. Francis to Donald Rickford, Revenue Recovery Services RFP concerns. 02/19/99.

1995 – Letter from Sherlyn Taylor to J. Gregory Holland, notifications of baseline and proposal approval. 06/10/99.

1996-2003 – Letter from Robert Fallon to Donald Rickford, baseline document and decision proposal letter drafts.  05/24/99.

2004 – – Letter from David R. Francis to Donald Rickford, Revenue Recovery Services RFP concerns. 02/19/99.

2007-2012 – Memorandum from Stephanie Anderson and Kim Thompson to Greg Holland, changes to decision proposal letter.   05/19/99.

2120-2123 – Memorandum from Stephanie Anderson and Kim Thompson to Barry Bodell and Greg Holloway, Maximus decision proposal letter.  04/30/99.

2124-2131 – Letter from Robert Fallon to Donald Rickford, decision proposal letter draft. 05/03/99.

2143-2150 – Letter from Robert Fallon to Donald Rickford, baseline document and decision proposal letter.  05/03/99.

2151-2155 – Letter from Robert Fallon to Donald Rickford, baseline document and decision proposal letter. 04/29/99.

2156-2159 – Letter from Robert Fallon to Donald Rickford, decision proposal letter and school based health services reimbursement. 05/03/99.

2160-2171 – Letter from Robert Fallon to Donald Rickford, baseline document and decision proposal letter. 05/24/99.

2172-2178 – Letter from Robert Fallon to Donald Rickford, baseline document and decision proposal letter. 12/02/99.

2179-2181 – Letter from Robert Fallon to Donald Rickford, request for renewal and modification to decision proposal letter. 06/01/00.

2182-2190 – Letter from Robert Fallon to Donald Rickford, baseline document and decision proposal letter. 12/02/99.

2191-2196 - Letter from Robert Fallon to Donald Rickford, request for renewal and modification to decision proposal letter. 06/01/00.

2197-2238 – Letter from Gregg Holland to Donald Rickford, amendments to baseline document and decision proposal letter for baseline year 2000-2002. 05/21/01.

Privileged Documents potentially Responsive to this Request are located in the Privilege Log at Bates Numbers.

Bates # 1570-1596

9.    All documents that the defendant contends support the defenses asserted in the defendant's answer or that relate to any claims asserted by the defendant.

10

**Response:** Non privileged documents are listed throughout the Defendants' Responses to Plaintiff's First Interrogatories and Responses to Plaintiff's First Request for Production of Documents.

10.    All documents which you intend to introduce into evidence at the trial of this case or may be used to refresh the recollections or witnesses at depositions or trial.

**Response:** Non privileged documents are listed throughout the Defendants' Responses to Plaintiff's First Interrogatories and Responses to Plaintiff's First Request for Production of Documents

Bates # 001-0012 – Public Benefits Corp. Resolution Regarding Contracts with

American Medical Laboratories Inc.

0013-0022 - Public Benefits Corp. Resolution Regarding Contracts with

American Medical Laboratories Inc.

0058-0061 – Letter from Michael Davis, to Gregg Mason.  Davis asking for

payment.

0113-0131 – Letter from Bruce Coleman, to Francis Smith.  Unpaid invoices from

HMS Inc.

0177-0181 – Letter from Michael Barch, to Stan Jackson, Irwin Bloom, and

Bruce Coleman.  Unpaid invoices from Davis and HMS.

0182-0189 - Letter from Michael Barch, to Stan Jackson, Irwin Bloom, and

Bruce Coleman.  Unpaid invoices from Davis and HMS.

0190-0261 - Letter from Michael Davis, to Gregg Mason.  Davis asking for

payment.

0364-0382 - Letter from Bruce Coleman, to Francis Smith.  Unpaid invoices from

11

HMS Inc.

0383-0472 – Letter from Bruce Coleman, to Philip Husband.  HMS invoices needing to be paid.

0473-0486 – Letter from Joseph O'Connor, to Robin Newton.   Asking for payment for enclosed invoice from HMS.

0487-0488 – Letter from Desmond Yorke, to Philip Husband.  Invoices from Davis requesting payment.

0489-0490 – Letter from J. Terry Flores, to Steve Harris.  DCGH Administrative Medicaid Recoveries Granted by HMS/ Davis.

0491-0493 – Analysis of Payments to Davis.

0499-0528 – Letter from Joseph O'Connor, to Robin Newton.   Asking for payment for enclosed invoice from HMS.

0536 – List of names, no date.

0545-0547 – Names of Davis staff working under PBC community health center.

0674 – Davis briefing agenda.

0678 – Medicare fraud alert.

0679-0680 – Reimbursement Today article.

0704-0710 – Letter from Bruce Coleman, to Philip Husband.  HMS unpaid invoices.

0711-0745 – Letter from Michael Davis, to Wayne Witkowski.  Enclosed documents relating to Medicaid 2 years rule.

0786-0804 – Letter from Bruce Coleman, to Francis Smith.  Unpaid invoices from HMS.

12

0805-0819 – Letter from Bruce Coleman, to Philip Husband.  Unpaid invoices

from HMS.

0914-0916 - Martindale-Hubbell Lawyer Locator.

0917 – Email from Philip Husband, to Bruce Coleman.  Acknowledgement

of faxed letter.

0918-0922 – Letter from Joseph O'Connor, to Paul Goldberg.  Issue HMS

invoice, and requesting a meeting.

0923-0938 – Letter from Bruce Coleman, to Darryl Miller. Unpaid invoices from

HMS and not returning calls.

0939-0956 – Letter from Bruce Coleman, to Darryl Miller. Unpaid invoices

from HMS and not returning calls.

Privileged Documents potentially Responsive to this Request are located in the Privilege

Log at Bates Numbers.

Bates #  0045-0051

0052-0057

0062-0064

0065-0066

0067

0068-0077

0083-0092

0098-0105

0116

0117-0125

0147-0155

0194-0197

0198-0202

0203-0206

0211-0217

0218-0223

0228-0230

0231-0234

0235-0238

0239-0242

0243-0244

0245

0248-0257

0262-0263

0266-0275

0279-0290

0291

0292-0293

0294-0300

0301-0308

0309-0310

0313-0315

0316-0317

0318

0319-0328

0334-0343

0349-0356

0367

0368-0376

0398-0406

0460-0464

0465-0469

0470

0494-0496

0497

0498

0505-0506

0507

0508

0509-0510

0512

0514

0515

0516

0517

0518

0519

0520

0521-0523

0524

0525

0537-0543

0544

0551-0552

0566

0570-0571

0586

0619

0675-0676

0677

0652-0689

0697-0698

0699-0702

0703

0746-0754

056-0765

0771-0780

0789

0790-0798

0820-0828

0895-0899

0908-0912

0913

11.     All statements and memoranda relating to witnesses or potential witnesses or persons contacted in connection with this case.

**Response:**  Defendants object to the disclosure of any attorney client or work product or deliberative process privileged material.

12.     Provide a copy of any and all audits or reviews of work performed on HMS/Davis & Associates and Maximus and/or HMS/Davis and Maximus contracts related to DCPS and Medicaid.

Response:  Non- Privileged Documents potentially responsive to this request are listed below.

Bates # 1597-1599 – Investigative Synopsis

Privileged Documents potentially Responsive to this Request are located in the Privilege Log at Bates Numbers.

Bates # 1052

1213-1214

1218-1250

1253-1255

1216-1217

1287-1315

1600-1631

13.    Provide a copy of any and all documents between the Government of the District of Columbia and the United States Government with respect to the District of Columbia Public Schools Special Education Reimbursement and Medicaid including all payments received from the United States government.

Privileged Documents potentially Responsive to this Request are located in the Privilege Log at Bates Numbers.

Bates # 1522-1523

14.    Provide a copy of any and all audits or reviews of work performed on HMS/Davis & Associates, Davis & Associates and Maximus, DCGH and/or HMS/Davis and Maximus contracts related to DCGH and Medicaid/ Medicare.

Response:  Non- Privileged Documents potentially responsive to this request are listed below.

Bates # 1416-1417 – Letter from Donald L. Rickford, to Paul Katz.  Regarding contract
             dates and what HMS/D&A will provide or make available.
             10/14/99.

1273-1283 – Letter from Angela L. Avant, to Len Nadybal.  KPMG will
             conduct performance auditof the Medicaid Contractors under audit
             standards sec. 6.1-6.5 and sec. 7.1-7.68.  Exhibits attached.
             05/16/02.

0023-0044 – PBC Resolution and Contract with Davis, Contract No. JB/14-00-
             03-GM.

0548-0569 – Davis Proposal for 3rd Party Services in Reimbursement.

18

0572-0618 – Contract No. JB/14-00-00-GM. DCGH and Davis.

0620-0625 – Contract No. JB/051-08-00-VC. DC Health and HMS. ·

0626-0643 – Contract No. JB/051-08-00-VC. DC Health and HMS.

0644-0663 – Contract No. JB/033-08-01-VC. DC Health and HMS.

0664-0666 - Contract No. JB/033-08-01-VC. DC Health and HMS.

0667-0670 - Contract No. JB/033-08-01-VC. DC Health and HMS.

0671-0673 - Contract No. JB/033-08-01-VC. DC Health and HMS.

Privileged Documents potentially Responsive to this Request are located in the Privilege Log at Bates Numbers.

Bates # 1135-1142

1143-1149

1524-1569

15.    All other documents in the possession of the defendant that pertain to this legal action and that are not described above.

Response:  Non- Privileged Documents potentially responsive to this request are listed below.

Bates #   974-980 – District Audit Report on DCPS Medicaid, Executive Summary.

967-973 – District of Columbia Public Schools Revenue Recovery Briefing.

1908-1982 – District of Columbia Public Schools Revenue Recovery Briefing.

1991 – Letter from David R. Francis to Donald Rickford, page two of page one, recovering funds.

2005-2006 – Memorandum, revenue maximization contract with Maximus, Inc. 02/26/99.

2013-2015 – District of Columbia Public Schools Health Services Records

Transfer to Maximus.  06/17/99.

2016 – Memorandum from Donald Rickford to Arlene Ackerman and Elois

Brooks, new Medicaid revenue recovery contract.  06/03/99.

2017 – Letter from Donald Rickford to Kevin P. Chavous, copies of contract

and letter from Maximus counsel.  06/24/99.

2132-2134 – New Scenario with 3% contingency mock up.

2135-2136 – Memorandum from Stephanie Anderson and Kim Thompson to

Gregg Holland, changes to decision proposal letter.  05/21/99.

2137 – Memorandum from Kim Thompson and Stephanie Anderson to

Barry   Bodell and Greg Holland, Maximus baseline letter.

2138-2140 - New Scenario with 3% contingency mock up.

2141-2142 - Memorandum from Stephanie Anderson and Kim Thompson to

Gregg Holland, changes to decision proposal letter.  05/21/99.

2287-2314 – District of Columbia, standard contract provisions.  04/03.

2343-2370 - District of Columbia, standard contract provisions.  04/03.

2443-2444 – Memorandum from Theodore N. Carter to Louis Erste, management

of Maximus contract.  03/11/02.

Privileged Documents potentially Responsive to this Request are located in the Privilege

Log at Bates Numbers.

Bates # 961

1124-1125

981-982

957-958

983

986-990

991

1051

1122-1123

1115-1121

1114

1112-1113

1110-1111

1108-1109

1105-1107

1286

1284-1285

1186-1212

1178-1182

1172-1177

1086-1087

1082-1085

1102-1104

1099-1101

1096-1098

1093-1095

1088-1092

1215

1251-1252

1317-1316

1471-1472

Dated: March 23, 2007

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1

_____
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendants' First Responses to Plaintiff's First Request for Production of Documents was mailed this 23rd day of March, 2007 to Johnny Howard, Esq., Houston & Howard, 1001 Connecticut Avenue, N.W., Ste. 402, Washington, D.C. 20036.

22

_____
Thomas J. Foltz

Davis 06 972 DC Draft Response to Davis 1st RFPD 032307