Davis & Associates v. District of Columbia, D.D.C. Civil No. 60-972 (GK)

March 28, 2007

Defendants' Discovery Praecipe Exhibit 3

D.C. Vaughn Index March 20, 2007

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 1 of 13

| Bates # | Date | From | To | Copies To | Priv. & Subj. Matter | Attachments |
|---|---|---|---|---|---|---|
| 0045-51 | 10/31/00 | Phillip Husband, Acting GC | Paul Goldberg, CFO | Michael M. Barch, CEO | "AC" Davis Claims Analysis & Board Action | Yes 09/22/00 & 09/05/00 Memo |
| 0052-57 | 08/17/00 | Jo Anne Robinson, General Counsel | Greg Mason, Cambio Project Mgr. | Paul Goldberg, CFO | "AC" Davis Claims Analysis & Termination | No |
| 0062-64 | 11/20/01 | Phillip Husband, Special Counsel | Thomas J. Foltz, OCC, ACC | None | "AC" Record of Transmittal of Davis Materials | No |
| 0065-66 | Undated | Phillip Husband, Esq. | Ken Campbell, GC, DOH | None | "AC" Davis Claims Analysis | No |
| 067-067 | 04/18/01 | Phillip Husband | Michael Barch, Desmond Yorke, Stan Jackson | None | "AC: Davis Claims Status | No |
| 068-077 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 083-092 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 098-105 | 06/07/01 | Desmond Yorke, Interim CFO | Phillip Husband, General Counsel | Susan Provyn | "AC" Davis & Associates Billing | Financial Records |
| 0116-0116 | 05/30/01 | Phillip Husband | Desmond Yorke | Kenneth Campbell | "AC" Davis & HMS Documents | No |
| 0117-0125 | 05/22/01 | Phillip Husband, General Counsel, PBC | George Gilbert, M.D., Interim CEO | None | "AC"s Davis & Associates Payment Issues | Yes, 04/03/01 Memo |
| 0147-0155 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0194-0197 | 04/03/01 | Phillip Husband, General Counsel, PBC | Michael Barch, General Manager & CEO, PBC | Desmond Yorke, Interim Chief Financial Officer | "AC" Davis & Associates Payment Issues | No |
| 0198-0202 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0203-0206 | 09/22/00 | Phillip Husband, Acting General Counsel, PBC | PBC Board of Directors et al. | None | "AC" Davis & Associates – Termination of Contracts | No |
| 0211-0217 | 10/31/00 | Phillip Husband, Acting General Counsel, PBC | Paul Goldberg, Chief Financial Officer, PBC | Michael Barch, Interim General Manager & CEO, PBC | "AC" Davis & Associates Payment Issues | Yes, 09/05/00 Memo & 09/22/00 Memo |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 2 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 0218-0223 | 08/17/00 | Jo Anne Robinson, General Counsel, PBC | Greg Mason, Cambio Project Manager | Paul Goldberg, Chief Financial Officer | "AC" Davis & Associates-Termination Issues | No |
| 0228-0230 | 09/22/00 | Phillip Husband, Acting General Counsel, PBC | PBC Board of Directors et al. | None | "AC" Davis & Associates – Termination of Contracts | No |
| 0231-0234 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0235-0238 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0239-0242 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0243-0244 | 09/05/00 | Greg Mason, Cambio Health Solutions | Jo Anne Robinson | Paul Goldberg, Chief Financial Officer | "AC" Davis & Associates Letter Dated August 18, 2000 | No |
| 0245-0245 | 08/28/00 | Jo Anne Robinson, GC, PBC | Phillip Husband | None | "AC" Davis & Associates August 18, 2000 Letter | Yes, 08/18/00 Letter |
| 0248-0257 | 09/05/00 | Phillip Husband, Acting General Counsel | Paul Goldberg, Chief Financial Officer | Robin C. Newton, Interim CEO | "AC" Davis & Associates-Contracts Termination | Yes, 08/17/00 Memo |
| 0262-0263 | 09/05/00 | Phillip Husband, Acting General Counsel | Paul Goldberg, Chief Financial Officer | Robin C. Newton, Interim CEO | "AC" Davis & Associates-Contracts Termination | No |
| 0266-0275 | 08/22/00 | Unknown | Unknown | None | "AC" Meeting with Greg Mason Re Davis Contracts | No |
| 0279-0290 | 08/17/00 | Phillip Husband, Associate General Counsel, PBC | Greg Mason, Cambio Health Solutions | Paul Goldberg, Chief Financial Officer | "AC" Draft Memorandum Re Davis & Associates & Termination | No |
| 0291-0291 | 08/10/00 | Phillip Husband, Associate General Counsel, PBC | File | None | List of Research Areas | No |
| 0292-0293 | 08/17/00 | Unknown | Unknown | None | "AC" Meeting Notes JAR, PLH, Greg Mason | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 3 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 0294-0300 | 07/26/00 (?) | Jo Anne Robinson | Greg Mason, Interim Chief Financial Officer | Paul Goldberg | "AC" Draft of Memo Re Termination of Contracts | Yes, one page meeting notes handwritten |
| 0301-0308 | 08/17/00 | Jo Anne Robinson, General Counsel, PBC | Greg Mason, Cambio Project Manager | Paul Goldberg, Chief Financial Officer | "AC" Memo re: Termination of Davis & Associates Contracts | No |
| 0309-0310 | 07/26/00 | PLH | File | None | "AC" Notes of Meeting with Ernest Wagner | No |
| END OF | | FILE | 00-598 | Davis & Associates | | |
| 0313-0315 | 11/20/01 | Phillip Husband, Special Counsel | Thomas J. Foltz, OCC, ACC | None | "AC" Record of Transmittal of Davis Materials | No |
| 0316-0317 | Undated | Phillip Husband, Esq. | Ken Campbell, GC, DOH | None | "AC" Davis Claims Analysis | No |
| 0318 | 04/18/01 | Phillip Husband | Michael Barch, Desmond Yorke, Stan Jackson | None | "AC: Davis Claims Status | No |
| 0319-0328 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D, Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 0334-0343 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 0349-0356 | 06/07/01 | Desmond Yorke, Interim CFO | Phillip Husband, General Counsel | Susan Provyn | "AC" Davis & Associates Billing | Financial Records |
| 0367-0367 | 05/30/01 | Phillip Husband | Desmond Yorke | Kenneth Campbell | HMS Documents | No |
| 0368-0376 | 05/22/01 | Phillip Husband, General Counsel, PBC | George Gilbert, M.D., Interim CEO | None | "AC"s & Associates Payment Issues | Yes, 04/03/01 Memo |
| 0398-0406 | 05/22/01 | Phillip Husband, General Counsel, PBC | George Gilbert, M.D., Interim CEO | None | "AC"s & Associates Payment Issues | Yes, 04/03/01 Memo |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 4 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 0460-0464 | 04/03/01 | Phillip Husband, General Counsel, PBC | Michael Barch, General Manager & CEO, PBC | Desmond Yorke, Interim Chief Financial Officer | "AC" Davis & Associates Payment Issues | No |
| 0465-0469 | 04/03/01 | Phillip Husband, General Counsel, PBC | Michael Barch, General Manager & CEO, PBC | Desmond Yorke, Interim Chief Financial Officer | "AC" Davis & Associates Payment Issues | No |
| 0470-0470 | 04/03/01 | Phillip Husband | File | No | "AC" Reference to Confidential Memo of 04/03/01 | No |
| 0494-0496 | 06/06/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | Henry Vaughn, James Cobb | "AC" Davis & Associates- Enhancement Work | Yes, HMS Invoice 07/15/99 |
| 0497-0497 | 02/26/99 | Patrick Welcome, Cost & Reimbursement Analyst | Desmond Yorke, Director, Budget & Reimbursement | No | "DP" Invoice from HMS/ Davis & Associates | No |
| 0498-00498 | 07/15/99 | Patrick Welcome | Ron Davis, Controller | Desmond Yorke Michael Perot Reimbursement Staff | "DP" HMS/ Davis & Associates Invoice Re Disallowance of Cost Item Recommended by Davis | No |
| 0505-0506 | 09/22/00 | Phillip L. Husband, Acting General Counsel | Greg Mason, Cambio Solutions | Robin C. Newton, M.D, Interim CEO & Chief Medical Officer, James Cobb, Compliance Officer, Paul Goldberg, Chief Financial Officer, Desmond Yorke, Budget Director | "AC" Davis & Associates Contract 91934 | No |
| 0507-0507 | 08/22/00 | Jo Anne Robinson, General Counsel | Gregg Mason, Cambio Health Services | Paul Goldberg, PBC CFO, Cambio Health Solutions; Robin C. Newton, MD, Interim General Manager & CEO | "AC" Davis & Associates Contract 91934 | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 5 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 0508-0508 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0509-0510 | 09/22/00 | Phillip L. Husband, Acting General Counsel | Greg Mason, Cambio Solutions | Robin C. Newton, M.D, Interim CEO & Chief Medical Officer; James Cobb, Compliance Officer; Paul Goldberg, Chief Financial Officer, Desmond Yorke, Budget Director | "AC" Davis & Associates Contract 91934 | No |
| 0511-0511 | 08/22/00 | Jo Anne Robinson, General Counsel | Gregg Mason, Cambio Health Services | Paul Goldberg, PBC CFO, Cambio Health Solutions; Robin C. Newton, MD, Interim General Manager & CEO | "AC" Davis & Associates Contract 91934 | No |
| 0512-0512 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0514-0514 | 08/22/00 | Jo Anne Robinson, General Counsel | Gregg Mason, Cambio Health Services | Paul Goldberg, PBC CFO, Cambio Health Solutions; Robin C. Newton, MD, Interim General Manager & CEO | "AC" Davis & Associates Contract 91934 | No |
| 0515-0515 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 6 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 0516-0516 | 08/22/00 | Jo Anne Robinson, General Counsel | Gregg Mason, Cambio Health Services | Paul Goldberg, PBC CFO, Cambio Health Solutions; Robin C. Newton, MD, Interim General Manager & CEO | "AC" Davis & Associates Contract 91934 | No |
| 0517-0517 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0518-0518 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0519-0519 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0520-0520 | 06/23/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | John A. Fairman, James Cobb | "AC" Davis & Associates Accepts Full Payment under 91934 | No |
| 0521-0523 | 06/06/00 | Jo Anne Robinson, General Counsel | Desmond Yorke, Interim Chief Financial Officer | Henry Vaughn, James Cobb | "AC" Davis & Associates- Enhancement Work | Yes, HMS Invoice07/15/99 |
| 0524-0524 | 02/26/99 | Patrick Welcome, Cost & Reimbursement Analyst | Desmond Yorke, Director, Budget & Reimbursement | No | "DP" Invoice from HMS/ Davis & Associates | No |
| 0525-00525 | 07/15/99 | Patrick Welcome | Ron Davis, Controller | Desmond Yorke Michael Perot Reimbursement Staff | "DP" HMS/ Davis & Associates Invoice Re Disallowance of Cost Item Recommended by Davis | No |
| END | OF | FILE | 00-503 | Davis & Associates | Payment Issues | |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 7 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 0537-0543 | 08/25/06 | Phillip Husband, Deputy GC DOH | Thomas Foltz, Esq. AAG | Kimberly Johnson | "AC" Confidential Response to Litigation Info Request | Yes/ Excel Sheet |
| 0544-0544 | 03/10/00 | Unknown | Unknown | None | "DP" Re Signature on Modification | No |
| 0551-0552 | 02/01/00 | Shauna | Roscoe/ Ernie | None | "DP" Modifications to Davis & Associates Proposal | No |
| 0566-0566 | 02/03/00 | Eloise McGhee, Sr., VP COO; Bill Jones, Deputy COO Community & School Health Program | Roscoe Wade, Contract Officers | None | "DP" Re Davis & Associates Proposal | No |
| 0570-0571 | 02/01/00 | Shauna | Roscoe/ Ernie | None | "DP" Modifications to Davis & Associates Proposal | No |
| 0586-0586 | Undated | Unknown | Unknown | None | "DP" Re Proposed Contract Actions | No |
| 0619-0619 | 12/17/01 | Doneg McDonough | Phillip Husband | None | "AC" Davis & HMS Issues Documents | No |
| 0675-0676 | 07/17/00 | Unknown | John Walker, QHR/ Quorum; | Greg Mason, Cambio/ Quorum; Meg Mazzone, QHG/ Quorum; Joe Beck, QHR/ Quorum | "DP" Contingency Arrangements | No |
| 0677-0677 | 07/18/00 | Meg Mazzone, VP Ethics & Business Conduct, Quorum Health Group, Inc. | Greg Mason, DC General Hospital | None | "DP" Fraud Alert re: Contingency Based Contracts | Yes, Medicare DHHS OIG Fraud Alert OIG97-01 |
| END OF | | FILE | PBC /OGC | MISCELLANEOUS DOCUMENTS | | |
| 0652-0689 | 06/07/01 | Desmond Yorke, Interim CFO | Phillip Husband, General Counsel | Susan Provyn | "AC" Davis & Associates Billing | Financial Records |
| 0697-0698 | Undated | Phillip Husband, Esq. | Ken Campbell, GC, DOH | None | "AC" Davis Claims Analysis | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 8 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 0699-0702 | 09/22/00 | Phillip Husband, Acting General Counsel, PBC | PBC Board of Directors et al. | None | "AC" Davis & Associates – Termination of Contracts | No |
| 0703-0703 | 05/30/01 | Phillip Husband | Desmond Yorke | Kenneth Campbell | "AC"HMS Documents | No |
| 0746-0754 | 02/01/00 | Powell, Goldstein, Frazer & Murphy | John A. Fairman | D. Hunter Jo Anne Robinson | "AC" Options for Voiding Settlement Agreement with D.C. Government | No |
| 0756-0765 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 0771-0780 | 06/12/01 | Phillip Husband, General Counsel | George Gilbert, M.D., Interim CEO | Kenneth Campbell, Esq.; Robert Vowels, M.D.; Desmond Yorke | "AC" Davis & Associates Payment Issues | Yes, 06/07/01 Memo |
| 0789-0789 | 05/30/01 | Phillip Husband | Desmond Yorke | Kenneth Campbell | "AC"HMS Documents | No |
| 0790-0798 | 05/22/01 | Phillip Husband, General Counsel, PBC | George Gilbert, M.D., Interim CEO | None | "AC"s Davis & Associates Payment Issues | Yes, 04/03/01 Memo |
| 0820-0828 | 05/22/01 | Phillip Husband, General Counsel, PBC | George Gilbert, M.D., Interim CEO | None | "AC"s Davis & Associates Payment Issues | Yes, 04/03/01 Memo |
| 0895-0899 | 04/05/01 | Phillip Husband, General Counsel, PBC | Desmond Yorke, Chief Financial Officer | None | "AC" Draft of Letter Re HMS & Davis | Yes, Draft of Letter |
| 0908-0912 | 04/03/01 | Phillip Husband, General Counsel, PBC | Michael Barch, General Manager & CEO, PBC | Desmond Yorke, Interim Chief Financial Officer | "AC" Davis & Associates Payment Issues | No |
| 0913-0913 | 04/03/01 | Phillip Husband | File | No | "AC" Reference to Confidential Memo of 04/03/01 | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 9 of 13

| Bates # END | Date OF | From FILE | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| Begin 957 - 1523 | | | 00-779 | HEALTH MANAGEMENT SYSTEMS – CLAIMS FOR PAYMENT | | |
| 0957 | Undated | n/a | n/a | None | Outline Scope of work | None |
| 0958 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 0959-0960 | Undated | n/a | n/a | None | Payments by date of service | No |
| 0961 | Undated | n/a | n/a | None | Meeting Notes | No |
| 0962-0966 | Undated | n/a | n/a | None | Invoice Payment Summary | No |
| 0981-0982 | 04/21/05 | Keith Kuhn | Willadene Tolmachoff | None | Meeting Notes | No |
| 0983 | 12/21/04 | Sophia Atkinson Jarrell | Willadene Tolmachoff | None | Email – re: Medicaid | No |
| 0984-0985 | 11/07/03 | Willadene Tolmachoff | Willadene Tolmachoff | None | Fax – Public provider expenditures | Yes 11/04/03 |
| 0986-0987 | 11/06/03 | Willadene Tolmachoff | Justin Kopca | None | Fax – Information requested | No |
| 0989-0990 | 11/04/03 | Willadene Tolmachoff | Justin Kopca | None | Fax – Information requested | No |
| 0991 | 11/04/03 | Justin Kopca | Willadene Tolmachoff | Sebastian Lorigo; Yusuff, Mohamad; Alli, Nelson | Email – Asking for fax | No |
| 0992-1020 | 11/04/03 | Willadene Tolmachoff | Justin Kopca | None | Fax – DCPS and CFSA payments | Yes 11/04/03 |
| 1021-1050 | 11/04/03 | Willadene Tolmachoff | Justin Kopca | None | Fax – DCPS and CFSA payments | Yes 11/04/03 |
| 1051 | 11/03/03 | Sebastian Lorigo | Willadene Tolmachoff | None | Email – response needed | No |
| 1052 | 09/30/03 | n/a | n/a | None | DC single audit | No |
| 1082-1085 | 03/26/03 | Willadene Tolmachoff | Lucille Dickinson | None | Fax cover sheets | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 10 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 1086 | 03/25/03 | Jerry Malone | Lucille Dickinson; Gandhi, Dr. Natwar, Lee, Theressa; Lorigo, Sebastian; Tolmachoff, Willadene; Provyn, Susan | Robert James; Malone, Jerry | Email – update | No |
| 1087 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1088 | 03/19/03 | Willadene Tolmachoff | Sebastian Lorigo; Veney, Cynthia | Mohamad Yusuff | Email – Medicaid meeting | No |
| 1089 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1090-1092 | 03/18/03 | n/a | n/a | None | Meeting notes | No |
| 1093-1095 | 03/18/03 | n/a | n/a | None | Meeting notes | No |
| 1096-1098 | 03/18/03 | n/a | n/a | None | Meeting notes | No |
| 1099-1101 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1102-1104 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1105-1107 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1108-1109 | 02/13/03 | n/a | n/a | None | Medicaid payments meeting | No |
| 1110-1111 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1112-1113 | 02/11/03 | n/a | n/a | None | Medicaid meeting | No |
| 1114 | 02/11/03 | Willadene Tolmachoff | Yvette Cheeks | None | Email – update on claim | No |
| 1115 | 02/11/03 | n/a | n/a | None | Medicaid meeting | No |
| 1116-1117 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1118-1119 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1120-1121 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1122-1123 | 12/20/02 | Susan Provyn | Mohamad Yusuff | Willadene Tolmachoff | Email – DCPS | No |
| 1124-1125 | 10/17/02 | Len Nadybal | Theressa Lee | Willadene Tolmachoff | Email – KPMG | No |
| 1126-1134 | 10/17/02 | Sophia Atkinson Jarrell | Susan Provyn | Ganayswaran Nathan; Pat Graham Hinsley | Letter – Payment information | Yes 04/22/02 |
| 1135-1138 | 10/01/02 | n/a | n/a | None | Status Report on Work in Progress | No |
| 1139-1142 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1143-1146 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1147-1149 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 11 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 1172-1177 | 08/12/02 | Robert Morales | Willadene Tolmachoff | Theressa Lee; Lorigo, Sebastian; Yusuff, Mohamad; Provyn, Susan; Clements-Smith, Joyce | Email - KPMG and DCPS | No |
| 1178-1182 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1186-1188 | 08/02/02 | Paul Lundquist | Theressa Lee; Lorigo, Sebastian | Patsy Blackshear, Nadybal, Len; Mobley, Shelia | Email – KPMG Medicaid billing audit | No |
| 1204-1205 | 07/30/02 | Elizabeth Kilpatrick | Willadene Tolmachoff | None | Email – Medicaid contract | No |
| 1206-1207 | 07/30/02 | Len Nadybal | Mohamad Yusuff; Blackshear, Pasty | Theressa Lee; Tolmackoff, Willadene; Lorigo, Sebastian; Veney, Cynthia; Mobley, Sheila; Wooten, Paul | Email – New manager of the CFO's Medicaid contract | No |
| 1208-1209 | 07/28/02 | Thomas Foltz | Willadene Tolmachoff | Mark Back; McDonough, Doneg; Longmeyer, Jennifer, Husband, Phillip; Scarborough, Esther | Email – Medicaid Contract | No |
| 1212 | 07/19/02 | Len Nadybal | Robert James | Theodore Carter, Tolmachoff, Willadene; Lorigo, Sebastian; Mobley, Sheila; Whisonant, Wylie | Email – Davis and Associates Audit | No |
| 1213-1214 | 06/24/02 | n/a | n/a | None | Staffing Schedule Chart | No |
| 1215 | 06/17/02 | n/a | n/a | None | Meeting summary notes | No |
| 1216-1217 | 06/17/02 | n/a | n/a | None | Outline for Reconcile Amounts Earned, Paid and Due | No |
| 1218-1250 | 06/10/02 | Deborah K. Nichols | Mohamad Yusuff | None | Letter – Audit of | Yes 06/10/02 |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 12 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| 1251-1252 | 06/05/02 | n/a | n/a | None | DC Public Schools Contract "Kick-off" Draft Meeting attendees | No |
| 1253-1255 | 06/04/02 | Ben Lorigo | Willa Tolmachoff | Angela Avant | Memorandum – Appointment as Contracting Officer's Representative | No |
| 1284-1285 | 03/28/02 | Len Nadybal | Angela Avant | None | Email – Answers to Questions about RFP | No |
| 1286 | 03/24/02 | n/a | Len Nadybal | None | Request of documents | No |
| 1287-1315 | 03/14/02 | n/a | n/a | None | Audit of Contractor Medicaid Billing Performance | No |
| 1316-1321 | 03/11/02 | Theodore N. Carter | Louis Erste | John Koskinen; Kelvin Robinson; Natwar M. Gandhi; Carolyn Graham; Steven Selenzow; Cheryl Edwards; Gregg Holland; Joyce Clements-Smith; Wylie Whisonant | Memorandum – Management of Maximus Contract | Yes 03/11/02 |
| 1322-1325 | Ditto | Ditto | Ditto | Ditto | Ditto | Ditto |
| 1326-1344 | 03/10/02 | n/a | n/a | None | Order for Supplies or Services | Yes 03/08/02 |
| 1420-1440 | 05/03/99 | n/a | n/a | None | Maximus Contract | No |
| 1462 | 03/24/99 | n/a | n/a | None | Invoice | No |
| 1464-1468 | 11/19/98 | Paul Offner | Arlene Ackerman | Marlene Kelley; Elois Brooks; Donald Rickford; Abdusalam Omer; Davis & Associates | Letter – Interim Medicaid Reimbursement | Yes 11/19/98 |
| 1471-1472 | 06/30/99 | Richard P. Fite | Christie A. Goodman | None | Memorandum – Medicaid | Yes 05/03/99 |
| 1473 | 10/18/00 | James J. Stanford | Jacques Abadie | Nancy Hapeman; | AC Memorandum – | No |

Davis & Associates v. D.C. et al., Civil No. 06-972, D.D.C. – D.C. OAG 032007 Vaughn Index PBC, DCPS & 1st OCFO Documents/ Page 13 of 13

| Bates # | Date | From | To | Copies To | Priv & Subj Matter | Attachments |
|---|---|---|---|---|---|---|
| | | | | William Clemmons; Diane Anderson | Health Management System | |
| 1474 | 01/14/97 | Wanda E. Moorman | Victor Kugajevsky | Michael C. Rogers; Paul Offner; Ronald Lewis | Letter – Contract Expiration | No |
| 1475 | 02/13/06 | Vernon E. Hawkins | Andrew E. Brimmer | None | Memorandum – Request for Authority | No |
| 1476-1521 | 01/22/92 | n/a | n/a | None | Negotiated Services Contract | No |
| 1522-1523 | 06/13/96 | Michael Davis | Jeffery Meyers | None | Letter – Medicaid Audit Recap | No |
| 1524-1569 | 03/29/01 | Charles C. Maddox | Michael Barch | None | Letter – Final Report on Audit of DC Health | Yes 03/29/01 |
| 1570-1596 | 08/09/04 | n/a | n/a | None | Undate Complaint Memorandum, withdraw request for investigation | No |
| 1600-1631 | 07/09/99 | n/a | n/a | None | Final Report of Investigation DC hiring Maximus | no |