IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | Discovery Closed |
| | : | June 1, 2007 |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| _____ | : | |

### DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DISPOSITIVE MOTION AND TO QUASH ANY NOTICE OF DEPOSITION FOR DR. NATWAR GHANDI.

Defendants District of Columbia, Anthony A. Williams, and Natwar M. Ghandi in his official capacity, (collectively "Defendants") by and through their undersigned counsel, respectfully move pursuant to Fed. R. Civ. P 26 (c) (1) that discovery not be had until there is a decision on Defendants' pending dispositive motion filed August 10, 2006. In addition, should the Court decide that discovery proceed, the Defendants seek to quash the soon to be issued notice of deposition or any subpoena duces tecum issued therewith for Dr. Natwar Ghandi for May 30, 2007.

Defendants note that the Court's last teleconference with the parties on April 26, 2007, suggested to Defendants that they await the then soon to be anticipated motion to compel from Plaintiff. That motion to compel, according to Plaintiff's counsel in his telephone call to undersigned counsel on Tuesday, May 22, 2007, will be filed forthwith. Since there was no discovery stay in place, Defendants defensively noticed a Fed. R. Civ. P. 30(b) 6) deposition of the plaintiff on May 4, 2007, for May 24, 2007. Plaintiff's counsel, in the same telephone call on May 22, 2007, informed undersigned counsel that Mr. Davis would be seeking an *in camera* protective order excusing his testimony and that no one would appear at the deposition.

Plaintiff's counsel indicated he did not know the reason, had only learned of this in camera motion minutes before his telephone call to undersigned counsel, and indicated that Mr. Davis had additional counsel who knew the reasons for the in camera relief.  Plaintiff's counsel additionally informed undersigned counsel that he would be noticing Dr. Natwar Ghandi's deposition for May 30, 2007, a day once proposed initially by the parties, subject to the possibility of a discovery stay.

Although plaintiff's counsel conferred with undersigned counsel pursuant LCv. R. 7(m) regarding the motion to stay discovery generally and to quash Dr. Ghandi's deposition notice specifically, plaintiff's counsel was unable to agree upon the stay generally or to quashing Dr. Ghandi's deposition specifically.

In the accompanying  LCv R 7(a) memorandum Defendants argue that there is substantial support for staying discovery pending the resolution of the dispositive motion and for not burdening high ranking government officials with the burdens of depositions.  Defendants reserve their rights to bring any additional motions should discovery commence, including a motion to compel based, inter alia, on plaintiff's complete failure to respond to Defendants' Request for Production of Documents timely served on Plaintiff on February 28, 2007.  An LCv R 7(c) proposed Order accompanies this motion and the memorandum.

Dated: May 23, 2007             Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____*/S/ Robert C. Utiger for Kimberly M. Johnson*_____
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1

       */s/ Thomas J. Foltz*
       THOMAS J. FOLTZ
       Assistant Attorney General
       D.C. Bar No. 462858
       441 Fourth Street, N.W.
       Washington, D.C. 20001
       (202) 724-6652
       (202) 727-0431 (fax)
       E mail: Thomas.foltz@dc.gov

### CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on May 23, 2007.


       */s/ Thomas J. Foltz*
       Thomas J. Foltz, Esq.

Davis & Associate 06 972 DC MTN Stay Discovery E Sign 052307