### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., | : |
| | : |
| v. | : Civil No. 6CV 00972 (GK) |
| | : |
| THE DISTRICT OF COLUMBIA, et al., | : |

## ORDER

Defendants District of Columbia, Anthony A. Williams, and Natwar M. Ghandi in their official capacities moved pursuant to Fed. R. Civ. P. 26 (c) (1) to stay discovery until the Court decides the Defendants' pending dispositive motion and to quash any notice of deposition or subpoena issued for Dr. Natwar M. Ghandi. . Upon consideration of the supporting memorandum, any opposition and reply received in response thereto, it is hereby

ORDERED that the Motion be and the same hereby is GRANTED; and it is further

ORDERED that the discovery is stayed until the Court decides the Defendants' pending dispositive motion; and it is further

ORDERED that any notice of deposition or subpoena duces tecum against Dr. Natwar M. Ghandi be and the same hereby is QUASHED.

ENTERED: _____
United States District Judge

Copies to:    Thomas J. Foltz, Esq.
              Office of the Attorney General
              District of Columbia
              441 Fourth Street, N.W.
              Washington, D.C. 20001

Johnny M. Howard, Esq.
HOUSTON & HOWARD
1001 Connecticut Avenue, N.W., Ste. 402
Washington. D.C. 20036

Davis & Associate 06 792 DC MTN Stay Discovery ORDER 052307