## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | Discovery Closed |
| | : | June 1, 2007 |
| THE DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| _____ | : | |

### DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO ENLARGE TIME TO FILE A REPLY IN RESPONSE TO THE PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION TO STAY DISCOVERY AND QUASHES THE DEPOSITION SUBPOENA OF DR. NATWAR GHANDI

### I. Factual and Procedural Background

Defendants adopt as if more fully set forth herein the statement of factual and procedural background set forth in the accompany motion.   The argument below indicates that there is "good cause" for the enlargement.  Without the enlargement, the reply would be due pursuant to LCvR 7(d) five days after the filing of the opposition; excluding the date of service and intervening weekend days, the due date would be June 5.  The enlargement is sought for an additional three days through June 8, 2007.

### II. Argument

Fed. R. Civil P. 6(b) (1) and (2) provide in relevant part:

(b) *Enlargement.*  When by these Rules of by notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specific period permit the act to be done where the failure to act was the result of excusable neglect.

Courts grant "(b) (1)" enlargements (pre-expiration enlargements) where the moving party shows good cause and the opposing party suffers no prejudice.  4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.5 (2002 ed.)  Similarly, courts grant "(b) (2)" or *nunc pro tunc* enlargements where the moving party has been diligent and the non-moving party suffers no substantial prejudice. 4A Wright & Miller, Federal Practice and Procedure, Civil 2d §1165, n.2 (2002 ed.).

As applied to this case, Defendants have shown good cause and the plaintiff suffers no substantial prejudice for a three day enlargement.

III. <u>Conclusion</u>

For the foregoing reasons, the Defendants respectfully request that the enlargement sought be granted through June 8, 2007.

Dated: May 30, 2007                  Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


            */S/ Robert C. Utiger for Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1



            */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov

<u>CERTIFICATE OF SERVICE</u>

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on May 30, 2007.

_____/s/ Thomas J. Foltz_____
Thomas J. Foltz, Esq.

Davis & Associate 06 972 DC MTN NLRG TIME FILE REPLY RE MTN STAY DISC MEMO E Sign 053007