## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., | : |
| | : |
| | : |
| v. | : Civil No. 6CV 00972 (GK) |
| | : |
| | : |
| THE DISTRICT OF COLUMBIA, et al., | : |
| | : |
| _____ | : |

### ORDER

Defendants moved pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to file a reply to Plaintiff's Opposition to Defendants' Motion to Stay Discovery and To Quash the Deposition Notice of Dr. Natwar Ghandi. The enlargement sought is from June 5, 2007, to June 8, 2007. Upon consideration of the supporting memorandum, any opposition and reply received in response thereto, it is hereby

ORDERED that the Motion be and the same hereby is GRANTED; and it is further

ORDERED that the time to file a reply to Plaintiff's Opposition to Defendants' aforementioned motion be and the same hereby is ENLARGED from June 5, 2007, to June 8, 2007.

ENTERED: _____
United States District Judge

Copies to:    Thomas J. Foltz, Esq.
              Office of the Attorney General
              District of Columbia
              441 Fourth Street, N.W.
              Washington, D.C. 20001

2

Johnny M. Howard, Esq.
HOUSTON & HOWARD
1001 Connecticut Avenue, N.W., Ste. 402
Washington. D.C. 20036

Davis & Associate 06 792 DC MTN NLRG TIME FILE REPLY RE MTN STAY DISC ORDER 053007