UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.                                )<br>                                                                        )<br>            Plaintiff                                             )<br>                                                                        )<br>            v.                                                       )            Civil 1:06-cv-00972-GK<br>                                                                        )<br>THE DISTRICT OF COLUMBIA, et al.        )<br>                                                                        )<br>            Defendants                                       ) | |

**PLAINTIFF'S ADDITIONAL REASONS FOR SEEKING TO COMPEL
RESPONSES TO INTERROGATORIES FROM DEFENDANT**

Plaintiff Davis & Associates, Inc. has set forth the interrogatory propounded and the response given by the District defendants and plaintiff's reasons for requesting more full and complete responses.

**Interrogatory 2**.   Identity all persons who were involved in any way with the contractual relationship between the District of Columbia and Maximus, Inc. from the commencement of the relationship through any review and evaluation of Maximus' work product up to and including any payment of compensation for services rendered.  Include in your response the date and nature of such involvement.  "Persons" as used in this interrogatory shall include, but not be limited to, employees in the Executive and/or Legislative Branches of government such as the Mayor, Chief Financial Officer, agency heads, Contract Officer(s), Contract Officer Technical Representative(s), etc.

**Response:**   The District of Columbia of the Chief Financial Officer is currently reviewing documents from its procurement branch which may or may not produce information responsive to this request.  Privileged Documents potentially responsive to this request are located in the privileged log at Bates numbers.  Bates#1021-1050/992-1020/962-966.

*Plaintiff's reason why full and complete information is needed.*

**Plaintiff seeks to determine the identity of the persons who were involved in the alleged initial discriminatory acts, explore when the acts occurred and between which persons/entities and how the acts unfolded.**

**The District Government personnel who interacted with Maximus, Inc. with respect to the District of Columbia Public Schools FY98 Medicaid Cost Claim knew and should have known that Davis & Associates, Inc. previously submitted the DCPS FY98 Medicaid Cost Claim to the Superintendent of Schools, and the District of Columbia Medical Assistance Administration (District Medicaid), and further, that Davis & Associates Inc. had the only documentation to support a Federal Medicaid payment.  Therefore, given the above information in the possession of the District Government, it is important to know who initially authorized Maximus to submit a DCPS FY98 Medicaid Cost Claim knowing that Maximus, Inc. did not have the appropriate documentation to support a Federal Medicaid payment.  With a proper response to this interrogatory, the information could provide evidence of the initial act in a calculated process to unlawfully discriminate against plaintiff.**

**Interrogatory 3.**     When and in what amounts were the "prior allocated appropriations" made for the contract(s) between the District of Columbia and Maximus, Inc. or between the District of Columbia and any other contractor which provided revenue maximization services to the District of Columbia and/or its agencies?

**Response:**     The District of Columbia Office of the Chief Financial Officer is currently reviewing documents from its procurement branch which may or may not produce information responsive to this request.  It is unknown whether the payments listed in the documents below were or were not made from "prior allocated appropriations".  Non Privileged documents potentially responsive to this request are listed below.

>    Bates#1053-1081 – Schedule of payments Made FY2003 (10/01/02-09/30/03) YTD (10/01/02-03/31/03).  09/08/03.

>1418-1419-Fax of Check from the District of Columbia to Health Management Systems Inc. 05/12/99.
>
>1597-1599-Investigative Synopsis
>
>Privileged Documents responsive to this request are located in the privileged log at Bates numbers.
>
>Bates#984-985
>1600-1631

*Plaintiff's reason why full and complete information is needed.*

**The Maximus, Inc. and Davis & Associates, Inc. contracts were also awarded during a "Control period", which required the approval of the Control Board and the certification of funds by the Chief Financial officer for the District of Columbia. This interrogatory seeks evidence of the dates the District of Columbia Government made the decision to allocate appropriated funds to fund the revenue maximization contracts and who made the decisions. Anticipated information will also reveal when the District of Columbia Government drew down funds for the DCPS Special Education Medicaid Reimbursement account and what documentation was used for that purpose. This interrogatory also addresses whether Davis & Associates Inc. was treated differently from other revenue maximization contractors during the same time period.**

**Interrogatory 4.** Identify the D.C. Government official(s) who authorized, approved and/or recorded the Medicaid draw down/ payment/credit for the DCPS Special Education Medicaid Reimbursement program for FY98 and all accounts to which funds were deposited both under the control of the District of Columbia government or any other person, agency or United States government agency.

**Response:** Privileged Documents responsive to this request are located in the privileged log at Bates numbers.  Bates#1492/1126-1134.

*Plaintiff's reason why full and complete information is needed.*

**A response to the first part of the interrogatory will identify District Officials and personnel who plaintiff believes participated in the initial planning to violate plaintiff's constitutional rights.  Realizing that documentation for the DCPS Special Education Medicaid payment was neither in the possession of either DCPS, the contractor Maximus, Inc. or any other element of the District Government, the District authorized, and/or approved the submission of the Maximus' undocumented FY98 DCPS Cost Claim, to the Federal/State Medicaid Reimbursement Account.  A response to the second part of the interrogatory will identify the person(s) who in coordination/conjunction with the party(s) listed in the first part, and with certain knowledge that Federal Medicaid payments must be credited and/or paid to the Medicaid Provider of Service, did violate Federal and State Medicaid rules when that person(s) authorized and/or approved the draw down and deposit/credit which was not deposited/credited to the DCPS Special Education Medicaid Provider Number (the Provider of Service).**

**Interrogatory 5**.     State the amount of Federal Medicaid matching funds that were drawn down, credited, offset, allowed, disallowed, or pended, using the District of Columbia Public Schools Special Education Medicaid Provider Number(s) for FY98, regardless of when the transaction actually occurred.

Response: Non-Privileged Documents potentially responsive to this request are listed below.
   Bates#1756-1827 – District of Columbia Public Schools Special Education Medicaid Cost Settlements, 2001

4

>1632-1693 – District of Columbia Public Schools Cost Reports 1996-1998.
>1694-1755 – District of Columbia Public Schools Special Education Medicaid Cost Settlement, 2000.
>1828-1867 – District of Columbia Public Schools, Invoices and Vouchers. 1994-1999.
>1868-1907 – District of Columbia and Health Management Systems, Vendor Transactions,

Privileged Documents potentially responsive to this request are located in the privileged log at Bates numbers. Bates#1464-1468/959-960.

*Plaintiff's reason why full and complete information is needed.*

**A response to the first part of the interrogatory will identify the amount of Federal Medicaid funds that were drawn down using the DCPS Special Education Medicaid Provider Number for FY98. The answer will also be used to verify the amount paid and/or credited to the DCPS Special Education Provider Number for FY98. This information is also needed to verify Federal Medicaid information with respect to the Disallowance/Denial and the recouping of FY98 DCPS Federal Medicaid funds due to lack of documentation. This information is also needed to determine what amount in fees were paid to Maximus Inc. and on what basis were the fees paid. The answer to this question will also assist in determining how much Federal Medicaid funds were returned to the Federal Medicaid Program and the amount of fees that Maximus returned to the District of Columbia Government as a result of the disallowed DCPS Medicaid claims.**

**Interrogatory 6**.    Identify the personnel in the District of Columbia's Office of the Chief Financial Officer who recorded the FY 2000 D. C. General Hospital Medicaid draw down/ payment/credit in the FY 2000 District financial records and all accounts .to which funds were deposited both under the control of the District of Columbia government or any other person, agency or United States government agency.

5

**Response:**  The District of Columbia Office of the Chief Financial Officer is currently reviewing documents from its procurement branch which may or may not produce information responsive to this request.  Privileged Documents potentially responsive to this request are located in the privileged log at Bates numbers.  Bates# 1524-1569.

*Plaintiff's reason why full and complete information is needed.*

**Based on information and belief, the Government of the District of Columbia did draw down Federal Medicaid funds using the District of Columbia General Hospital "Black Book" as prepared by Davis & Associates, Inc. (while the District of Columbia General Hospital was still an operating legal entity in the District of Columbia).  Further, to the best of plaintiff's knowledge, these funds were not deposited and/or credited to the D.C. General Hospital account as required by the enabling federal legislation.  Failure to record these funds as a "receivable" or paid to the D.C. General Hospital account in the fiscal year they were recognized and/or paid would constitute a fraudulent audit submission to the Council of the District of Columbia, Congress of the United States and other Federal Departments and Agencies.  It is plaintiff's belief that this information was withheld to deny Plaintiff payment pursuant to its contract which required recovered funds to be deposited into the D.C. General Hospital account before the District would incur a liability payment to Davis & Associates Inc.  Again, plaintiff believes these acts violated Plaintiff's civil rights.  Plaintiff also believes an answer to this interrogatory will identify the decision-making process used in establishing an account for the purpose of secreting Federal Medicaid funds from the D.C. General Hospital, the Council of the District of Columbia, the Federal Medicaid program and the Plaintiff.**

**Interrogatory 7**.     State the amount of Federal Medicaid matching funds that were drawn down, credited, offset, allowed, disallowed, or pended, using the District of Columbia General Hospital/Health Care Safety Net Administration or the District of Columbia Public Benefit Corporation Medicaid Provider Number(s) for FY 1999 through 2006, regardless of when the transaction actually occurred and all accounts to which funds were deposited both under the control of the District of Columbia government or any other person, agency or United States government agency.

**Response:**  The District of Columbia Office of the Chief Financial Officer is currently reviewing documents from its procurement branch which may or may not produce additional information responsive to this request.
    Non-Privileged Documents potentially responsive to this request are listed below.
    Bates# 0132-0161 – Letter from, Bruce Coleman, to Philip Husband
        Invoices from HMS and copy of a check to HMS.  05/04/01
    0162-0176 – Letter from, Bruce Coleman, to Philip Husband.  Invoices from HMS and copy of check to HMS.  05/04/01
    0491-0493 – Analysis of Payments to Davis.

*Plaintiff's reason why full and complete information is needed.*

**Plaintiff believes that answers to this question will identify the amounts of money that were drawn down by the District of Columbia using the D.C. General Hospital Medicaid Provider Number, as a result of information provided by Davis & Associates, Inc. in the "Black Book" (hidden by District's OCFO Officials and others) and not paid, credited or deposited in the legal account of the District of Columbia General Hospital (while D.C. General was still a legally operating entity). Plaintiff also believes that the interrogatory when answered will reveal the dates that District Officials (and others) knowingly and willfully mislead Citizens of the District of Columbia, Federal Agencies, Legislative bodies, and others as to the true financial status of the HHC/PBC, District of Columbia General Hospital.  Plaintiff**

7

**believe also these acts were carried out in furtherance of a decision to discriminate against Plaintiff Davis & Associates, Inc. not only in the contract year but to prevent Davis from being eligible for any contract extensions.**

**Interrogatory 8**.     Identify all persons including attorneys who attended or participated in meetings where the subject was or related to any or all of the following: FY 1999 through FY 2006 Federal Medicaid payments, credits, offsets, or adjustments for D.C. General Hospital/Health Care Safety Net Administration, repayment of Federal Medicaid payments for D.C. General Hospital, D.C. General Hospital Medicaid, reimbursement, medical records, and Medicaid encounter documents.

<u>**Response:**</u>  Privileged Documents potentially responsive to this request are located in the privileged log at Bates numbers.  Bates# 1570-1596.

*Plaintiff's reason why full and complete information is needed.*
**Plaintiff believes that a response to this interrogatory will identify numerous District Officials, employees and others who had knowledge of the financial transactions with respect to payments/draw downs, adjustments, and/or offsets made as a result of the District of Columbia General Hospital "Black Book" information.  Further, a response to the interrogatory will identify contacts and communications with Federal Officials of the Department of Health and Human Services, with respect to the D.C. General Hospital "Black Book".  Plaintiff believes that all those identified will have had some role in the discriminatory act(s) which resulted in the non-payment or credit of Federal/State Medicaid funds owed the District of Columbia General Hospital.**

8

**Interrogatory 9**.     Identify all persons including attorneys who attended or participated in meetings where the subject was or related to any or all of the following: FY 2000 Federal Medicaid payments, credits, offsets, or adjustments for D.C. General Hospital/Health Care Safety Net Administration, repayment of Federal Medicaid payments for D.C. General Hospital, D.C. General Hospital Medicaid, reimbursement, medical records, and Medicaid encounter documents.

**Response:** Privileged Documents potentially responsive to this request are located in the privileged log at Bates numbers. Bates# 1251-1252.

*Plaintiff's reason why full and complete information is needed.*

**This interrogatory concerns a particular year the answer to which will identify all parties who after meeting with Davis & Associates Inc.'s experts, and subcontractors, participated in the decisions to draw down, record in financial documents, submit audits to Council and the Congress of the United States, acts which occurred prior to the closing of the HHC/PBC District of Columbia General Hospital. A response to the interrogatory will further allow for the identification of District Officials who initiated, reviewed, authorized, and/or approved the establishment of extra legal accounts where Federal Medicaid funds owed the District of Columbia General Hospital were transferred, credited, or otherwise masked from public view, which resulted in the closing of the District of Columbia General Hospital and the non payment of Plaintiff due to pretextual reasons. Also, answers to this question will identify persons who were aware of accounting, legal, legislative, and political activities associated with the District of Columbia General Hospital "Black Book", Davis & Associates Inc., Maximus Inc., The DCFRMAA**

9

**(Control Board, Members and Staff), Members of the United States Senate, Members of the United States House of Representatives, and others.**

**Further, a response to the interrogatory will identify the timing, scope, and breadth of the discriminatory acts against Plaintiff Davis & Associates, Inc.**

**Interrogatory 11**.    Provide a description of all meetings attended by the DC Public Schools Chief Financial Officer, the Chief Financial Officer for the District of Columbia, and/or any District Officials/employees from the Office of the Mayor relating to FY 1998 DCPS Medicaid payments.

<u>Response</u>:  See general objections and objections to the revelation of privileged information protected by the deliberative process or attorney client privileges. Information responsive to this interrogatory has not been located; however, inquiries have been made to counsel for the Executive Office of the Mayor regarding this interrogatory. The Defendant reserves the right to supplement this interrogatory upon further investigation and discovery.

*Plaintiff's reason why full and complete information is needed.*

**This interrogatory seeks to elicit any information of any conspiracy to deprive Plaintiff of its constitutional rights.  Plaintiff asserts that all persons listed above (and others) participated in decisions with respect to work performed by Davis & Associates, Inc., medical, health, and health-related records in the possession of Davis & Associates, Inc. all of which supported the Davis & Associates, Inc. FY98 DCPS Special Education Medicaid Cost Claim to deny Plaintiff payment for funds drawn down as a result of work and support documentation, while providing the majority company payment and credit for work not performed and a lack of documentation to support the Federal Medicaid payment.  These actions took place after all parties listed above were informed that Davis & Associates, Inc. and not**

**Maximus, Inc, had performed the work to generate the additional Medicaid revenue, and that the FY98 DCPS Medicaid Cost Claim prepared and submitted by Maximus approximately six months after the FY98 Davis & Associates, Inc. cost claim was submitted, and the Maximus cost claim could not be supported.**

**Further, this interrogatory can identify persons in the District of Columbia who gave Maximus, a majority firm, copies of the Davis & Associates FY98 DCPS Special Education Medicaid cost claim, which was then copied and submitted to Federal Medicaid for Reimbursement (payment), and from which Maximus was then paid a fee. A response to the interrogatory will also identify those persons who participated in numerous meetings the purpose of which was to take possession of the Davis & Associates, Inc.'s medical, health and health-related records or data collected during the contract with DCPS and necessary for support of any federal Medicaid payment and/or federal Audit. Further, answers to this question will clarify the positions taken by the District of Columbia Government with respect to the Judiciary during the past eight years. The answer to this question will lay the foundation of discriminatory acts against the Plaintiff. The answer to this question will show a pattern of actions taken by officials of the Government of the District of Columbia, employees, contractors, legal personnel and others, in furtherance of the discriminatory actions against the Plaintiff.**

12. Provide the names of all persons attending meetings called by and/or with Mr. Eric Gault (EOM), DCPSCFO Rickford, DC Medical Assistance Administration personnel, and/or Bert Smith & Co., (Certified Public Accountants), regarding the FY 1998 DCPS Special Education cost report and Medicaid payments for DCPS for FY

1998.

**Response:** See general objections and objections to the revelation of privileged information protected by the deliberative process or attorney client privileges. Information responsive to this interrogatory has not been located. The Defendant reserves the right to supplement this interrogatory upon further investigations and discovery.

*Plaintiff's reason why full and complete information is needed.*

**The answer to this interrogatory will identify and verify all parties involved in activities which brought about the discrimination against the Plaintiff. Further, the answer will reveal their individual roles in the actions against the Plaintiff.**

   13. Provide a list of names addresses, telephone numbers of all DCPS employees who worked in or for the DCPS OCFO, and the Special Education Medicaid Reimbursement unit during the period FY 1998, FY 1999, and FY 2000.

**Response:** Information sought by this interrogatory may be protected from disclosure by personnel and privacy laws. Information responsive to this interrogatory has not been located.

*Plaintiff's reason why full and complete information is needed.*

   **The answer to this question, will identify the staff responsible for the DCPS Medicaid claims submission, documentation, and support. The answer will also provide the names of several persons familiar with how and who provided the Majority contractor with the Davis & Associates information for the FY98 DCPS Special Education Medicaid Cost Claim.**

   14. Provide a description of all meetings attended by the D. C. General Hospital and/or the Public Benefit Corporation, Office of the Chief Financial Officer for the District of Columbia, and/or any District Officials/employees from the Office of the Mayor relating to FY 1999 through FY 2006 Medicaid/Medicare payments and all

accounts in which funds were deposited both under the control of the District of Columbia government or any persons, agency or United States government agency.

**Response:** Privileged Documents potentially responsive to this request are located in the privileged log at Bates numbers. Bates# 981-982/1115-1121/1112-1113/1110-1111/1108-1109/1105-1107/1102-1104/1099-1101/1096-1098/1093-1095/1088-1092/1215.

*Plaintiff's reason why full and complete information is needed.*

**A substantive response to this interrogatory will identify all parties who participated in the draw down of D.C. General Hospital Medicaid funds, how the funds were hidden, who authorized and/or approved the accounts within which to hide the funds from D.C. General Hospital, the Council of the District of Columbia, the Congress of the United States and others. The response should also reveal the identity of who authorized the preparation and submission of the Annual District Audit with false information and identify the purpose and motives which guided all parties involved in these transactions, which resulted in the closing of the District of Columbia General Hospital, the deaths of individuals (as reported by the Washington Post), the provision of false testimony to the Congress of the United States and the presentation of false statements regarding a Federally funded Medicaid health care facility. All acts were intended to discriminate and deny plaintiff of payment for its services.**