UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVIS & ASSOCIATES, INC.            )
                                    )
         Plaintiff                  )
                                    )
    v.                              )    Civil 1:06-cv-00972-GK
                                    )
THE DISTRICT OF COLUMBIA, et al.    )
                                    )
         Defendants                 )

**REASONS FOR COMPELLING REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff Davis & Associates, Inc. has set forth the requests for production of documents propounded and plaintiff's reasons for requesting more full and complete responses.

2. Provide a copy of all FY 1997 through FY 2003 DC Public Schools Special Education Medicaid Reimbursement Program contracts and cost report(s) related to Maximus Inc.

**This information is needed to determine how many DCPS Medicaid contracts were held by Maximus, for what time period, with what scopes of work, and documentation requirements and how many DCPS Cost Reports were prepared and submitted by Maximus Inc, for what amounts, for which periods of time and with what documentation and support for the Medicaid payments and/or draw downs.**

3. Provide a description and copy of all supporting documentation for the FY 1998 through FY 2003 DC Public Schools Special Education Medicaid Reimbursement Program cost report(s) related to the Maximus Inc. cost report submission(s).

*Plaintiff's reason why full and complete information is needed.*

**This information is needed to verify information Davis & Associates Inc., and not Maximus Inc. had possession of the documentation to support the FY98 DCPS Special**

**Education Medicaid Cost Claim. These documents will also identify the dates when Maximus Inc submitted the documents, to whom they were submitted, and which government officials certified the validity of the documentation to support a Federal Medicaid payment. This documentation will also show when and who in the government knew that the cost claim submitted by Maximus Inc. was not supported but nevertheless, District Government Officials submitted the claims to the Medicaid program for payment.**

      4.      Provide a copy of the DC Public Schools Chief Financial Officer's transmittal letter(s) related to the FY1998 through 2003 DC Public Schools Special Education Medicaid Reimbursement cost report to the DC Medical Assistance Administration.

*Plaintiff's reason why full and complete information is needed.*

**This documentation is needed to identify the time line when the DCPS Chief Financial Officer was aware of information which would indicate that the DCPS Annual Audits were false. This information will also identify when the DCPS Chief Financial Officer became aware that Medicaid funds drawn down using the DCPS Special Education Medicaid Provider number were not deposited into the Special Education Account as Medicaid Reimbursement.**

      6.      Provide a copy of all documents including draw down and proof of payment to DC Public Schools and the DCPS Chief Financial Officer regarding the FY1998 through FY 2003 Medicaid cost reports and Medicaid reimbursements. Further, provide copies of al correspondence between the Chief Financial Officer for the District of Columbia, Chief Financial Officer for DCPS, the President of the DCPS School Board, the DCPS Superintendent of Schools, the independent auditor for the District of Columbia for the years in question

*Plaintiff's reason why full and complete information is needed.*

**This documentation will show the expanding number of persons involved in the acts of discrimination against the plaintiff and the expanding scope and extent of the actions taken to further the violations of Plaintiff's civil rights**

**This documentation is needed to identify when DCPS actually received Medicaid payments as a result of Cost Reports for FY98, FY99, and FY2000, and claims, and the documentation of support.  This documentation is also needed  to verify that the DCPS Special Education Medicaid account was reimbursed for costs as submitted, and the appropriate accounts were credited.  It will also show when the DCPS CFO received notification of payments, who notified him, and in what manner.**

7. Provide a copy of the check(s) for payment to Maximus, Inc. for any DCPS Medicaid payments related to FY 1998 through FY 2003.  Include copies of the invoice, signature page, transmittal letter between Maximus and the District Government and vise versa, a copy of the DC Government approval of the invoice (with name and title of Officials/employees who reviewed, approved, and/or  recorded the transactions.

*Plaintiff's reason why full and complete information is needed.*

**This documentation is needed to verify information that Maximus was paid for the FY98 and other DCPS Special Education Medicaid Cost Reports and claims.  This information will support other information provided by Federal Officials but not verified by the Chief Financial Officer for the District of Columbia, who is the only person authorized to certify and verify funds, debt, liabilities and other financial transactions for the Government of the District of Columbia.  It will also provide for verification of personnel who were actually and directly involved in the submission, draw down, recording, and payment, of Medicaid funds without proper documentation that Medicaid reimbursable services were**

**ever provided to Medicaid eligible students, by Medicaid eligible providers of the District of Columbia Public Schools Special Education Division, and another indication that the Defendants conspired to discriminate against Plaintiff.**

      8.      Provide a copy of any and all District of Columbia correspondence and subpoenas, if any, between Maximus, Inc., the DC Office of the Inspector General, the District of Columbia Chief Financial Officer, and the United States Attorney for the District of Columbia regarding FY 1998 through FY 2003 Medicaid payments, draw downs, credits, disallowances, documentation, and contractor (Maximus) fees.

*Plaintiff's reason why full and complete information is needed.*

**These documents are needed to verify information that the Government of the District of Columbia has been in contact with Maximus Inc., Federal Medicaid and other law enforcement agencies of the District and Federal Government with respect to DCPS Special Education Medicaid payments which involved Davis & Associates Inc. These documents are also needed to determine all steps taken by various entities with respect to a potentially fraudulent actions taken by District Officials and employees which resulted in the Discriminating against Plaintiff.**

      12.      Provide a copy of any and all audits or reviews of work performed on HMS/Davis & Associates and Maximus and/or HMS/Davis and Maximus contracts related to DCPS and Medicaid.

*Plaintiff's reason why full and complete information is needed.*

**This information is needed to support Plaintiff assertion that several audits/reviews of Plaintiff and Maximus work was performed by defendants and others, but withheld in furtherance of discriminatory actions. These documentation are also needed to verify**

**when District Officials knew that both they and Maximus had submitted undocumented cost claims to the United States Government. These documents will also identify when District Officials notified Federal Medicaid Officials that certain DCPS Medicaid Cost claims submitted for payment and later paid, were unsupported.**

13.     Provide a copy of any and all documents between the Government of the District of Columbia and the United States Government with respect to the District of Columbia Public Schools Special Education Reimbursement and Medicaid including all payments authorized, and/or received and/or credited from the United States government.

*Plaintiff's reason why full and complete information is needed.*

**These documents are needed to identify which District Officials communicated with which Federal Officials with respect to the DC Public Schools Medicaid Claims. When did these communications take place, when were Federal Officials made aware of a possible fraud against the Government of the United States Medicaid Program, involving DCPS Medicaid and others, what actions Federal Officials took with respect to this subject, and when was that action taken. These documents will also detail the response of the Government of the District of Columbia, both with the District Government, with DC Public School Officials, and the Judiciary branch of government.**