UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
DAVIS & ASSOCIATES, INC.,     )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 06-00972 (GK)
                              )
DISTRICT OF COLUMBIA, et al., )
                              )
        Defendants.           )
_____)
```

**O R D E R**

Plaintiff Davis & Associates ("Davis"), a minority-owned contractor, brings this action under 42 U.S.C. §§ 1981 and 1983 against Defendants, the District of Columbia ("District"), Mayor of the District of Columbia Adrian Fenty, Chief Financial Officer of the District of Columbia Natwar Ghandi, former Chief Financial Officer of the District of Columbia Valerie Holt, and Health Management Systems, Inc.[1]  Plaintiff alleges that Defendants, excluding HMS, violated 42 U.S.C. §§ 1981 and 1983.  Plaintiff seeks compensatory damages in excess of $268 million and reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988.

This matter is before the Court on the following motions: (1) the District's Motion to Dismiss for Failure to State a Claim under Fed. R. Civ. P. 12(b)(6) **[Dkt. No. 5]**; (2) HMS' Motion to Dismiss

---

[1] Defendants Fenty, Ghandi, and Holt are sued in their official capacities.  Ghandi and Holt are also sued in their individual capacities, although they were never personally served.  Fenty is automatically substituted for the former Mayor of the District of Columbia, Anthony Williams, pursuant to Fed. R. Civ. P. 25(d).

under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) **[Dkt. No. 25]**; (3) Defendants Ghandi's and Holt's Motion to Dismiss under Fed. R. Civ. P. 12(b)(5) for Failure to Effect Service of Process under Fed. R. Civ. P. 4(m) **[Dkt. No. 21]**; (4) the District's Motion to Stay Discovery and Quash Deposition Notice **[Dkt. No. 39]**; and (5) Davis' Motion to Compel Discovery **[Dkt. No. 43]**.

Upon consideration of the Motions, Oppositions, Replies, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motions to Dismiss by the District and HMS are **granted** and Ghandi and Holt's Motion to Dismiss, the District's Motion to Stay Discovery and Quash Deposition Notice, and Davis' Motion to Compel Discovery are **denied as moot.**

This is a final appealable Order.  See Fed. R. App. P. 4(a).


August 16, 2007                         /s/
                                        Gladys Kessler
                                        United States District Judge


**<u>Copies to</u>: Attorneys of record via ECF**