IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., : | |
| : | |
| : | |
| v. : | Civil No. 6CV 00972 (GK) |
| : | Deadline for Filing Dispositive |
| : | Motions |
| : | August 1, 2007 |
| THE DISTRICT OF COLUMBIA, et al., : | |
| : | |
| _____ : | |

DEFENDANTS' PRAECIPE REGARDING EXISTENCE OF SIGNED CONTRACT

Defendants, by and through their undersigned counsel, file herewith this praecipe regarding the existence of a signed contract noting as follows: (1) attaching a contract executed by District of Columbia Public School systems official on January 28, 1998, Contract C80059; (2) that such contract bears Bates ranges 1950 and 1982 (attached herewith as Exhibit No. 1); (3) that such materials were disclosed to Plaintiff through Defendants' Response to Plaintiff's Request for Production of Documents on March 23, 2007, in response to Request No. 15; (4) that the Defendants filed a copy of that Response with their Status Report regarding discovery on March 28, 2007; (5) that the contract is a contingent fee contract with no certification of appropriate funds; (6) that the basis of the Court's ruling that contingent fee contracts for which no prior appropriations exist remains unchanged.

Dated: August 20, 2007        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, Civil Litigation Division

        */S/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


        */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202)  724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on August 20, 2007.


                */s/ Thomas J. Foltz*
Thomas J. Foltz, Esq.


Davis & Associate 06 972 Court Macro 053007