Davis & Associates v. District of Columbia, D.D.C. Civil No. 60-972 (GK)

August 20, 2007

Defendants' Praecipe Regarding Existence of Signed Contract

Exhibit 1

01/28/98 DCPS Contract



## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

District of Columbia Public Schools
Office of the Chief Financial Officer
OFFICE OF ACQUISITIONS AND
CONTRACT MANAGEMENT
415 - 12th Street, N.W., Room - 807
Washington, DC 20004 - 1994

| ISSUE DATE: | REQUEST FOR PROPOSAL NUMBER | FOR: Medicaid Third Party |
|---|---|---|
| Jan. 26, 1998 | N/A | Liability Reimbursement |
| AGENCY: | DATE / TIME OF CLOSING | CONTRACT ADMINISTRATOR: |
| Budget/Finance | N/A | Jonas McNair, Jr. |

Proposal - In accordance with the following and in compliance with all terms and conditions, unless otherwise note, the undersigned offers and agrees. if the proposal is accepted, to furnish items or services for which prices are quoted, at the price set opposite each item, delivered or furnished to designated points within the time period specified. It is understood and agreed that with respect to all terms and conditions accepted by the District of Columbia Public Schools under acceptance below, items or services offered and accompanying attachments shall constitute a contract.

**NAME AND ADDRESS OF FIRM:**

Health Management Systems, Inc.
2000 L Street, N.W., Suite 200
Washington, D.C. 20036-4906

Telephone / FAX No. :
District of Columbia Registration No.:   Pending
Federal I.D. No.:
Prompt Payment Discount: Payment Net 30 days
District of Columbia Licence Tax No.:      Pending
Dun and Bradstreet No. :                       075-266-346

CHECK ONE: ☐ INDIVIDUAL  ☐ PARTNERSHIP  ☒ CORPORATION

State in which Incorporated: New York

VENDOR: Legally Authorized Signature _Victor Kugajevsky_       Date _1-28-98_       Impress Corporate Seal Here

Printed/Typed: Name and Title _Victor Kugajevsky, Vice President_     Secretary _Felice Blanco_

---

**ACCEPTANCE AGREEMENT DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
(This is a contract)

CONTRACT NUMBER:      C80059

Accepted as to item (s) indicated:      0001

Title: Medicaid Third Party Liability Recovery
Period of Performance: January 26, 1998 Through July 31, 1998
Type of Contract: Fixed Price

Contracting Officer _____       Date _1/28/98_

**AN EQUAL OPPORTUNITY PURCHASING ORGANIZATION**

1950

DCPS - 001 / COVER SHEET /



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**
*Office of the Chief Executive Officer*
**OFFICE OF THE GENERAL COUNSEL**
415 - 12th Street, N.W. - Suite 1114
Washington, D.C. 20004
(202) 724-4276, FAX (202) 724-4959

## MEMORANDUM

To:       Jon Peterson
          Contracting Officer

From:     *Cecelia E. Wirtz, GC*
          Cecelia E. Wirtz
          General Counsel

Subject : Health Management Systems, Inc. Contract

Date:     January 26, 1998

The request to award a sole source contract to Health Management Systems, Inc. to recover Medicaid reimbursements is <u>approved</u>. This is a temporary contract with the current contractor until such time as the status of the District of Columbia HMO insurance coverage for D.C. Public School students is clarified by the D.C. Financial Responsibility and Management Assistance Authority.

Should you have any questions, please contact Chris Lipscombe of my staff.

cc: Ed Stephenson
    Karen Chambers
    Christopher Lipscombe

Office of Acquisitions and Contracts
District of Columbia Public Schools
415 12th Street, N.W., Suite 807
Washington, D.C. 20004

January 23, 1998

DCPS/oas



Pursuant to Board Rule 3702.2 the Contract Review Committee
hereby approves the subject negotiated contract.

Approved ( ✓ ) Disapproved ( )     *Cecelia E. Wright* 1/26/98
                                    General Counsel        Date


Approved ( ✓ ) Disapproved ( )     *Elois Brooks* 1/26/98
                                    Deputy Superintendent   Date
                                    Chief Academic Officer


Approved ( ) Disapproved ( )     *Jon Peterson* 1/28/98
                                    Jon Peterson        Date
                                    Contracting Officer


Return to Jonas McNair
                Contract Specialist
                Acquisitions and Contracts
                (202) 724-9737

1952

## DETERMINATION OF RESPONSIBILITY
### Contract No. C80059

Contractor:    Health Management Systems, Inc.

Subject:  Medicaid Third Party Liability Reimbursement

Estimated Amount:    Based on actual recovered amounts from
                     the Contractor to the DCPS Controller

### FINDINGS

1.    **Authorization**

Code 31-1535(b) Section 3708 of Title 5 of the District of
Columbia Municipal Regulations.

2.    **Minimum Need**

The District of Columbia Public Schools', Office of Budget
and Finance and the Division of Special Programs and
Alternative Education has a requirement for a Contractor to
identify and recover payments from liable third parties for
reimbursable Medicaid payment.

3.    **Facts Which Justify the Contractor's Responsibility**

The Contractor, Health Management Systems, Inc. (1) has the
necessary expertise and background for this project; (2) is
able to comply with the required performance schedule, (3)
has a satisfactory record of integrity; (4) an established
accounting and financial system in place and (5) is
otherwise qualified and eligible to receive an award under
applicable laws and regulations. Health Management Systems,
Inc. has provided efficient and consistent services to the
District of Columbia Public Schools for the past five years.
Additionally, the Contractor is presently providing these
services to DCPS and the need to ensure the uninterrupted
delivery of said services for the remaining school year is
critical to DCPS.

### Certification

I certify to the best of my knowledge that the information
above is correct and complete.

1/23/98
Date

_____
Jonas McNair, Contract Specialist

1953

Determination of Responsibility
Page 2

## Determination

Based on the above findings, I hereby determine that Health
Management Systems, Inc., is a responsible entity within the
meaning of Title 5, of the District of Columbia Municipal
Schools.

1/23/9X
Date                    Jon Peterson, Contracting Officer

1954

## DETERMINATION AND FINDINGS
### Contract No. C80059

Contractor:              Health Management Systems, Inc.

    Subject:              Medicaid Third Party Liability
                        Reimbursement

Estimated Amount:    Based on actual recovered amounts from
                        the Contractor to the DCPS Controller

### FINDINGS

1.    **Authorization**

Subject contract may be negotiated as a sole source in
accordance with Title 5 of the District of Columbia
Municipal Regulations, Code 31-1535(b) Section 3706.1,
3706.2(g) and 3706.3) b)

2.    **Minimum Need**

The District of Columbia Public Schools', Office of
Budget/Finance and the Division of Special Education has a
requirement for a Contractor to identify and recover
payments from liable third parties for reimbursable Medicaid
payment.

3.    **Facts Which Justify a Sole Source Contract**

Competitive negotiations would be impractical in light of
the need to ensure the uninterrupted delivery of these
supportive educational services provided by Health
Management Systems, Inc. to the District of Columbia Public
Schools for the past five years. Additionally, competitive
negotiations would be impractical under provisions of
special education and related services appropriate to a
handicapped student's individual needs by payment of tuition
to a special education school, facility, or program pursuant
to law, regulation, and court orders.

Sole Source is the preferred method of procurement for the
requested services because of the nature of the procurement
and the need to ensure uninterrupted service by the present
contractor, Health Management Services, Inc.

1955

Determination and Findings
Authority to Negotiate a Sole Source Contract
Medicaid Third Party Liability Reimbursement
Page 2

4.    **Certification**

I certify to the best of my knowledge that the information
above is correct and complete.

1/23/96
_____         _____
Date                                     Jonas McNair, Contract Specialist


**Determination**

The proposed contract is for services which the District of
Columbia Public Schools cannot provide. Based on the above
mentioned, I hereby determine that award of the proposed
contract to the Health Management Systems, Inc. is in the
best interest of the Public School system of the District of
Columbia, and is authorized by existing regulations.

1/23/9Y
_____         _____
Date                                     Jon Peterson, Deputy Director of Procurement

1956

0059 _____ 2

**TABLE OF CONTENTS**

UNIFORM CONTRACT FORMAT

PART I
THE SCHEDULE

**Title of Sections**                                               Pages

Section A - Solicitation/Contract                                   1-2
Section B - Supplies or Services and Prices/cost                    3
Section C - Description/Specifications/Work Statement               4
Section D - Packaging and Marking                                   5
Section E - Inspection and Acceptance                               6
Section F - Deliveries or Performance                               7
Section G - Contract Administration                                 8
Section H - Special Contract Requirement                            N/A

PART II
CONTRACT CLAUSES

Section I - Contract Clauses                                        N/A

PART III
LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

Section J - List of Attachments                                     9

PART IV
REPRESENTATION AND INSTRUCTIONS

Section K - Representations, Certifications,
            and other Statements of Offerors
            or Quoters                                              N/A

Section L - Instructions, conditions, and
            Notices to Offerors or Quoters                          N/A

Section M - Evaluation Factors for Award                            N/A

1957

0059 _____ 3

**SECTION B:  COST AND PRICING DATA**

--------------------------------------------------------------------

| LINE ITEM | DESCRIPTION | PRICING |
|---|---|---|

--------------------------------------------------------------------

01        Medicaid Third Party Liability Reimbursement Program

**Fee Schedule for Special Education Students are as follows:**

| School Year 1997/98 | Collections | Fee% | Fee ($) |
|---|---|---|---|
| $0 to $3,000,000.00 | 3M X | 16.54% = | $496,200.00 (not to exceed) |
| $3,000,000.01 to $6,000,000.00 | 3M X | 14.33% = | $429,900.00 (not to exceed) |
| $6,000,000.01 and over | 3M X | 11.03% = | $330,900.00 (or more based on the amount of funds recovered) |

**Fee Schedule for Regular Students are as follows:**

| School Year 1997/98 | Collections | Fee% | Fee ($) |
|---|---|---|---|
| $0 to $3,000,000.00 | 3M X | 15% = | $450,000.00 (not to exceed) |
| $3,000,000.01 to $6,000,000.00 | 3M X | 13% = | $390,000.00 (not to exceed) |
| $6,000,000.01 and over | 3M X | 12% = | $360,000.00 (or more based on the amount of funds recovered) |

1958

C  059                                                                                    4

## SECTION C:    SCOPE OF WORK

**GENERAL.**    The scope of work is set forth in Section J and encompasses the work required to implement a Medicaid reimbursement and recovery program to recover the expenditures from liable third parties for and on behalf of the D.C. Public Schools to be accomplished under this contract.

## SECTION D - PACKAGING AND MARKING

D-1.  Packing and marking shall be in accordance with the Contractor's standard commercial domestic practice for acceptance by US Postal or any commercial express mail service to prevent damage during shipment.

D-2.  Reports shall be marked for delivery in accordance with address provided in Section F-3.

( )059                                                                    6

## SECTION E - INSPECTION AND ACCEPTANCE

E-1.  Inspection of the reports will be made at destination set forth in Section F-3 and PART II Contract Clauses General Conditions, paragraph 8.

1961

0059
7

## SECTION F - DELIVERY AND PERFORMANCE

F-1.  Period of Performance

The anticipated period of performance under this contract shall be from January 25, 1998 through July 31, 1998 unless changed by modification to the contract.

F-2  Delivery Schedule

Services under this contract shall start within 24 hours upon receipt of contract award. Start work, as described herein, shall mean the contractor will have mobilized and performing services described herein at the work site within the 24 hour start upon receipt of contract award.

0059                                                                    8

## SECTION G.   CONTRACT ADMINISTRATION DATA

G-1   Invoice Submission

The Contractor shall be paid after the recovered amounts have
been received by the Controller, D.C. Public Schools. The
Contractor shall receive the fees for recovery as stated in
Section B. To receive payment for services rendered hereunder,
the Contractor shall submit a certified invoice of amounts
recovered and deposited with the Controller, D.C. Public Schools.
The following information is required for submission of a proper
invoice.

(a)   Name, address, and telephone number of the Contractor;

(b)   Signature of an authorized official certifying the
      invoice to be correct and proper for payment;

(c)   Contract number;

(d)   Period of performance for which costs are claimed;

(e)   Tax identification number (employer's identification number)
      or social security number.

(f)   The Contractor shall submit an original and two (2) copies
      of the invoice to:

      District of Columbia Public Schools
      Office of Budget
      415 12th Street, Suite
      Washington, D.C. 20004-1994

      One copy of the invoice shall be sent to:

      D.C. Public Schools
      Office of Acquisitions and Contract Management
      415 12th Street, Suite 807
      Washington, D.C 20004-1994

1963

G-2   <u>Contracting Officer's Technical Representative (COTR)</u>

Appointment of Contracting Officer's Technical
Representative (COTR): The Contracting Officer will appoint,
in writing, a COTR. The COTR will function as the liaison
between the Contractor and the Contracting Officer. The
Contractor shall be provided a copy of the appointment
letter.

**SECTION H.   SPECIAL CONTRACT REQUIREMENTS**
**SPECIAL CONDITIONS**

## PART II - CONTRACT CLAUSES
### GENERAL CONDITIONS

Contract clauses listed below are incorporated by reference:

1.   Contract Works Standards Act (Aug. 1962)

2.   Walsh-Healy Public Contracts Act (June 1936)

3.   Service Contract Act of 1965 (Oct. 1965)

4.   Mayors Order 85-85 (June 1985)

PART III - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS
SECTION J

1. GENERAL SCOPE OF WORK (2 pages)

## GENERAL CONDITIONS

1. ### COVENANT AGAINST CONTINGENT FEES:

The Contractor warrants that he/she has not employed any person to solicit or secure this contract upon any agreement for a commission, percentage, brokerage, or contingent fee. Breach of this warranty shall give the District of Columbia Public Schools the right to terminate the contract, or at the discretion of the District of Columbia Public Schools, to deduct from the contract price or consideration, the amount of such commission, percentage, brokerage, or contingent fees. This warranty shall not apply to commissions payable by contractors upon contracts or sale secured or made through bona fide established commercial or selling agencies maintained by the contractor for the purpose of securing business.

2. ### SHIPPING INSTRUCTION-CONSIGNMENT:

Unless otherwise specified in this bid each case, crate, barrel, package, etc., delivered under this contract must be plainly stencil marked or securely tagged stating the contractor's name, purchase order number upon which furnished and delivery address as indicated in the order. In case of carload lot, the contractor shall tag the car, stating contractor's name and purchase order number; any failure to comply with these instructions will place the material at the contractor's risk. Deliveries by rail, water, truck, or otherwise, must be within working hours and in ample time to allow the unloading and, if necessary, the storing of the materials or supplies before closing time. Deliveries at any other time will not be accepted unless specified arrangements have been previously made with the store keeper at the delivery point.

3. ### LAWS AND REGULATIONS INCORPORATED BY REFERENCE:

The provisions of the following Acts, and the representations and stipulations required by any of the said Acts, together with the provisions of applicable regulations made pursuant to said Acts, are to the extent applicable, incorporated by reference in this contract:

(A)     Contract Works Standards Act of August 13, 1962, 76 Stat. 357-360.

(B)     Buy American Act, Act of March 3, 1933, c.212, title III, 47 Stat. 1520, as amended.

(C)     Walsh - Healy Public Contracts Act, Act of June 30, 1936, c.881, 49 Stat. 2036 as amended. (Applies only when contract is $10,000 or more).

(D)     Service Contract Act of 1965, Public Law 89-286, dated October 22, 1965 as amended.

(D)     Mayor's Order 85-85, June 10, 1985.

4. ### PATENTS:

The Contractor shall hold and save harmless the District of Columbia Public Schools, its officers, agents, servants, and employees from liability of any nature or kind, including costs and expenses, for or on any account of any patented or unpatented invention, article, process, or appliance, manufactured or used in the performance of this contract, including their use by the District of Columbia Public Schools unless otherwise specifically stipulated in this contract.

1968

5.    **QUALITY:**

Unless otherwise specified, all materials used for the manufacture or construction of any supplies covered by this contract shall be new and of the best quality and the workmanship shall be of the highest grade. The use of the name of a manufacturer or of any special brand or make in describing any item in this bid does not restrict bidders to that manufacturer, or specific brand or make; the reference thereto indicates the character or quality of article desired, but articles on which bids are submitted must be equal to those referred to. The Contractor must indicate the specific make, brand or manufacturer named on this contract and must so state in each instance, otherwise this contract will be considered as being based upon furnishing the specific make, brand, or manufacturer named in this bid.

6.    **DEFAULT:**

(A)    The District of Columbia Public Schools may, subject to the provisions of paragraph (C) below by written Notice of Default to the Contractor, terminate the whole or any part of this contract in any one of the following circumstances:

  (i)    If the Contractor, fails to make delivery of the supplies or to perform the services within the time specified herein or any extension thereof; or

  (ii)    If the Contractor, fails to perform any of the other provisions of this contract, or so fails to make progress as to endanger performance of this contract in accordance with the term, and in either of these two circumstances does not cure such failure within a period of 10 days (or such longer period as the Procurement Officer may authorize in writing) after receipt of notice from the Procurement Officer specifying such failure.

(B)    In the event the District of Columbia Public Schools terminates this contract in whole or in part as provided in paragraph (A) of this clause, the District of Columbia Public Schools may procure, upon such terms and in such manner as the Procurement Officer may deem appropriate, supplies or services similar to those so terminated, and the Contractor, shall be liable to the District of Columbia Public Schools for any excess costs for similar supplies or services; Provided, that the Contractor, shall continue the performance of this contract to the extent not terminated under the provisions of this clause.

(C)    Except with respect to defaults of subcontractors, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises out of causes beyond the control and without the fault or negligence of the Contractor. Such causes may include, but are not restricted to, acts of God or of a public enemy, acts of the District, District of Columbia Public Schools, or Federal Government in either their sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, freight embargoes, and usually severe weather; but in every case the failure to perform must be beyond the control and without the fault or negligence of the Contractor. If the failure to perform is caused by the default of subcontractor, and if such default arises out of causes beyond the control of both the Contractor, and subcontractor and without the fault or negligence of either of them, the Contractor shall not be liable for any excess cost for failure to perform, unless the supplies or services to be furnished by the subcontractor were obtainable from other sources in sufficient time to permit the Contractor to meet the required delivery schedule.

1969

(D)    If this contract is terminated as provided in paragraph (A) of this clause, the District of Columbia Public Schools, in addition to any other rights provided in this clause, may require the Contractor to transfer the title and deliver to the District of Columbia Public Schools, in the manner and to the extent directed by the Procurement Officer, (i) complete supplies, and (ii) such partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans, drawings information, and contract rights (hereinafter called "manufacturing materials") as the Contractor has specifically produced or specifically acquired for the performance of such part of this contract that has been terminated and the Contractor shall, upon direction of the Procurement Officer, protect and preserve property in possession of the Contractor in which the District of Columbia Public Schools has an interest. Payments of completed supplies delivered to and accepted by the District of Columbia Public Schools shall be at the contract price. Payment for manufacturing materials delivered to and accepted by the District of Columbia Public Schools and for the protection and preservation of the property shall be in an amount agreed upon by the Contractor and the Procurement Officer. Failure to agree to such amount shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes". The District of Columbia Public Schools may withhold from amounts, otherwise due to the Contractor for such complete supplies or manufacturing materials, such sum as the Procurement Officer determines to be necessary to protect the District of Columbia Public Schools against loss because of outstanding liens or claims of former lien holders.

(E)    If after notice of termination of this contract under provisions of this clause, or that the fault was excusable under the provisions of this clause, the rights and obligations of the parties shall, if the contract contain a clause providing for termination for convenience of the District of Columbia Public Schools, be the same as if the notice of termination has been issued pursuant to this clause. If, after notice of termination of this contract under provisions of this clause, it is determined that the Contractor was not in default under the provisions of this clause, and if this contract does not contain a clause providing for termination for convenience of the District of Columbia Public Schools the contract shall be equitably adjusted to compensate for such termination and the contract modified accordingly. Failure to agree to any such adjustment shall be a dispute concerning a question of fact within the meaning of the clause of this contract entitled "Disputes".

(F)    The rights and remedies of the District of Columbia Public Schools provided in this clause shall not be exclusive and are in addition to other rights and remedies provided by law or under this contract.

(G)    As used in paragraph (C) of this clause, the term "subcontractor" and "subcontractors" means subcontractor(s) at any tier.

7.    **APPOINTMENT OF ATTORNEY:**

(A)    The Contractor does hereby irrevocably designate and appoint the Clerk of the Superior Court of the District of Columbia and his successors in office as the true and lawful attorney of the Contractor for the purpose of receiving service of all notices and processes issued by any court in the District of Columbia, as well as service of all pleadings and other papers, in relation to any action or legal proceedings arising out of or pertaining to this contract or the work required or performed hereunder.

1970

(B)    The Contractor expressly agrees that the validity of any service upon the said Clerk as herein authorized shall not be affected either by the fact that the Contractor was personally within the District of Columbia and otherwise subject to personal service upon the Clerk or by the fact that the Contractor failed to receive a copy of such process, notice, pleading, or other paper so served upon the said Clerk, provided the said Clerk shall have deposited in the United States mail, registered and postage prepaid, a copy of such process, notice, pleading, or other paper addressed to the Contractor at the address stated in this contract.

8.    **INSPECTIONS:**

Inspection and acceptance of materials or supplies will be after delivery at a destination herein specified unless otherwise stated. If inspection is made after delivery at a destination herein so specified, the District of Columbia Public Schools will bear the expense of inspection except for the value of samples used in case of rejection. Final inspection shall be conclusive except as in regard to latent defects, fraud, or such gross mistakes as to amount to fraud. Final inspection and acceptance or rejection of the materials or supplies will be made as promptly as practicable, but failure to inspect and accept or reject materials or supplies shall not impose liability on the District of Columbia Public Schools for such materials or supplies as are not in accordance with specifications.

9.    **RESPONSIBILITY FOR SUPPLIES TENDERED:**

The Contractor shall be responsible for the materials or supplies covered by this contract until they are delivered at the designated point, but the Contractor shall bear all risk on rejected materials or supplies after notice of rejection. Rejected materials or supplies must be removed by and at the expense of the Contractor promptly after notification of rejection. Failure to do so within ten (10) days after date of notification, the District of Columbia Public Schools may return the rejected materials or supplies to the Contractor at his/her own risk and expenses.

10.    **TRANSFERS:**

Neither this contract nor any interest herein shall be transferred by the parties to whom the award is made. Such transfer will be null and void and will be cause to annul the contract.

11.    **WAIVER:**

The waiver of any breach of the contract will not constitute a waiver of any subsequent breach thereof, nor of the contract.

12.    **OFFICERS NOT TO BENEFIT:**

(A)    No member of or delegate to Congress or officer or employee of the District of Columbia Public Schools shall be permitted to any share or part of this contract or to any benefit that may arise therefrom, and any contract made by the Procurement Officer or any District of Columbia Public Schools employee authorized to execute contracts in which they or any officer or employee of the District of Columbia Public Schools shall be personally interested shall be void, and no payment shall be made thereon by the District of Columbia Public Schools or any officer thereof, but this provision shall not be construed to extend to this contract if made with a publicly held corporation for its general benefit.

(B)    However, should a District, or School System employee submit a bid for his/her personal benefit, the Procurement Officer reserves the right to waive the

1971

aforementioned restriction; providing that said employee furnished a notarized affidavit prior to time set for opening of bids, setting forth his/her intention to resign his/her District or School System employment. In such event said employee shall be considered for award of contract. Failure to submit such affidavit shall automatically render his/her bid invalid and no further consideration shall be given thereto.

**CONTRACTOR SHALL STATE GRADE, TITLE, AND PLACE OF EMPLOYMENT:**

_____

_____

13. **CHANGES:**

The Procurement Officer may, at any time, by written order, and without notice to the surety, if any, make changes in the contract within the general scope thereof. If such changes cause an increase or decrease in the cost of performance of this contract, or in the time required for performance, an equitable adjustment shall be made. Any claim for adjustment under this paragraph must be asserted within ten (10) days from the date the change is ordered, provided, however, that the Procurement Officer, determines that the facts justify such action, may receive, consider and adjust any such claim asserted at any time prior to the date of final settlement of the contract. If the parties fail to agree upon the adjustment to be made, the dispute shall be determined as provided in paragraph 16 hereof. Nothing in this paragraph shall excuse the Contractor from proceeding with the contract as changed.

14. **DISPUTE AND PROTEST PROCEDURE:**

(1)    Any dispute arising under or relating to the contract or any protest which is not disposed of by agreement shall be decided by the Procurement Officer, who shall reduce his or her decision to writing and send a copy thereof to the proper parties by certified mail (return receipt requested). If the subject of the Dispute is a claim by the Contractor, the claim shall be submitted in writing to the Procurement Officer. "Protests" means any complaint relating to a solicitation or award of a contract by an actual or perspective Bidder, Offeror, or a Contractor who is aggrieved in connection with the solicitation or award of a contract. The protest shall be in writing and submitted to the Procurement Officer within ten (10) working days after the aggrieved party knew or should have known of the fact and circumstances upon which the protest is based. Any interested actual or prospective Bidder, Offeror, or Contractor may be permitted to intervene in the protest proceeding before the Procurement Officer.

(2)    The decision of the Procurement Officer on this dispute or protest shall be final and conclusive unless, within ten (10) working days from the receipt of such decision, the Contractor appeals or the protestor or an intervening party protest in writing to the Superintendent. In the event of such an appeal or protest, the Superintendent, or designee shall review all pertinent matters in the record and, based upon the record, applicable law, to uphold, reverse, or modify the decision of the Procurement Officer. The Superintendent, or designee shall issue his or her decision within twenty (20) calendar days of the receipt of the appeal or protest.

(3)    Within thirty (30) working days from the receipt of the Superintendent's dispute decision or his or her failure to issue a decision on the dispute within the required time, the Contractor may appeal the Superintendent's decision or failure to the

1972

District of Columbia Appeals Board (Board). Within thirty (30) calendar days from the receipt of the Superintendent's protest decision or his or her failure to issue a decision on the protest within the required time, the protestor, intervening protestor, or intervening party may file a protest with the Board regarding the protest grounds and issues which were properly and timely raised with the School System. The decision, or failure of the Superintendent to issue a decision, shall be final and conclusive unless the appeal or protest is timely filed with the Board. The rules and procedures of the Board shall govern any appeal or protest addressed to it, and its decision shall be final, conclusive and binding on all parties, subject to such limitations and reviews as may be provided by law.

(4)     Except for the terminated portion of the contract, the Contractor shall proceed diligently with the performance of the contract, pending final resolution of any dispute arising under or related to the contract and comply with the directions of the Procurement Officer regarding contract performance.

## 15.   TAXES:

The District of Columbia Public Schools is exempt from, and will not pay, Federal Excise Taxes and D.C. Sales and Use Tax. The Contractor must exclude such taxes, as well as, State and City Taxes from their invoices/payment requests.

## 16.   DEFINITIONS:

The term "Procurement Officer", "Contract Appeals Board", "District", and "Chief Executive Officer" shall mean the Procurement Officer of the District of Columbia Public Schools, the Contract Appeals Board of the District of Columbia, the Government of the District of Columbia, and the Chief Executive Officer of the District of Columbia Public Schools, respectively. If the Contractor is an individual, the term "Contractor" shall mean "the Contractor, his/her heirs, his/her executors, and his/her administrators". If the Contractor is a corporation, the term "Contractor" shall mean the "Contractor and its successor".

## 17.   PRICE PROTECTION:

The Contractor covenants and warrants that the prices herein, for all hardware, software, or services shall equal or be less than the most favored price the Contractor offers to any other customer. In the event that the Agency has reasonable cause to believe that the Contractor is offering prices to any other comparably situated customer at more favorable prices than those offered herein, the Agency may, on reasonable request make an inquiry to the Contractor with regards to the verification of these most favored prices. Any such inquiry shall provide sufficient detail regarding the claim of a lower price, including, but not limited to the identity of the contractor's customer who claimed to have received better price(s). Any such inquiry may include an examination of Contractor's published prices, as well as other books and records concerning the transaction(s) identified in the inquiry.

1973

## SPECIAL CONDITIONS

1.  **DELIVERY:**

    Unit prices quoted herein shall include furnish and inside delivery. ALL CHARGES PREPAID AND EXCLUSIVE OF ALL TAXES (See Paragraph 15 of General Conditions). Deliver all goods and supplies to the various school buildings **as specified at the time of reciept of order and delivery form.** Deliveries shall be made Monday through Friday, between the hours of 8:00 a.m. and 4:00 p.m., except on Legal or School Holidays.

2.  **WARRANTY:**

    The Contractor warrants that the items furnished by him will be free from all defects whatsoever in materials and workmanship and agrees, that for a period of one (1) years from date of acceptance by the District of Columbia Public Schools, any repairs, replacements, or adjustments made necessary because of such defects will be made promptly without cost to, and to the satisfaction of the District of Columbia Public Schools. This warranty does not act to void any longer guaranties / warrantees made by the manufacturer of the equipment or its components.

3.  **ASSIGNMENT OF ANTITRUST:**

    For good cause and as partial consideration for executing this contract, the Contractor, by and through its duly authorized agent, hereby conveys, sells, assigns, and transfers to the District of Columbia Public Schools all rights, title and interests in any and all causes of action it now holds or hereafter may acquire under the antitrust laws of the United States, the District of Columbia, or any state or territory, relating to the particular goods, materials, or services purchased in connection with this contract.

4.  **INVOICING:**

    Contractor shall furnish invoices in at least duplicate to D.C. Public Schools, as instructed. All invoices shall indicate Purchase Order Number, Contract Number, Catalog Number, Quantity, brief items description, Catalog Price/Discount Price and each invoice shall referenced and identified by an invoice number assigned to that invoice.

5.  **RECOVERY OF DEBT OWED THE SCHOOL SYSTEM:**

    The Contractor hereby agrees that the District of Columbia Public Schools may use all or any portion of any consideration or refund due under the present contract to satisfy in whole or in part, any debt arising out of a prior transaction between the District of Columbia Public Schools and the Contractor.

6.  **TERMINATION FOR THE CONVENIENCE OF THE SCHOOL SYSTEM:**

    The District of Columbia Public Schools reserves the right to terminate this contract, in whole or in part, for the convenience of the School System at any given time.

7.  **UTILIZATION OF MINORITY BUSINESS ENTERPRISES:**

    Minority business enterprises shall have maximum practical opportunity to participate in the performances of District School System's supply and service contracts.

1974

The Contractor agrees to use his best efforts to utilize minority business enterprises as his subcontractors to the fullest extent consistent with the efficient performance of this contract. As used in this contract, the term "minority business enterprises", means a business at least 50% of which is owned by minority group members or, in the case of publicly owned business at least 50% of the stock of which is owned by minority group members.

For the purpose of this definition, minority group members are Black Americans, Native Americans, Asian Americans, Pacific Islander Americans, and Hispanic Americans. Contractors may rely on written representations by subcontractors regarding their status as minority business enterprises in lieu of an independent investigation.

THE CONTRACTOR REPRESENTS AND CERTIFIES AS PART OF THIS CONTRACT THAT:

(1) He is ( ) Is not ( ) a minority business enterprise.

(2) He has filed a previous report with the District of Columbia Public Schools on

_____.
        DATE

8.    DESCRIPTIVE LITERATURE:

Contractor must submit descriptive literature as stated herein. Without descriptive literature the D.C. Public School cannot determine whether or not the items meet needs of the School System.

9.    DEPARTMENT OF LABOR (DOL), DEPARTMENT OF TRANSPORTATION (DOT), DEPARTMENT OF HEALTH AND HUMAN SERVICES (DHHS), DEPARTMENT OF EDUCATION HEALTH AND SAFETY STANDARD:

Items delivered under this contract shall conform to all requirements of the Occupational Safety and Health Act of 1970, as amended and Department of Labor Regulations under the Act, and all requirements of DOT and DHHS, in effect at the time of bid opening

10.   CERTIFICATION OF COMPLIANCE WITH EQUAL OPPORTUNITY OBLIGATIONS:

Mayor's Order 85-85 dated June 10, 1985, - "Compliance with Equal Opportunity Obligations in Contracts" and CHAPTER 11 EQUAL EMPLOYMENT OPPORTUNITY REQUIREMENTS IN CONTRACTS, 33 DCR 4952 (AUGUST 15, 1989) are included as a part of this Contract and the Contractor shall indicate in his/her commitment, in writing, to comply with the Mayor's Order and Equal Employment Opportunity Requirements in Contracts. Failure to comply with the aforementioned may result in cancellation of the contract.

        I hereby certify that I am fully aware of the content of the Mayor's Order 85-85 and Chapter 11 and agree to comply with them in performance of this contract.

CONTRACTOR _____ DATE_____

BY SIGNATURE _____ TITLE_____        1975

11. **IMPORTANT NOTICE TO CONTRACTOR:**

The Contractor shall file the attached Employer Information Report (EEO) together with a proposed Affirmative Action Plan describing the actions to be taken to insure compliance with Mayor's Order 85-85 (See Attached DCPS Form 0032).

12. **PREVIOUS COMPLIANCE:**

If you have provided a compliance report with the District of Columbia Public Schools for the products or services (exclusive of construction) indicate:

A. Date of Certification_____

B. IFB/RFP, Contract No. Project _____

13. **PAYMENTS:**

Payments will be made Net 30 days of receipt of a proper invoice.

14. **APPROPRIATION OF FUNDS:**

Nothing in this contract may be considered as implying that the Congress, the Council of the District of Columbia, or the School Board will, at a later date, appropriate funds sufficient to satisfy the provisions of this contract. In the event the D.C. Public Schools has to make payments under the terms of this contract the payments will not entail expenditure that will exceed appropriations available at the time for payment. Based upon this, the D.C. Public Schools' obligation hereunder is contingent upon the availablility of appropriated funds from which payment, in accordance with the provisions of this contract can be made.

15. **AFFIRMATIVE ACTION PROGRAM, SUGGESTED REQUIREMENT OF CONTRACT:**

For information and guidance to the Contractor, the District of Columbia Public Schools has defined herein the requirements which constitute an Affirmative Action Program and its suggested contents, but not necessarily in the following order:

A. An Affirmative Action Program is a set of specific and result oriented procedures to which a Contractor commits himself to apply every good effort. The objective of those procedures plus such efforts is equal employment opportunity. Procedures without efforts to make them work are meaningless; and efforts undirected by specific and meaningful procedures, are inadequate. An acceptable Affirmative Action Program must include an analysis of areas within which the Contractor is deficient in the utilization of minority groups and women, and further, goals and timetables to which the Contractor's good faith efforts must be directed to correct the deficiencies and, thus to increase materially the utilization of minorities and women, at all levels in all segments of his work force where deficiencies exist.

B. Based upon the District of Columbia Public School's experience with compliance reviews under the Mayor's Order Programs and the Contractor Reporting System, minority groups and women are most likely to be underutilized in jobs that fall within the Contractor's Employment Data Section "D" of D.C.P.S. Form 0032, Federal Employment Information Report EEO-1, or other reporting method. Therefore, the Contractor shall direct special attention to such jobs in his

1976

analysis and goal setting for minorities and women. Affirmative Action Programs must contain the following information; but not necessarily in this order:

I.  An analysis of all major job classifications at the facility with explanation if minorities or women, are currently being underutilized in any one or more job classifications and/or indicate their availability.

II.  Indicate minority population of the labor area surrounding the facility.

III.  State the size of the minority unemployment force in the same area.

IV.  Percentage of the minority work force as compared with the total work force in the labor area.

V.  Availability of minorities having requisite skills in the immediate labor area.

VI.  Policy for recruitment, promotion, and training at facility, summarizing by training class the participation by total male, female, including minority classification participation rate for each group.

VII.  Contractor shall address the female employment force in the labor area as specified under Article BI through VI.

16.  **ESTABLISHMENT OF GOALS AND TIMETABLES:**

Contractor shall indicate the establishment of goals and timetables which are attainable in terms of the Contractor's analysis of his deficiencies and his entire affirmative action program. Thus, in establishing the goals and timetables, the Contractor should consider results which can be reasonably expected by putting forth the best effort possible to make the program work. In determining levels of goals, the Contractor should consider at least the following factors:

A.  Goals should be significant, measurable and attainable.

B.  Goals should be specific for planned results, with timetables for completion.

C.  Goals may not be rigid, but must be targets reasonably attainable.

D.  In establishing timetables to meet goals and commitments, the Contractor may consider the anticipated expansion, contraction, and turnover of and in the work force.

E.  Goals, timetables, and affirmative action commitments must be designed to correct any identifiable deficiencies.

F.  Where deficiencies exist and where numbers or percentages are relevant in developing corrective action, the Contractor shall establish and set forth specific goals and timetables separately for minorities and women.

G.  Such goals and timetables, with supporting data shall be a part of the Contractor's written AAP and be maintained at the Contractor's establishment.

H.  In the event the Contractor submits to the District of Columbia Public Schools the Federal EEO-1 as part of its AAP and the District of Columbia

1977

Public Schools finds that there is a substantial disparity in the utilization of a particular minority group of men and women, the District of Columbia Public Schools may require, where appropriate, separate goals and timetables for such minority groups and job classifications.

17. **MINORITY BUSINESS ENTERPRISE:**

In connection with Mayor's Order 85-85, dated June 10, 1985, and Chapter 11, Equal Employment Opportunity Requirements in Contracts, 33 DCR 4952 (August 15, 1986) it has been determined that the local and national interest requires increased involvement of minority business enterprises in the District of Columbia Public Schools Procurement programs.

In support of this policy contracts in excess of $50,000.00 shall contain an AAP to ensure a program for utilizing minority business enterprises as subcontractors and suppliers. Contractors shall consider the following plan, dependent upon the geographical area and availability of work force:

    A.    To facilitate the placement of minority individuals and minority owned firms on source lists to ensure that they are appropriately solicited.

    B.    To counsel such individuals and firms with respect to procurement policies and procedures and District of Columbia Public Schools business opportunities so as to enhance their potential participation.

    C.    To inform such individuals and firms concerning subcontracting opportunities, including identification of major District of Columbia Public Schools' Programs.

    D.    Maintain records of awards and purchase orders to minorities, participate in any studies and surveys undertaken by the District of Columbia Public Schools.

18. **TIME OF DELIVERY ESSENTIAL:**

Delivery shall be made in accordance with the schedule provided herein.

19. **RETENTION OF RECORDS:**

Unless otherwise provided in the contract, or by applicable statute, the Contractor and any subcontractor from the effective date of completion of this contract and for a three (3) year period after final payment under the contract shall reserve and make available to the Procurement Officer, or authorized representative, the District of Columbia Auditor, and the Office of the Inspector General, at all reasonable times, at the office of the Contractor, but without direct charge to the District Government (including specifically D.C. Public Schools), all books, records, and other evidence bearing on the cost and expenses of the Contractor under this contract.

20. **INCREASE / DECREASE:**

The District of Columbia Public Schools reserves the right to increase or decrease the unit quantity specified under this contract.

21. **IDENTIFICATION OF SUBCONTRACTORS:**

Contractors, with contracts exceeding $50,000.00 are required to identify subcontractors .

IDENTIFICATION OF SUBCONTRACTORS

NAME OF SUBCONTRACTOR _____

ADDRESS _____

NAME OF SUBCONTRACTOR _____

ADDRESS _____

NAME OF SUBCONTRACTOR _____

ADDRESS _____

Each  Subcontractor whose contract exceeds $10,000.00 shall be subject to  the same equal opportunity clause and provisions of Mayor's Order 85-85, which binds the prime Contractor.

22. The District of Columbia Government has implemented an automated program to create a vendor data base.  The system is in the Data-Universal-Numbering-System (D-U-N-S) which is a numbering system designed and maintained by  the  Dun  and  Bradstreet Corporation.  All  vendors classified as business  entities  are  required to submit their D-U-N-S number as part of their bids and proposals. D-U-N-S numbers are not assigned to individuals.  However, individuals must submit their social security numbers with their bids and proposals.

**To  determine if you have a  valid  D-U-N-S number, or to obtain one,  please contact the Dun and Bradstreet SELF INQUIRY TELEPHONE  OPERADTOR AT  (215) 882-7748.**  If a number has not been previously assigned to your firm, you should  request that one be assigned.  There is no charge to have a number assigned;  nor does Dun & Bradstreet require you to provide credit rating information in order to receive a D-U-N-S number.

Please list below applicable vendor information:

Legal Name                         _____

Street Address and/or
Mailing Address                    _____

City, State,  Zip Code             _____

Type of Business                   _____

D-U-N-S NUMBER                     _____

Federal Tax Identification
or
Social Security Number             _____

1979



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

*OFFICE OF ACQUISITIONS AND CONTRACTS MANAGEMENT*
415 – 12ᵗʰ Street, NW, Suite 807
Washington, DC 20004

July 30, 1998

*Post Award*

*Section 5*

*Extension*

## MEMORANDUM

TO:          Elois Brooks
             Deputy Superintendent

FROM:        Victor Westbrook
             Interim Director

SUBJECT:     Extension of Contract with
             Health Management Systems, Inc.

This is to confirm that the modification to the contract with Health Management Systems, Inc. (HMS) for the Third Party Medicaid Reimbursement has been forward to the contractor for signature. The modification will extend the contract through September 30, 1998.

In accordance with DCMR 27, Chapter 20, Paragraph 2000.3, the term of a multiyear contract shall not be longer that five (5) years. Therefore, this contract cannot be further extended past September 30, 1998.

Should you have any questions, please do not hesitate to call me.

1980

*Post award actions*



**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
415 12th Street, N.W., Suite 1209
Washington, D.C. 20004-1994
202-724-4222, fax: 202-727-1516
www.k12.dc.us

**MEMORANDUM**

TO:     Mr. Victor Westbrook
        Interim Director
        Office of Acquisitions and Contracts
            Management

FROM:   *Elois Brooks*
        Elois Brooks
        Deputy Superintendent

DATE:   July 1, 1998

SUBJECT:   EXTENSION OF CONTRACT

Per this memorandum, I am directing you to extend the Medicaid Contract, which
expires on July 31, 1998, for an additional sixty (60) days.

Please do not hesitate to contact me, should you have questions concerning this
matter.

EB:jm

cc:    Mrs. Arlene Ackerman
       Mr. Don Rickford
       Mr. Larry Crocker
       Ms. Joyce Armstrong





## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## BILATERIAL MODIFICATION

Page No. 1 of 1 Page(s)

| 1. CONTRACT NO:<br>DCPS-C-98087-6371-CA | 2. CONTRACT DATE:<br>01/28/98 | 3. MODIFICATION NO:<br>001 | 4. MODIFICATION DATE:<br>7/24/98 |
|---|---|---|---|

5. CAPTION: MEDICAID THIRD PARTY LIABILITY REIMBURSEMENT

| 6. ISSUED TO: (Contractor)<br>Health Management Systems, Inc.<br>2000 L Street, NW, Suite 200<br>Washington, D. C. 20036-4906 | 7. ISSUING OFFICE:<br>DC Public Schools<br>Office of Acquisitions and Contract Mangement<br>415 – 12ᵗʰ Street, NW, Room 807<br>Washington, D. C. 20004 |
|---|---|

8. PROGRAM OFFICE: Office of the Chief Financial Officer

In accordance with the Changes clause in Paragraph 13, of the General Conditions, this contract is modified as follows:

1.   Cover Page - The contract number C80059 has been changed to read:

   " DCPS-C-98087-6371-CA

   Please refer to this number on all correspondence relating to this contract".

2.   Section F, paragraph F-1 of the Schedule is revised to read:

"The period of performance under this contract shall be from January 25, 1998 through September 30, 1998, unless changed by a modification to the contract."

ALL OTHER CONTRACT TERMS AND CONDITIONS REMAIN UNCHANGED

| 10. AMOUNT OF MODIFICATION : $0.00 | CURRENT VALUE OF CONTRACT: $0.00 |
|---|---|
| CURRENT COMPLETION DATE: September 30, 1998 | |

11 CONTRACTOR
By: *Victor Kugayevsky*   Name: *Victor Kugayevsky*   7/28/98
Signature of Authorized Representative   Title: *Vice President*   Date

12. ACCEPTANCE BY THE GOVERNMENT OF THE DISTRICT OF COLUMBIA
*[signature]*   Name: *Victor Westbrook*   7/29/98
Signature   Title: *Contracting Officer*   Date

Contractor       PSD       Using Agency

Case File
DC023                                                      3/07

1982