IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC., : | |
| : | |
| : | |
| v. : | Civil No. 6CV 00972 (GK) |
| : | Case Closed |
| : | |
| THE DISTRICT OF COLUMBIA, et al., : | |
| : | |
| _____: | |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S
MOTION TO ALTER OR AMEND JUDGMENT AND FOR RECONSIDERATION

Defendants District of Columbia, Adrian Fenty (substituted for former Mayor Anthony Williams), Natwar M. Ghandi and Valerie Holt, by and through their undersigned counsel, hereby move pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to file an opposition to the Plaintiff's September 3, 2007, motion to alter or amend judgment and September 4, 2007, motion for reconsideration. Plaintiff's motion was filed to seek alteration or reconsideration of the Court's August 16, 2007, order and opinion dismissing the Plaintiff's complaint. Defendants seek an enlargement from September 18, 2007, to October 1, 2007 due to undersigned counsel's other cases, including two pre-trial conferences in Superior Court. Pursuant to LCvR 7(m) consent for this enlargement was sought from opposing counsel was sought via e-mail on September 12, 2007.  No response has been received. An LCvR 7(a) supporting memorandum and LCvR 7(c) proposed order accompany this motion.

Dated: September 17, 2007        Respectfully submitted,

                                 LINDA SINGER
                                 Attorney General for the District of Columbia

                                 GEORGE C. VALENTINE
                                 Deputy Attorney General, Civil Litigation Division

       /S/ Kimberly M. Johnson  
KIMBERLY M. JOHNSON   D.C. Bar No. 435163  
Chief, General Litigation Section 1

       /s/ Thomas J. Foltz  
THOMAS J. FOLTZ  
Assistant Attorney General  
D.C. Bar No. 462858  
441 Fourth Street, N.W.  
Washington, D.C. 20001  
(202) 724-6652  
(202) 727-0431 (fax)  
E mail: Thomas.foltz@dc.gov



## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on September 17, 2007.

       _____/s/ Thomas J. Foltz_____  
       Thomas J. Foltz, Esq.

Davis & Associate 06 792 DC MTN NLRG TIME OPP MTN Reconsider Esign 091707