# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC., | : | |
| | : | |
| v. | : | Civil No. 6CV 00972 (GK) |
| | : | |
| THE DISTRICT OF COLUMBIA, et al., | : | |

## ORDER

Defendants District of Columbia, Adrian Fenty (substituted for former Mayor Anthony Williams), Natwar M. Ghandi and Valerie Holt, moved pursuant to Fed. R. Civ. P. 6(b (1) for an enlargement of time to file an opposition to the Plaintiff's September 3, 2007, motion to alter or amend judgment and September 4, 2007, motion for reconsideration. Plaintiff's motion was filed to seek alteration or reconsideration of the Court's August 16, 2007, order and opinion dismissing the Plaintiff's complaint. Defendants sought an enlargement from September 18, 2007, to October 1, 2007. Upon consideration of the motion, the accompanying memorandum and any opposition or reply received in response thereto, it is hereby

ORDERED that the motion be and the same hereby is GRANTED; and it is further

ORDERED that the time for Defendants' Opposition to Plaintiff's Motions be and the same hereby is enlarged from September 18, 2007, to October 1, 2007.

ENTERED:                                    _____
                                            United States District Judge

Copies to:      Thomas J. Foltz, Esq.
                Office of the Attorney General
                District of Columbia
                441 Fourth Street, N.W.
                Washington, D.C. 20001

2

Johnny M. Howard, Esq.
HOUSTON & HOWARD
1001 Connecticut Avenue, N.W., Ste. 402
Washington. D.C. 20036

Davis & Associate 06 792 DC MTN NLRG TIME OPP MTN Reconsider ORDER 091707