UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.          )<br>                                                     )<br>      Plaintiff                              )<br>                                                     )<br>      v.                                         )<br>                                                     )<br>THE DISTRICT OF COLUMBIA, et al. )<br>                                                     )<br>      Defendants                         )  | Civil 1:06-cv-00972-GK |

**MOTION TO ENLARGE THE TIME TO FILE A REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
<u>ALTER OR AMEND JUDGMENT AND/OR FOR RECONSIDERATION</u>**

    Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, moves the Court for two additional business days, up to and including October 16, 2007, to file a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration. The reply is nearly complete, but requires further vetting of the arguments to be advanced. Plaintiff requires two additional business days to allow further review the reply.

    Defense counsel is away from the office until next week and was not available to give or deny consent to the motion.

Dated: October 12, 2007                             Respectfully submitted,
                                                                                 HOUSTON & HOWARD

                                                                                 */s/ Johnny M. Howard*
                                                                              Johnny M. Howard, #264218
                                                                              1001 Connecticut Avenue, NW
                                                                              Suite 402
                                                                               Washington, DC  20036
                                                                              (202) 628-7058
                                                                              Email:  <u>houhow@erols.com</u>

2

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system. This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on October 12, 2007.

                                                */s/ Johnny M. Howard*
                                                Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants ) | Civil 1:06-cv-00972-GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO ENLARGE THE TIME TO FILE A REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
ALTER OR AMEND JUDGMENT AND/OR FOR RECONSIDERATION**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

> Respectfully submitted,
> HOUSTON & HOWARD
>
> */s/ Johnny M. Howard*
> Johnny M. Howard, #264218
> 1001 Connecticut Avenue, NW
> Suite 402
> Washington, DC  20036
> (202) 628-7058
> Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants ) | Civil 1:06-cv-00972-GK |

## ORDER

Upon consideration of Plaintiff's Motion to Enlarge the Time to File a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of October 2007,

ORDERED that Plaintiff's Motion to Enlarge the Time to File a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration on October 12, 2007.

_____
U. S. DISTRICT COURT JUDGE