UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil 1:06-cv-00972-GK |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |

**SECOND MOTION TO ENLARGE THE TIME TO FILE A REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
ALTER OR AMEND JUDGMENT AND/OR FOR RECONSIDERATION**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, moves the Court for seven (7) additional business days, up to and including October 23, 2007, to file a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration.  As indicated in the initial request for an enlargement of time, the reply is nearly complete, but requires further vetting of the arguments to be advanced.  Counsel for plaintiff will not be able to complete the reply before week' end because of the need to participate in a trial pending in te Superior court of the District of Columbia.

Defense counsel is still away from the office and is not expected to return to the office until October 18, 2007.  Therefore, he was not available to give or deny consent to the motion.

Dated: October 16, 2007                    Respectfully submitted,
                                                            HOUSTON & HOWARD


                                                                  */s/ Johnny M. Howard*
                                                            Johnny M. Howard, #264218
                                                            1001 Connecticut Avenue, NW
                                                            Suite 402

2

Washington, DC  20036  
(202) 628-7058  
Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system.  This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on October 16, 2007.

<u>/s/ Johnny M. Howard</u>  
Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil 1:06-cv-00972-GK |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECOND MOTION TO ENLARGE THE TIME TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND/OR FOR RECONSIDERATION**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

           Respectfully submitted,
           HOUSTON & HOWARD

           */s/ Johnny M. Howard*
           Johnny M. Howard, #264218
           1001 Connecticut Avenue, NW
           Suite 402
           Washington, DC  20036
           (202) 628-7058
           Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.        )<br>                                                      )<br>        Plaintiff                             )<br>                                                      )<br>        v.                                       )         Civil 1:06-cv-00972-GK<br>                                                      )<br>THE DISTRICT OF COLUMBIA, et al.  )<br>                                                      )<br>        Defendants                       ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Second Motion to Enlarge the Time to File a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of October 2007,

ORDERED that Plaintiff's Second Motion to Enlarge the Time to File a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration on October 23, 2007.

_____
U. S. DISTRICT COURT JUDGE