UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil 1:06-cv-00972-GK |
| ) | |
| THE DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants ) | |

**THIRD MOTION TO ENLARGE THE TIME TO FILE A REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
ALTER OR AMEND JUDGMENT AND/OR FOR RECONSIDERATION**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, moves the Court for seven (7) additional days, up to and including October 30, 2007, to file a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration. Counsel for plaintiff has been unable to complete the tasks necessary to file a reply because of unexpected personal reasons. While the undersigned has not overcome the extant circumstances, by October 30, 2007 the reply should be completed.

The undersigned was unable to contact defense counsel before the close of business to obtain his consent to this motion. However, defendants are not unduly prejudiced by this request.

Dated: October 23, 2007              Respectfully submitted,
                                     HOUSTON & HOWARD


                                     /s/ Johnny M. Howard
                                     Johnny M. Howard, #264218
                                     1001 Connecticut Avenue, NW
                                     Suite 402
                                     Washington, DC  20036
                                     (202) 628-7058

Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system.  This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on October 16, 2007.

       */s/ Johnny M. Howard*
       Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.            ) | |
|                     Plaintiff          ) | |
|                     v.                   ) | Civil 1:06-cv-00972-GK |
| THE DISTRICT OF COLUMBIA, et al.   ) | |
|                     Defendants      ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THIRD MOTION TO ENLARGE THE TIME TO FILE A REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
ALTER OR AMEND JUDGMENT AND/OR FOR RECONSIDERATION**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

                                        Respectfully submitted,
                                        HOUSTON & HOWARD


                                        */s/ Johnny M. Howard*
                                        Johnny M. Howard, #264218
                                        1001 Connecticut Avenue, NW
                                        Suite 402
                                        Washington, DC  20036
                                        (202) 628-7058
                                        Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.             )<br>                                                          )<br>            Plaintiff                              )<br>                                                          )<br>            v.                                        )           Civil 1:06-cv-00972-GK<br>                                                          )<br>THE DISTRICT OF COLUMBIA, et al.  )<br>                                                          )<br>            Defendants                         ) | |

## ORDER

Upon consideration of Plaintiff's Third Motion to Enlarge the Time to File a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of October 2007,

ORDERED that Plaintiff's Third Motion to Enlarge the Time to File a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration on October 30, 2007.

_____
U. S. DISTRICT COURT JUDGE

2