UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>    Defendants ) | Civil 1:06-cv-00972-GK |

**FOURTH MOTION TO ENLARGE THE TIME TO FILE A REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
ALTER OR AMEND JUDGMENT AND/OR FOR RECONSIDERATION**

    Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through undersigned counsel, moves the Court for seven (7) additional days, up to and including November 6, 2007, to file a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration. Counsel for plaintiff has been unable to complete the tasks necessary to file a reply because of unexpected personal reasons that have yet to resolve themselves. The undersigned expects by week's end, he will be able to complete the reply and have the necessary conferences with plaintiff before making the filing.

    The undersigned attempted to contact defense counsel to obtain his consent to this motion. Unbeknownst to the undersigned until today, defense counsel now works a shortened workday. Defendants are not unduly prejudiced by this request.

Dated: October 30, 2007                                      Respectfully submitted,
                                                                           HOUSTON & HOWARD

                                                                            */s/ Johnny M. Howard*
                                                                        Johnny M. Howard, #264218
                                                                        1001 Connecticut Avenue, NW
                                                                        Suite 402

2

Washington, DC  20036<br>
(202) 628-7058<br>
Email:  houhow@erols.com

**CERTIFICATE OF SERVICE**

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system.  This motion has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on October 30, 2007.

<u>    /s/ Johnny M. Howard</u><br>
Johnny M. Howard

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants ) | Civil 1:06-cv-00972-GK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FOURTH MOTION TO ENLARGE THE TIME TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND/OR FOR RECONSIDERATION**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

Respectfully submitted,
HOUSTON & HOWARD

*/s/ Johnny M. Howard*
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

Case 1:06-cv-00972-GK   Document 57   Filed 10/31/2007   Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.            ) | |
|                                 ) | |
|       Plaintiff                                        ) | |
|                                 ) | |
|       v.                                                 ) | Civil 1:06-cv-00972-GK |
|                                 ) | |
| THE DISTRICT OF COLUMBIA, et al.  ) | |
|                                 ) | |
|       Defendants                                 ) | |

**ORDER**

Upon consideration of Plaintiff's Fourth Motion to Enlarge the Time to File a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this ____ day of October 2007,

ORDERED that Plaintiff's Fourth Motion to Enlarge the Time to File a Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration on November 6, 2007.

                                                                                                       _____
                                                                                                        U. S. DISTRICT COURT JUDGE

2