UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil 1:06-cv-00972-GK |
| | ) | |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants | ) | |

**CONSENT MOTION TO FILE REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND/OR FOR
RECONSIDERATION OUT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Davis & Associates, Inc., by and through

undersigned counsel, moves the Court for leave to file this date its Reply to Defendants'

Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration.

Counsel for the District defendants consent to the filing of this reply.

Dated: November 16, 2007              Respectfully submitted,
                                      HOUSTON & HOWARD


                                          */s/ Johnny M. Howard*
                                      Johnny M. Howard, #264218
                                      1001 Connecticut Avenue, NW
                                      Suite 402
                                      Washington, DC  20036
                                      (202) 628-7058
                                      Email:  houhow@erols.com


**CERTIFICATE OF SERVICE**

This case was filed under the United States District Court for the District of Columbia's

ECF electronic file and serve system.  This motion has been filed with such Court and served on

all parties herein electronically through such ECF electronic file and serve system on November 16, 2007.

_/s/ Johnny M. Howard_
Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC.                     ) | |
|                                              ) | |
|              Plaintiff                       ) | |
|                                              ) | |
|              v.                              ) | Civil 1:06-cv-00972-GK |
|                                              ) | |
| THE DISTRICT OF COLUMBIA, et al.             ) | |
|                                              ) | |
|              Defendants                      ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION TO FILE REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT AND/OR FOR
<u>RECONSIDERATION</u>**

1.    Fed. R. Civ. P. 6(b)

2.    The inherent power of the Court.

3.    The record herein.

Respectfully submitted,
HOUSTON & HOWARD


    <u>/s/ Johnny M. Howard</u>
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVIS & ASSOCIATES, INC.              )
                                      )
            Plaintiff                 )
                                      )
      v.                              )        Civil 1:06-cv-00972-GK
                                      )
THE DISTRICT OF COLUMBIA, et al.      )
                                      )
            Defendants                )
_____ )

## **ORDER**

Upon consideration of Consent Motion To File Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that plaintiff has shown good cause for the relief requested on the motion, it is, by the Court, this _____ day of November 2007,

ORDERED that Consent Motion To File Reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration, be and the same is hereby granted, and it is

FURTHER ORDERED That plaintiff shall file its reply to Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment and/or for Reconsideration on November 16, 2007.


                                    _____
                                    U. S. DISTRICT COURT JUDGE

2