UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVIS & ASSOCIATES, INC. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil 1:06-cv-00972-GK |
| | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants | ) |

## ERRATA PRAECIPE

Plaintiff Davis & Associates, Inc. by and through undersigned counsel requests that the Reply to Opposition to Motion to Alter or Amend Judgment and/or for Reconsideration be amended as follows for the following reasons.

I.

On page 6 of the Reply in the last sentence of the first paragraph the words "including the Attorney General" were mistakenly inserted. "Including the Attorney General" should be deleted from the last sentence. The sentence should read: "No District officials have embraced the notion that a violation of the act has occurred."

On page 10, the second to the last sentence of the first continued paragraph, the words "the Attorney General" should be deleted. The sentence should now read: "No District official including the Mayor, former Mayor, or prior Corporation Counsels has concluded that the Davis Contracts violated that Anti-Deficiency Act."

The above changes are required to avoid overstating the plaintiff's position. The Attorney General has indeed asserted a violation of the Anti-Deficiency Act throughout this litigation.

II.

In the Reply on pages numbered 2 and 11, plaintiff refers to HIPAA protected records having been received from the District. A clarification is needed so that the reader is not confused to think that the records are documents generated by the District of Columbia government and forwarded to plaintiff. The records to which plaintiff refers in the Reply are forms designed by Davis & Associates, Inc. that contain information partially supplied by District of Columbia government personnel. Upon information and belief, the District of Columbia maintains a copy of the forms and so does plaintiff.

A footnote is inserted on page 2 concerning the records received from the District of Columbia Government, during the period that Plaintiff believed his contract to be in full force. The footnote is as follows:

> The records maintained by Davis & Associates, Inc. are records that belong to Davis & Associates, Inc. Davis & Associates, Inc. prepared a form for District personnel to enter data and a copy of that form was returned to Davis & Associates, Inc. Upon information and belief, the District of Columbia maintains a completed form for its records.

Dated: November 20, 2007

Respectfully submitted,
HOUSTON & HOWARD

  */s/ Johnny M. Howard*
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

**CERTIFICATE OF SERVICE**

This case was filed under the United States District Court for the District of Columbia's ECF electronic file and serve system. This Errata Praecipe has been filed

2

3

with such Court and served on all parties herein electronically through such ECF electronic file and serve system on November 20, 2007.

                                                  */s/ Johnny M. Howard*
                                                Johnny M. Howard