UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06CV00972-GK |
| | ) | |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Ronald S. Connelly, of the law firm of Powers Pyles Sutter & Verville, P.C., as counsel for Defendant, Health Management Systems, Inc., in the above-referenced civil action.

                                               Respectfully submitted,

                                               s/Ronald S. Connelly
                                               Ronald S. Connelly
                                               (D.C. Bar No. 488298)
                                               POWERS PYLES SUTTER & VERVILLE, PC
                                               1501 M Street, N.W.
                                               7th Floor
                                               Washington, D.C.  20005
                                               (202) 466-6550

Dated:  March 11, 2008