UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVIS & ASSOCIATES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06CV00972-GK |
| | ) | |
| v. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk will please withdraw the appearance of Edith S. Marshall as Counsel for Defendant Health Management Systems, Inc. in this civil action.

                              Respectfully submitted,

                              s/Edith S. Marshall
                              Edith S. Marshall
                              (D.C. Bar No. 328310)
                              ARNOLD & PORTER LLP
                              555 Twelfth Street, NW
                              Washington, DC 20004-1206
                              (202) 942-5000

Dated: March 11, 2008

{D0182084.DOC / 1}